UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS  :   04 Civ. 4309(LAK)
MUTUAL PROTECTION AND      :
INDEMNITY ASSOCIATION, INC.,   :   STIPULATION AND ORDER
                           :   FOR SUBSTITUTION
           Plaintiff,      :   OF COUNSEL

    - against -            :

Alcoa Steamship Co., Inc.  :
and the Other Entities Listed on Exhibit A  :
hereto,                    :

           Defendants.     :

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Nourse & Bowles, LLP, One Exchange Plaza at 55 Broadway, New York, New York 10006, Telephone (212) 952-6200, Facsimile (212) 952-0345, be and hereby are substituted as attorneys of record for American Steamship Owners Mutual Protection and Indemnity Association, Inc., in this matter in place and stead of Michael J. Mitchell.

Dated: New York, New York
       June 16, 2004

_____
Michael J. Mitchell  (MM 9005)

NOURSE & BOWLES, LLP

By: _____
Lawrence J. Bowles (LB 5950)

SO ORDERED: June 17, 2004

_____
United States District Judge