Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza, At 55 Broadway
New York, New York 10006
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS          :     04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :
                                   :     NOTICE OF DISMISSAL
           Plaintiff,              :
                                   :
    - against -                    :
                                   :
Alcoa Steamship Co., Inc.          :
and the Other Entities Listed on Exhibit A  :
attached to the Second Amended Complaint    :
                                   :
           Defendants.             :
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(i), plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc., hereby voluntarily dismisses the captioned action, as against the named defendant, National Gypsum Co., which is currently known as New NGC, Inc. d/b/a/ National Gypsum Company.

This Notice of Dismissal is without prejudice to plaintiff's rights as against the original National Gypsum Company, (now known as Old National Gypsum Company) and its successors, the Asbestos Claims Management Corporation and the NCG Bodily Injury Trust.

Dated: July 29, 2004

SO ORDERED:

_____
U.S.D.J.
8/4/04

_____
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza, At 55 Broadway
New York, New York 10006-3030
(212) 952-6200