Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS  
MUTUAL PROTECTION AND  
INDEMNITY ASSOCIATION, INC.,  

                Plaintiff,

- against -

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
attached to the Second Amended Complaint

                Defendants.

-----------------------------------------------------------X

04 Civ. 04309 (LAK)

STIPULATION AND ORDER
CHANGING NAME OF DEFENDANT

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc. and defendant, United States Lines, Inc. and United States Lines (S.A.) Inc. Reorganization Trust that the name under which it was sued herein as a defendant in the captioned action be changed from "John T. Paulyson, Trustee, United States Lines, Inc. and United States Lines (S.A.) Inc." to United States Lines, Inc. and United States Lines (S.A.) Inc. Reorganization Trust c/o John T. Paulyson, Trustee."

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/04

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
Attorneys for Plaintiff American
Steamship Owners Mutual Protection and Indemnity
Association, Inc.
One Exchange Plaza - At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

_____
Herbert I. Waldman, Esq.
Nagel Rice Dreifuss & Mazie, LLP
Attorneys for Defendant United States Lines, Inc.
and United States Lines (S.A.) Inc. Reorganization Trust
301 S. Livingston Avenue
Livingston, NJ 07039-399

SO ORDERED:

_____
U.S.D.J.

Dated:   New York, New York
         August 11, 2004

2