Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS :     04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND :
INDEMNITY ASSOCIATION, INC., :
    :
    :    STIPULATION & ORDER
    Plaintiff,    :    SUBSTITUTING AMERICAN
    :    ATLANTIC COMPANY AS
    - against -    :    SUCCESSOR TO AMERICAN
    :    DREDGING COMPANY AS A
Alcoa Steamship Co., Inc.    :    DEFENDANT IN PLACE OF
and the Other Entities Listed on Exhibit A :    WEEKS MARINE, INC.
attached to the Second Amended Complaint :
    :
    Defendants.    :
    :

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED between and among plaintiff, American

Steamship Owners Mutual Protection and Indemnity Association, Inc., defendant, Weeks

Marine, Inc. (erroneously named as a defendant, and as the successor to American Dredging

Company) and American Atlantic Co. As Successor to American Dredging Company that

Weeks Marine, Inc. be and hereby is deleted as a defendant in the captioned action and that the

American Atlantic Company As Successor to American Dredging Company be substituted as a

defendant in its place and stead.

NOURSE & BOWLES, LLP
Attorneys for Plaintiff American
Steamship Owners Mutual Protection and Indemnity
Association, Inc.

By: _____

Lawrence J. Bowles (LB-5950)
One Exchange Plaza - At 55 Broadway
New York, New York 10006-3030
(212) 952-6200


WEEKS MARINE, INC.

By: _____

Name: Thomas F. Langan
Title: Corporate Risk Manager
4 Commerce Drive
Cranford, New Jersey 07016-3598


AMERICAN ATLANTIC COMPANY AS
SUCCESSOR TO AMERICAN DREDGING
COMPANY


By: _____

Name: BARRY L DONEY
Title: VICE PRESIDENT
900 East Eight Avenue
Suite 300
King of Prussia, PA 19406

2

SO ORDERED:

_____
U.S.D.J.

Dated:       New York, New York
             August 23, 2004