HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

Attorneys for Defendants
American President Lines, Ltd., and
American President Lines, Ltd. as Successor to American Mail Line

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendants. | 04 Civ. 04309 (LAK) <br><br> **CONSENT EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE APPEAR** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for plaintiff American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("American Club") and counsel for defendants American President Lines, Ltd. ("APL") and American President Lines, Ltd. as Successor to American Mail Line ("AML") that APL's and AML's time to answer, move or otherwise appear with respect to the Second Amended Complaint is hereby extended to and including October 8, 2004.

Dated: August 18, 2004

_____
Shaun Carroll (SC 9898)
NOURSE & BOWLES, LLP
One Exchange Plaza
New York, New York 10006
(212) 952-6200

Attorneys for Plaintiff
American Steamship Owners Mutual Protection and Indemnity Association, Inc.

_____
John M. Toriello (JT 1822)
HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

Attorneys for Defendants
American President Lines, Ltd., and American President Lines, Ltd. as Successor to American Mail Line.

# 2188744_v1

SO ORDERED:

_____
U.S.D.J.
8/23/04