

Ray, Robinson, Carle & Davies P.L.L.
Attorneys for Defendant
Gene B. George, Esq. (0001366)
1717 E. 9th St., Ste. 1650
Cleveland, OH 44114-2898  (216) 861-4533

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED: 8/30/04                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

AMERICAN STEAMSHIP OWNERS            :      CASE NO: 04 CIV 4309 (LAK)
MUTUAL PROTECTION AND                :
INDEMNITY ASSOCIATION, INC.,         :
                                     :
    Plaintiff,                       :      STIPULATION FOR
                                     :      EXTENSION OF TIME
    -against-                        :
                                     :
ALCOA STEAMSHIP CO., INC., et al.,   :
                                     :
    Defendants.                      :
---------------------------------------------X

We, the attorneys for the respective parties, hereby stipulate and agree that Defendant

Cleveland-Cliffs Inc, sued as Successor to Cleveland-Cliffs Steamship Company, may have an

extension of time to October 8, 2004, in which to appear, move or answer in the above captioned

action.

                                         Respectfully submitted,

NOURSE & BOWLES, LLP                 RAY, ROBINSON, CARLE & DAVIES P.L.L.
Attorneys for Plaintiff              Attorneys for Defendant Cleveland-Cliffs
                                     Inc, sued as Successor to Cleveland-Cliffs
By _____           Steamship Company
Lawrence J. Bowles, Esq. (LB5950)
Shaun F. Carroll, Esq. (SC9898)      By _____
One Exchange Plaza                   Gene B. George (Ohio Bar No. 0001366)
New York, New York 10006             Julia R. Brouhard (Ohio Bar No. 0041811)
(212) 952-6200                       1717 East 9th Street, Ste. 1650
                                     Cleveland, OH 44114-2898
                                     (216) 861-4533

IT IS SO ORDERED

_____              _____
United States District Judge         Date