UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                Plaintiff,

   -against-

ALCOA STEAMSHIP CO., Inc., et al

                Defendants.

: CIVIL ACTION NO. CV 04-04309
: (LAK)
:
: **STIPULATION AND ORDER**
: **EXTENDING TIME TO**
: **ANSWER SECOND AMENDED**
: **COMPLAINT**

---x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant, incorrectly named as Royal P.O. Nedlloyd N.V., as Successor to Farrell Lines, Inc., to move, answer or otherwise respond with respect to plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc's Second Amended Complaint shall be extended to and including October 8, 2004. Farrell Lines, Inc. is a subsidiary of Royal P.O. Nedlloyd N.V

Dated: August 12, 2004
      New York, New York

_____       _____
Lawrence J. Bowles (LB 5950)      Louis S. Ederer (LE 7574)
Nourse & Bowles, LLP              TORYS LLP
One Exchange Plaza at 55 Broadway      237 Park Avenue
New York, New York 10006         New York, New York 10017
(212) 952-6200                    (212) 880-6000

Attorneys for plaintiff            Attorneys for defendant
American Steamship Owners Mutual      Royal P.O. Nedlloyd N.V. as Successor to
Protection and Indemnity Association, Inc.      Farrell Lines, Inc.

SO ORDERED:

_____
9/1/04