NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS   :
MUTUAL PROTECTION AND     :
INDEMNITY ASSOCIATION, INC.,   :
               :
        Plaintiff,  :
               :
               :
  - against -        :
               :
Alcoa Steamship Co., Inc.     :
and the Other Entities Listed on Exhibit A :
attached to the Second Amended Complaint :
               :
       Defendants.  :
               :
-------------------------------------------------------X

04 Civ. 04309 (LAK)

STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel, that the time for Bessemer Securities Corporation as successor to Grosvenor-

Dale Co., Inc. to appear, move or answer plaintiff's Second Amended Complaint shall be

extended to and including October 8, 2004.

_Lawrence J. Bowles /SJL_

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
Attorneys for Plaintiff American
Steamship Owners Mutual Protection and
Indemnity Association, Inc.
One Exchange Plaza - At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

Donald I Strauber (DS-9256)
Attorneys for Bessemer Securities Corporation
    as successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

SO ORDERED:

U.S.D.J.
        _Lewis A. Kaplan_

Dated:       New York, New York
             September ___, 2004