UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC.,

                Plaintiff,

-against-

Alcoa Steamship Co., Inc., et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

04 CIV. 04309 (LAK)

**STIPULATION EXTENDING
TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Defendant KeySpan Corporation's time to answer, move or otherwise respond to Plaintiff American Steamship Owners Mutual Protection & Indemnity Association Inc.'s Second Amended Complaint is extended through and including October 8, 2004.

Dated: New York, New York
       August 19, 2004

DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP

By: _____
      Stacey Feldman (SF 1705)
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400
Attorneys for Defendant KeySpan Corporation

NOURSE & BOWLES, LLP

By: _____
      Lawrence J. Bowles (LB 5950)
One Exchange Plaza
New York, New York 10006
(212) 952-6200
Attorneys for Plaintiff American Steamship
Owners Mutual Protection & Indemnity
Association

SO ORDERED THIS 1st DAY OF
Sept. , 2004:

_____
      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/04

DOCSNY.117174.1