NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS : 04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND :
INDEMNITY ASSOCIATION, INC., :
: STIPULATION AND ORDER
: CHANGING NAME OF
Plaintiff, : DEFENDANT
:
- against - :
:
Alcoa Steamship Co., Inc. :
and the Other Entities Listed on Exhibit A :
attached to the Second Amended Complaint :
:
Defendants. :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/04

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff,

American Steamship Owners Mutual Protection and Indemnity Association, Inc. and

defendant, Bessemer Trust Co. as Successor to Howard Phipps, Ogden Phipps, David

Layman, Jr., Bessemer Trust Co., Bessemer Securities Corp., Grosvenor-Dale Co., Inc.,

that the name under which it was sued herein as a defendant in the captioned action be

changed from "Bessemer Trust Co. as Successor to Howard Phipps, Ogden Phipps,

David Layman, Jr., Bessemer Trust Co., Bessemer Securities Corp., Grosvenor-Dale Co.,

Inc." be changed to "Bessemer Securities Corporation as successor to Grosvenor-Dale Co., Inc."

*/s/ Lawrence Bowles / SMC*
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
Attorneys for Plaintiff American
Steamship Owners Mutual Protection and
Indemnity Association, Inc.
One Exchange Plaza - At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

*/s/ Donald I Strauber*
Donald I Strauber (DS-9256)
Attorneys for Bessemer Securities Corporation
  as successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100


SO ORDERED:

_____
U.S.D.J.
Part I

Dated:    New York, New York
          September __/__, 2004

2