Mario Aieta, Esq. (MA-2228)
GARVEY SCHUBERT BARER
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700 (tel)
(212) 334-1278 (fax)
Attorneys for Defendant Foss Maritime Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Alcoa Steamship Co., Inc, …. FOSS MARITIME COMPANY, et al.,<br><br>　　　　　　Defendants. | NO. 04-CV-4309 (LAK)<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT FOSS MARITIME COMPANY |

PLEASE TAKE NOTICE THAT the undersigned Mario Aieta, Esq. of the law firm Garvey Schubert Barer, an attorney duly admitted to practice law in the State of New York hereby appears on behalf of Defendant Foss Maritime Company in the above captioned matter and that all future correspondence and papers in connection with this action are to be directed to the undersigned.

Dated: New York, New York
　　　　September 2, 2004

　　　　　　　　　　　　　　　　　　GARVEY SCHUBERT BARER

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Mario Aieta, MA-2228
　　　　　　　　　　　　　　　　　　　　1191 Second Avenue, 18th Floor
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　(206) 464-3939
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Foss Maritime Company