UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

American Steamship Owners Mutual
Protection and Indemnity Association, Inc.,

                        Plaintiff(s),

-against-                                04-cv-04309 (LAK)

Alcoa Steamship Co., Inc.,et al.

                        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

KAPLAN, District Judge.

      The Clerk of Court is directed to mark this case as an Electronic Case Filing case (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

Dated: September 7, 2004

                                                   Lewis A. Kaplan
                                                   United States District Judge

[Stamp: U.S. DISTRICT COURT FILED SEP - 9 2004 S.D. OF N.Y.]

MICROFILM
SEP - 9 2004  12:00 PM