O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/04
```

Attorneys for Defendants
Waterman Steamship Corporation and Central Gulf Lines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

    Plaintiff,

- against -

ALCOA STEAMSHIP CO., INC., et al.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 CV 04309 (LAK)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED by Plaintiff American Steamship Owners Mutual Protection and Indemnity Assoc., Inc. and Defendants Waterman Steamship Corporation and Central Gulf Lines, Inc., through their undersigned counsel, that each of said defendants' time to answer, move, or otherwise respond to the Second Amended Complaint shall be extended to and including October 8, 2004.

Dated: August 23, 2004

O'HARE PARNAGIAN LLP

By: *(signature)*
Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

Attorneys for Defendants
Waterman Steamship Corporation and
Central Gulf Lines, Inc.

NOURSE & BOWLES, LLP

By: *(signature)*
Lawrence J. Bowles (LB 5950)
One Exchange Plaza
New York, NY 10006
(212) 952-6200
(212) 952-0345 (f)

Attorneys for Plaintiff
American Steamship Owners
Mutual Protection and Indemnity Assoc., Inc.

So Ordered: *(signature)*
Lewis A. Kaplan, U.S.D.J.

9/13/04