Lawrence J. Bowles, Esq. (LB 5950)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
(212) 952-6200
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
AMERICAN STEAMSHIP OWNERS        :     04 Civ. 4309 (LAK)
MUTUAL PROTECTION AND             :
INDEMNITY ASSOCIATION, INC.,      :
                                  :     **AFFIDAVIT OF SERVICE**
              Plaintiff,          :     **UPON THE BRIDGEPORT**
                                  :     **& PORT JEFFERSON STEAMBOAT CO.**
     - against -                  :
                                  :
Alcoa Steamship Co., Inc.         :
and the Other Entities Listed on Exhibit A  :
hereto,                           :
                                  :
              Defendants.         :
----------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Karlene S. Jackson, being duly sworn, depose and say:

1. I am over the age of eighteen years, I am not a party to this action, and I am an employee of the firm of Nourse & Bowles, LLP, One Exchange Plaza, 55 Broadway, New York, New York 10006.

2. On September 10, 2004 at 10:15 a.m. I served upon **Bridgeport & Port Jefferson Steamboat Co.** true copies of the SECOND AMENDED SUMMONS IN A CIVIL ACTION, and SECOND AMENDED COMPLAINT by personally delivering to and leaving the same with Beverly Reilly – Vice President of McAllister Towing & Transportation, the agents for service of process.

3. Deponent describes the person actually served as follows: White female, 5'0", 115 lbs., light brown hair, blue eyes and wears glasses.

                                                                _____
                                                                Karlene S. Jackson

Sworn to before me this
10th day of September, 2004.

_____
Notary Public

JANE COLASURDO
Notary Public, State Of New York
No. 31-4786002
Qualified In New York County
Commission Expires April 30, 2007