AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

American Steamship Owners Mutual
v.
Alcoa Steamship Co., Inc., et al

APPEARANCE

Case Number: 04-4309

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bridgeport & Port Jefferson Steamboat Co.
Brokerage & Management Corp.
McAllister Brothers Inc. as Successor to Outreach Marine Corp.
Trade & Transport, Inc.

I certify that I am admitted to practice in this court.

September 17, 2004
Date

Signature

Patrick F. Lennon | PL2162
Print Name | Bar Number

11 West 42nd Street, Suite 900
Address

New York, NY  10036
City   State   Zip Code

(212) 354-0025 | (212) 869-0067
Phone Number | Fax Number