Stacey A. Saiontz (SS 1705)
David L. Elkind (DE 5559)
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 896-5446
Fax: (212) 997-9880
Attorneys for Defendant KeySpan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
AMERICAN STEAMSHIP OWNERS MUTUAL          :     04 CIV. 04309 (LAK)
PROTECTION AND INDEMNITY ASSOCIATION,     :     ECF Case
INC.,                                     :
                                          :
          Plaintiff,                      :     **NOTICE OF APPEARANCE**
                                          :
    -against-                             :
                                          :
ALCOA STEAMSHIP CO., INC., ET AL.         :
                                          :
          Defendants.                     :
-------------------------------------------------- X

**PLEASE TAKE NOTICE THAT** Stacey A. Saiontz, Esq. and David L. Elkind, Esq. of the law firm Dickstein Shapiro Morin & Oshinsky LLP, attorneys duly admitted to practice law in this Court, hereby appear on behalf of Defendant KeySpan Corporation in the above captioned matter.

Dated: New York, New York        DICKSTEIN SHAPIRO MORIN
      September 20, 2004          & OSHINSKY LLP
                                 By: _____/S_____
                                     Stacey A. Saiontz (SS 1705)
                                     David L. Elkind (DE 5559)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 (212) 896-5446
                                 Attorneys for Defendant KeySpan
                                 Corporation

121520 v1; 2LRK01!.DOC