UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC. and THE OTHER ENTITIES LISTED ON EXHIBIT A HERETO, <br><br> Defendants, | 04 CV 04309 (LAK) <br><br><br> **FEDERAL RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for United States Lines, Inc. and United States Lines (S.A.) Inc. Reorganization Trust (the "Trust"), a reorganization trust established pursuant to Bankruptcy Court Order, certifies that the Trust has no corporate parents, affiliates and/or subsidiaries which are publicly held and that there is no stock, publicly held or otherwise, of the Trust.

                                                    NAGEL RICE & MAZIE, LLP
                                                    Attorneys for United States Lines, Inc.
                                                    and United States Lines (S.A.) Inc.
                                                    Reorganization Trust

                                                    By:   s/Herbert I. Waldman
                                                            Herbert I. Waldman, Esq. (HW8219)
                                                            301 So. Livingston Avenue – Suite 201
Dated: September 22, 2004                           Livingston, New Jersey 07039
                                                           (973) 535-3100