UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTIONS AND
INDEMNITY ASSOCIATION, INC.

            Plaintiff,

  -against-

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
hereto,

           Defendants.
----------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

04 Civ: 04309 (LAK)

TO:   Lawrence J. Bowles, Esq.
       Nourse & Bowles, LLP
       One Exchange Plaza at 55 Broadway
       New York, NY 10006-3030

       and

       All Counsel of Record and
       All Defendants.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of The Maritime Asbestosis Legal Clinic, a division of The Jaques Admiralty Law Firm and a member of good standing of the Bar of the State(s) of Michigan, as attorney pro hac vice to argue

or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

_____
ALAN KELLMAN
The Maritime Asbestosis Legal Clinic,
a division of The Jaques Admiralty Law Firm
645 Griswold, Ste. 1570
Detroit, MI 48226
akellman@jaquesadmiralty.com
(313) 961-1080

Dated: September 15, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS      :
MUTUAL PROTECTIONS AND          :     04 Civ: 04309 (LAK)
INDEMNITY ASSOCIATION, INC.     :
                                :
          Plaintiff,            :     AFFIDAVIT OF ALAN
                                :     KELLMAN IN SUPPORT
     -against-                  :     OF MOTION TO ADMIT
                                :     COUNSEL PRO HAC VICE
Alcoa Steamship Co., Inc.       :
and the Other Entities Listed on Exhibit A :
hereto,                         :
                                :
          Defendants.           :
------------------------------------------------------------X

Alan Kellman, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with The Maritime Asbestosis Legal Clinic, a division of The Jaques Admiralty Law Firm.

2.  I submit this affidavit in support of my motion to practice pro hac vice in the above captioned matter.

3.  As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Michigan.

4.  There are no pending disciplinary proceedings against me in any State of Federal court.

# State Bar of Michigan

## Certificate

### of Good Standing



This certifies that Alan Kellman, P15826 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on December 17, 1969 in Wayne County.

*Chad Sluss*
Chad Sluss
Member Services
September 10, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS            :
MUTUAL PROTECTIONS AND               :       04 Civ: 04309 (LAK)
INDEMNITY ASSOCIATION, INC.          :
                                     :
            Plaintiff,               :
                                     :       AFFIDAVIT OF SERVICE
    -against-                        :
                                     :
Alcoa Steamship Co., Inc.            :
and the Other Entities Listed on Exhibit A :
hereto,                              :
                                     :
            Defendants.              :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I hereby certify that true and correct copies of the foregoing *Motion to Intervene and Proposed Order, Memo in Support of Motion to Intervene, Affidavit of Alan Kellman In Support of Motion to Admit Counsel Pro Hac Vice, Admission to Pro Hac Vice, Notice of Motion to Admit Pro Hac Vice* and this *Affidavit of Service* were served First Class, postage pre-paid, U.S. Mail this 16th day of September, 2004, upon attached service list:

                                                JULIE DANAHER

Sworn to and Subscribed
Before me this 20th day
of September, 2004.
Notary Public

DAWN M. ARNETT
NOTARY PUBLIC WAYNE CO., MI
MY COMMISSION EXPIRES Feb 14, 2005

Academy Tankers, Inc.
Canterbury Shipping Corp.
Nation Oil Transportation Co.
c/o Secretary of State
Townsend Building
Dover, DE 19901

Alcoa Steamship Co., Inc. as Successor to
Lib-Ore Steamship Company, Inc.
Pan-Ore Transportation, Inc.
Reynolds Metals Company
201 Isabella Street
Pittsburgh, PA 15212

Amerada Hess as Successor to
Hess Oil and Chemical Corp.
1185 Avenue of the Americas
New York, NY 10036

American Maritime Holdings, Inc.
39 Broadway
New York, NY 10006

American Maritime Holdings, Inc.
Sea Mobility Inc.
World Wide Tankers, Inc.
c/o US Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

APL, Ltd. as Successor to
American Mail Line
American President Lines, Inc.
1111 Broadway Street, 6th floor
Oakland, CA 94607
 American Steamship Company
500 Essjay Road
Williamsville, NY 14222

Apex Oil Co., Inc.
8182 Maryland Avenue
St. Louis, MO 63105

2

Apex Oil Co., Inc.
3314 River Rand Road
P.O. Box 3127
Wilmington, NC 28403


Aremar C.I.F.S.A.
Viamonte 494
9 Piso
Buenos Aires, Argentina

Argosy Offshore Ltd.
c/o CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

Arpez A.A.
Calle Venezuela 110
1095 Buenos Aires, Argentina

Astra Compania Argentina de Petroleo S.A.
Tucuman 744
11th floor
1049 Buenos Aires, Argentina

Alantic Richfield Company
515 South Fowler Street
P.O. Box 2679
Los Angeles, CA 90071

Atlantic Richfield Indonesia Inc.
Landmark Center Tower B
Jl. Jenderal Sudirman Kav. 70A
P.O. Box 1063
12910 Jakarta Java, Indonesia

Avila y Pizarro Compania Ltda.
Agents for Van Gogh Inversiones SA
Blanco 570
Valparaiso Chile

Avon Steamship Co. Inc.
Agents for Amherst Shipping Inc.
410 Lakeville Road, Rm. 201
Lake Success, NY 11040

Barber Asphalt Corp.

