MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant Kimberly Clark Corporation
Lisa M. Campisi (LC 1018)
101 Park Avenue
New York, New York 10178
212.309.6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> against <br><br> ALCOA STEAMSHIP CO., INC. And Other Entities Listed on Exhibit A Hereto, <br><br> Defendants. | 04 Civ: 04309 (LAK) <br><br> **FEDERAL RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Kimberly Clark Corporation, as successor to Scott Paper Company, Inc. ("Kimberly Clark"), certifies that the Kimberly Clark has no corporate parents, its affiliates and/or subsidiaries which are publicly held

and that and no publicly held corporation owns 10% of Kimberly Clark's stock.

Dated: New York, New York
       September 29, 2004

By:   s/ Lisa M. Campisi
      Lisa M. Campisi (LC 1018)
      Morgan, Lewis & Bockius LLP
      101 Park Avenue
      New York, New York 10178
      212.309.6000
      Attorneys for Defendant
      KIMBERLY CLARK CORPORATION