DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
David L. Elkind (DE-5559)
Stacey A. Saiontz (SS-1705)
1177 Avenue of the Americas
New York, New York 10036-2714
(212) 835-1400
Attorneys for Defendant KeySpan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

    Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC., et al.,

    Defendants.

ECF CASE

Case No. 04 CV 4309 (LAK)

**RULE 7.1 DISCLOSURE**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KeySpan Corporation ("KeySpan") (a private non-governmental party) certifies the following:

1.     KeySpan does not have a parent corporation; and

2.     No publicly held corporation holds 10% or more of KeySpan's stock.

Dated: New York, New York
       October 1, 2004

                                      DICKSTEIN SHAPIRO MORIN &
                                      OSHINSKY LLP

                              By: _____S/_____
                                  Stacey A. Saiontz (SS-1705)
                                  David L. Elkind (DE-5559)

123128 v1