UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTIONS AND INDEMNITY                    04 Civ: 04309 (LAK)
ASSOCIATION, INC.

    -v-

ALCOA STEAMSHIP CO., INC. AND THE             RULE 7.1 STATEMENT
OTHER ENTITIES LISTED ON EXHIBIT A
HERETO
-----------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Prudential Lines Disbursement Trust (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

Date: October 4, 2004        /s/ Adam P. Wofse
                                        Adam P. Wofse (APW-5185)

APW/D394059v1/F22222