Index # 04CIV04309
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

American Steamship Owners Mutual Protection and Indemnification Association Inc     Plaintiff

against

Alcoa Steamship Co Inc and the Other entities Listed on Exhibit A     Defendant

STATE OF NEW YORK)
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 37 Yrs.

Weight: 140 Lbs. Height: 5' 6" Sex: Female Color of skin: Black

Hair color: Black Other: _____

_____ Faith Cozzy _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ September 29, 2004 ___, at _10:00am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___ Second Amended Summons in a Civil Action & Complaint ___ on ___ Global Bulk Transport Incoroporated nka Mercer Associates Inc. ___, the Defendant in this action, by delivering to and leaving with ___ Tammy Alexander ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section 306 BUSINESS CORPORATION LAW.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

_29th_ day of ___ September, 2004 ___

NANCY L. GORDON
NOTARY PUBLIC, State of New York
Reg. No. 01GO4503730, Rensselaer
Commission Expires June 30, 2007

Faith Cozzy

**Invoice•Work Order # 0419672**

```
                State of New York - Department of State
                          Receipt for Service

Receipt #:  200409290166                    Cash #: 200409290162
Date of Service:  09/29/2004                Fee Paid: $40 - CHECK
Service Company:  02 ALEXANDER POOLE & CO., INC.

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  MERCER ASSOCIATES, INC.


Plaintiff/Petitioner:
        AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND IN
        DEMNIFICATION ASSOCIATION INC


Service of Process Address:
GLOBAL BULK TRANSPORT INCORPORATED
280 PARK AVE.
NEW YORK, NY 10017

                                           Secretary of State
                                           By   TAMMY ALEXANDER
```