Index # 04CIV04309
Purchased/Filed:

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

American Steamship Owners Mutual Protection and Indemnification Association Inc     Plaintiff

against

Alcoa Steamship Co Inc and the Other entities Listed on Exhibit A     Defendant

STATE OF NEW YORK)
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 37 Yrs.
Weight: 140 Lbs.  Height: 5' 6"  Sex: Female  Color of skin: Black
Hair color: Black   Other: _____

_____ Faith Cozzy _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ September 29, 2004 ___, at 10:00am ; at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____ Second Amended Summons in a Civil Action & Complaint _____ on _____ Sei II Equipment Inc _____, the Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section 306 BUSINESS CORPORATION LAW .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
29th day of September, 2004

NANCY L. GORDON
NOTARY PUBLIC, State of New York
Reg. No. 01GO4503730, Rensselaer
Commission Expires June 30, 2007

Faith Cozzy

**Invoice•Work Order # 0419673**

State of New York - Department of State
Receipt for Service

Receipt #:  200409290152
Date of Service:  09/29/2004
Service Company:  02 ALEXANDER POOLE & CO., INC.

Cash #: 200409290148
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  SEI II EQUIPMENT INC.

Plaintiff/Petitioner:
    AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND IN
    DEMNIFICATION ASSOCIATION, INC.

Service of Process Address:
THE PRENTICE-HALL CORPORATION SYSTEM INC
80 STATE ST
ALBANY,  NY 12207

Secretary of State
By   TAMMY ALEXANDER