UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
AMERICAN STEAMSHIP OWNERS                                            :
MUTUAL PROTECTION AND INDEMNITY                                      :
ASSOCIATION, INC.,                                                   :
                                                                     :
        Plaintiff,                                                :   CIVIL NO. 04-CV-04309 (LAK)(FM)
                                                                     :
        -- against --                                            :
                                                                     :
ALCOA STEAMSHIP CO., INC., ET AL.                                    :
                                                                     :
        Defendants.                                               :   ELECTRONICALLY FILED
                                                                     :
-------------------------------------------------------------------- x

## NOTICE OF AUTOMATIC STAY

      PLEASE TAKE NOTICE that, on February 23, 2004, Defendant Oglebay Norton Company and its wholly owned subsidiaries[1] (collectively, the "Debtors") filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code, in the United States District Court for the District of Delaware, Case No. 04-10558 (JBR).  Pursuant to 11 U.S.C. § 362(a), the filing of Debtors' bankruptcy cases automatically stays certain collection and other actions against the Debtors and the Debtors' property, including, without limitation, the continuation of the above-

---

[1] The Oglebay Norton Company wholly owned subsidiaries that have filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code are:  ONCO Investment Company; Oglebay Norton Company; Erie Navigation Company; Erie Sand Steamship Company; Erie Sand and Gravel Company; GS Lime Company; GS PC, Inc.; Global Stone Chemstone Corporation; Global Stone Corporation; Global Stone Filler Products, Inc.; Global Stone James River, Inc.; Global Stone Management Company; Global Stone PenRoc, LP; Global Stone Portage, LLC; Global Stone St. Clair, Inc.; Global Stone Tenn Luttrell Company; Michigan Limestone Operations, Inc.; Mountfort Terminal Ltd.; ON Marine Services Company; ONMS Management Company, LLC; ONTEX, Inc.; Oglebay Norton Engineered Materials, Inc.; Oglebay Norton Industrial Sands, Inc.; Oglebay Norton Management Company; Oglebay Norton Marine Management Company, L.L.C.; Oglebay Norton Marine Services Company, L.L.C.; Oglebay Norton Minerals, Inc.; Oglebay Norton Specialty Minerals, Inc.; Oglebay Norton Terminals, Inc.; On Coast Petroleum Company; Onco WVA, Inc.; Saginaw Mining Company; Texas Mining, LP.

captioned lawsuit as respects the Debtors.  Accordingly, the Debtors will not be answering or otherwise participating in this lawsuit.

Dated:  October 8, 2004

Respectfully submitted,

COVINGTON & BURLING

By:   s/Michael C. Nicholson
Michael C. Nicholson (MN-3331)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (212) 841-1000
Facsimile: (646) 441-9031

Mitchell F. Dolin
Richard A. Beckmann
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Debtors*