Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700

 and

65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendants. | CASE NO. 04 Civ 04309 (LAK) <br><br> Honorable Lewis A. Kaplan, U.S.D.J. <br><br> **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Georgia-Pacific Corporation, ("GP") states that there is no parent corporation of GP and no publicly held corporation owns 10% or more of its stock.

        **LOWENSTEIN SANDLER PC**
        65 Livingston Ave.
        Roseland, NJ 07068
        (973) 597-2500

        and

|  |  |
|---|---|
|  | 1251 Avenue of the Americas, 18th Floor |

                                            1251 Avenue of the Americas, 18th Floor
                                            New York, NY  10020
                                            (212) 262-6700
                                            Attorneys for Defendant,
                                              Georgia-Pacific Corporation

                                            By:    /s/Deborah A. Silodor (DAS 0414)
                                                                Michael Dore, Esq. (MD 0972)
Dated:  October 8, 2004                       Deborah A. Silodor, Esq. (DAS-0414)