3

c\o CT Corporation System.
277 Park Avenue
New York, NY 10017

Bermuda Atlantic Line Ltd.
P.O. Box 1198
Hamilton 5, Bermuda

Bermuda Atlantic Line Ltd.
760 N.E. 7th Avenue
Dania, FL 33004

Bessemer Trust Co. as Successor to
Howard Phipps, Ogden Phipps,
David Layman, Jr., Bessemer Trust Co.,
Bessemer Securities Corp.
Grosvenor-Dale Co., Inc.
630 Fifth Avenue
New York, NY 10111-0333

BP as Successors to
American Oil Company
Standard Oil Company
Sohio Alaskan Petroleum Co. and
SPC Shipping Inc.
28100 Torch Parkway
Warrenville, IL 60555

Bridgeport & Port Jefferson Steamboat Co.
102 West Broadway
Port Jefferson, NY 11777

Brokerage & Management Corp.
90 Broad Street, 24th floor
New York, NY 10004

Caribbean Steamship Co. S.A.
P.O. Box 2568
Corpus Christi, TX 78403

Central Gulf Lines as Successor to Central Gulf Lighters
Poydras Center
680 Poydras St., Ste.1700, P.O. Box53366
New Orleans, LA 70153
Chevron Texaco Corporation as Successor to California Oil Comapny
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

4

Cleveland-Cliffs, Inc. as Successor to Cleveland-Cliffs Steamship Company
1100 Superior Avenue
Cleveland, OH 44114

Coal Logistics Corporation
30 Skyline Drive
Lake Mary, FL 32795

Coastal Carriers Inc.
1607 Belle Chasse Highway
Belle Chasse, LA 70037

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Companhia de Navegacao Maritimea Netumar
Avenida Presidente Vargas 482
22 Andar
Rio de Janeiro, 2000RJ Brazil

Crest Tankers Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Dillingham Construction World Headquarters
1020 Serpentine Lane Suite 110
Pleasanton, CA 94566

The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Carolyn S. Schwartz, Esq.
Office of the United States Trustee of Enron Corporation
33 Whitehall Street, 21st Floor
New York, NY 10004

Empressa de Navegacion El Faro
Calle Lavalle 388
1047 Buenos Aires, Argentina

Equistar Chemicals, LP as Successor to Cuba Distilling Company
National Distillers Products Corp.
300 Doremus Avenue
Newark, NJ 07105

5

Euro Gulf International
c/0 Diamond State Corp. Agents Inc.
1200 North Broom Street
Wilmington, DE 19806

Federal Transport Company, Inc.
c/o Del Monte Fresh Produce Company
P.O. Box 149222
Coral Gables, FL 33114

Foss Maritime Company
c/o Mario Aita
Garvey Schubert and Barer
599 Broadway, 8th Floor
New York, NY 10012

Georgia-Pacific Corporation
133 Peachtree Street, NE
Atlanta, GA 30303

Georgia-Pacific Corporation
133 Peachtree Street, NE
Atlanta, GA 30303

Global Bulk Transport, Inc.
280 Park Avenue
New York, NY 10017

Grace Lines, Inc./Prudential Lines, Inc.
c/o PLI Disbursement Trustee
Lee J. DiCola, Esq.
2800 Carrington Street NW
North Canton, OH 44720

Gulf International Marine Inc.
c/o Gil Anthony Hebert
437 Menard Road
Houma, LA 70360

Henry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

Inland Lakes Management Inc.
112 West Chisolm
P.O. Box 646
Alpena, MI 49707

6

Ispat Inland, Inc.
3210 Watling Street
East Chicago, IN 46312

Keyspan Corporation as Successor to Eastern Gas and Fuel Associates
1 Metrotech Center
Brooklyn, NY 11201

Keystone Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Baldbutte Shipping Company
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Chas. Kurz & Co., Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Chestnut Shipping Corp.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Chilbar Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Fredericksburg Shipping co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Keystone Tankship Corporation
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Margate Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

New England Collier Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Paco Tankers Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Timbo Shipping Ltd.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Kimberly-Clark Corporation as Successor to Scott Paper Company
Dept. INT
P.O. Box 2020
Neenah, WI 54957-2020

Kirby Inland Marine, Inc. as Successor to Hollywood Marine, Inc.
55 Waugh Drive, Suite 1000
Houston, TX 77007

Lafarge North America Inc. as Successor to
Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, VA 20170

Marifran International S.A.
Calle Paraguay 577
4 Piso
Buenos Aires, 1057 Argentina

Marifran International S.A.
Avenida 25 de Mayo 401
1002 Buenos Aires, Argentina

Marine Transport Lines, Inc.
Managers for Marine Interests Corp.
and Union Marine Transport Co.
Agents for Marrine Chemical Navigation Corp.,
Marine Sulphur Shipping Corp. and Oswego Tanker Corp.
1200 Harbor Blvd., C-901
Weehawken, NJ 0708

Mathiasen's Tanker Industry, Inc.
8182 Maryland Ave.
St. Louis, MO 63105

McAllister Brothers, Inc. as Successor to Outreach Marine Corporation
17 Battery Place, 15th floor
New York, NY 10004

Mu-Petco Shipping Co., Inc.,
New Jersey Barging Corp. (Del)
Texas City Refining Inc.

8

c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

National Gypsom Co.
2001 Rexford Rd.
Charlotte, NC 28211

Nedbarges Sublift BV
Westmolenstraat 1
Lange Haven, 3111 BS Schiedam
Netherlands

Nicor Inc. as Successor to National Marine Service Inc.,
Lake Tankers Corp.
1209 Orange Street
Wilmington, DE 19801

Companhia de Navegacao Maritima Netumar
d/b/a/ Netumar Lines
c/o Stacey L. Meisel, Esq.
Trustee in Bankruptcy
Becker Meisel LLC
Eisenhower Plaza II
345 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA 70361

Oglebay Norton as Successor to Columbia Steamship Company, Inc.
North Point Tower
1001 Lakeside Avenue, 15th Floor
Cleveland, OH 44114

Ormet Corporation
1233 Main Street, Suite 4000
Wheeling, WV 26003

Oscar Transportation Group
97 Akti Miaouli
185 38 Piraeus, Greece

Puerto Rico Maritime Shipping Authority
Building No. 123
Fleet and Bombay Streets
Elizabeth, NJ 07208

Resolve Maritime Corporation
436 SW 8th Street, Suite 206
Miami, FL 33130

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th fl., City National Building
Miami, FL 33130

Royal P&O Nedlloyd N.V. as Successor to Farrell Lines Inc.
Farrel Lines (Lighters)
One Meadowlands Parkway
East Rutherford, NJ 07073

S.C. Loveland Co., Inc.
c/o Edward V. Cattell, Jr.
Hollstein Keating Cattell Johnston & Goldstein, P.C.
8 Penn Center, 1628 JFK Blvd. Ste. 2000
Philadelphia, PA 19103

Sabine Towing & Transportation Co., Inc.
7200 Highway 87 East
Port Arthur, TX 77342

SEI II Equipment Management
745 7th Avenue
New York, NY 10019

Seaport Harbor Cruise Lines, Inc.
17 Battery Place
New York, NY 10004

Tecomar S.A.
Avenida 39 Ote. No. 1204 A
Col. Anzures
Puebla, 72530 Mexico

Tecomar S.A.
Benjamin Franklin 232

Mexico DF 11800

Texas City Refining Inc.
P.O. Box 1271
Texas City, TX 77592-1271

Trade & Transport Inc.
61-65, Filonoa Street
P.O. Box 104
Piraeus Greece

Tranfluen Compania Armadora SA
7°Piso,, Oficina 52
San Martin 50
1004 Buenos Aires
Argentina

Transfrimar SA
6o Piso
Colon 602
Guayaquil, Ecuador

Trinidad Corporation
8182 Maryland Avenue
St. Louis, MO 63105

Tropigas Inc.
2151 LeJune Road
Coral Gables, FL 33134

Union Carbide Corporation,
A Subsidiary of The Dow Chemical Company
P.O. Box 4393
Houston, TX 77210

Union Carbide Corp.
100 Lighting Way, Suite 402
Secaucus, NJ 07094

United States Maritime Administration
U.S. Department of Transportation
400 7th Street, SW
Washington, D.C. 20590

John T. Paulyson, Trustee

11

United States Lines, Inc. & United States Lines (S.A.) Inc.
184-186 North Avenue East, Suite 103
Cranford, NJ 07015-2488
Verizon Communications as Successor to New York Telephone
1095 Avenue of the Americas
New York, NY 10036

Waterman Steamship Corp.
One Whitehall Street
New York, NY 10004

Weeks Marine Inc. as Successor to American Dredging Company
4 Commerce Drive
Cranford, NJ 07016

West India Shipping Co., Inc.
Agents for West India Industries, Inc.
18th Fl., Great Southwest Building
1314 Texas Street
Houston, TX 77002

Lawrence J. Bowles
Nourse & Bowles
One Exchange Plaza/55 Broadway
New York, NY 10006

Seth Schafler, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8299