Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
   and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ. 04309 (LAK) |
| Plaintiff, | |
| v | Honorable Lewis A. Kaplan, U.S.D.J. |
| ALCOA STEAMSHIP CO., INC., et al., | **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| Defendants. | |

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of Michael Dore, dated October 8, 2004, and affidavit of Alissa Malone, Esq., sworn to October 7, 2004, and Lynn S. Concha, sworn to October 7, 2004, the undersigned will move before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, at a date and time as shall be set by the Court, for an Order admitting Alissa C. Malone, Esq., and Lynn S. Concha, Esq. of the law firm of Fields Howell Athans & McLaughlin, LLP, One Midtown Plaza, 1360 Peachtree Street, NE, Suite 800, Atlanta, Georgia 30309, to practice before this Court *pro hac vice* as counsel for Defendant Georgia-Pacific Corporation ("GP") in this litigation.

Dated: Roseland, New Jersey
       October 7, 2004

**LOWENSTEIN SANDLER PC**
Attorneys for Defendant
 Georgia-Pacific Corporation


By: /s/ Deborah A. Silodor (DS 0414)
    Deborah A. Silodor, Esq. (DS 0414)

Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
   and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ 04309 (LAK) |
| Plaintiff, | Honorable Lewis A. Kaplan, U.S.D.J. |
| v | |
| ALCOA STEAMSHIP CO., INC., et al., | **ORDER GRANTING ADMISSION *PRO HAC VICE* OF LYNN S. CONCHA, ESQ.** |
| Defendants. | |

**THIS MATTER** having been presented to the Court by Lowenstein Sandler PC, attorneys for Defendant, Georgia-Pacific Corporation ("GP"), for an Order permitting the admission *pro hac vice* of Lynn S. Concha, Esq.; and for good cause shown;

**IT IS** on this _____ day of _____, 2004,

**ORDERED** as followed:

1.    Lynn S. Concha, Esq. is hereby admitted *pro hac vice* to represent GP as counsel in this action;

2.      A true copy of this Order shall be served upon all counsel of record within

_____ days of the date hereof.


_____

Lewis A. Kaplan, U.S.D.J.

Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
    and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ 04309 (LAK) |
| Plaintiff, | Honorable Lewis A. Kaplan, U.S.D.J. |
| v | |
| ALCOA STEAMSHIP CO., INC., et al., | **ORDER GRANTING ADMISSION** *PRO HAC VICE* **OF ALISSA C. MALONE, ESQ.** |
| Defendants. | |

**THIS MATTER** having been presented to the Court by Lowenstein Sandler PC, attorneys for Defendant, Georgia-Pacific Corporation ("GP"), for an Order permitting the admission *pro hac vice* of Alissa C. Malone, Esq.; and for good cause shown;

**IT IS** on this _____ day of _____, 2004,

**ORDERED** as followed:

1.    Alissa C. Malone, Esq. is hereby admitted *pro hac vice* to represent G P as counsel in this action;

     2.       A true copy of this Order shall be served upon all counsel of record within

_____ days of the date hereof.

 

 

                                          _____

                                             Lewis A. Kaplan, U.S.D.J.

Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
   and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC.,. | CASE NO. 04 Civ. 04309 (LAK) |
| Plaintiff, | |
| v | Honorable Lewis A. Kaplan, U.S.D.J. |
| ALCOA STEAMSHIP CO., INC., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

     I hereby certify that on October 8, 2004, I caused a copy of the within (1) Defendant Georgia-Pacific Corporation's Notice of Motion to Admit Counsel *Pro Hac Vice*; (2) Affirmation of Michael Dore in support thereof; (3) Affidavit of Alissa C. Malone, Esq. in support thereof; (4) Affidavit of Lynn S. Concha in support thereof; and (5) proposed forms of Orders to be sent via regular First Class Mail to Lawrence J. Bowles, Esq., Nourse & Bowles, LLP, One Exchange Plaza at 55 Broadway, New York, NY 10006 (Attorneys for Plaintiff), and to all parties of record on the attached service list.

     Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

               By:/s/ Deborah A. Silodor (DS-0414)
                    Deborah A. Silodor

Dated: October 8, 2004

## SERVICE LIST

Academy Tankers, Inc.
Canterbury Shipping Corp.
Nation Oil Transportation Co.
c/o Secretary of State
Townsend Building
Dover, DE 19901

Alcoa Steamship Co., Inc., as Successor to
Lib Ore Steamship Company, Inc.
Pan Ore Transportation, Inc.
Reynolds Metals Company
201 Isabella Street
Pittsburgh, PA 15212

Amerada Hess as Successor to
Hess Oil and Chemical Corp.
1185 Avenue of the Americas
New York, NY 10036

American Maritime Holdings, Inc.
39 Broadway
New York, NY 10006

American Maritime Holdings, Inc.
Sea Mobility Inc.
World Wide Tankers, Inc.
c/o US Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

APL, Ltd. As Successor to
American Mail Line
American President Lines, Inc.
1111 Broadway Street, 6th Floor
Oakland, CA 94607

American Steamship Company
500 Essjay Road
Williamsville, NY 14222

Apex Oil Co., Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Apex Oil Co., Inc.
3314 River Rand Road
P.O. Box 3127
Wilmington, NC 28403

Aremar C.I.F.S.A.
Viamonte 494
9 Piso
Buenos Aires, Argentina

Argosy Offshore Ltd.
c/o CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

Arpez A.A.
Calle Venezuela 110
1094 Buenos Aires, Argentina

Astra Compania Argentina de Petroleo S.A.
Tucuman 744
11th Floor
1049 Buenos Aires, Argentina

Atlantic Richfield Company
515 South Fowler Street
P.O. Box 2679
Los Angeles, CA 90071

Atlantic Richfield Indonesia Inc.
Landmark Center Tower B
Jl. Jenderal Sudirman Kav. 70A
P.O. Box 1063
12910 Jakarta Java, Indonesia

Avila y Pizarro Compania Ltda.
Agents for Van Gogh Inversiones SA
Blanco 570
Valparaiso Chile

Avon Steamship Co. Inc.
Agents for Amherst Shipping Inc.
410 Lakeville Road, Rm. 201
Lake Success, NY 11040


Barber Asphalt Corp.
c/o CT Corporation System
277 Park Avenue
New York, NY 10017

Bermuda Atlantic Line Ltd.
P.O. Box 1198
Hamilton 5, Bermuda

Bermuda Atlantic Line Ltd.
760 N.E. 7th Avenue
Dania, FL 33004

Bessemer Trust Co. as Successor to
Howard Phipps, Ogden Phipps,
David Layman, Jr., Bessemer Trust Co.,
Bessemer Securities Corp.
Grosvenor Dale Co., Inc.
630 Fifth Avenue
New York, NY 10111 0333

BP as Successors to
American Oil Company
Standard Oil Company
Sohio Alaskan Petroleum Co. and
SPC Shipping Inc.
28100 Torch Parkway
Warrenville, IL 60555

Bridgeport & Port Jefferson Steamboat Co.
102 West Broadway
Port Jefferson, NY 11777

Brokerage & Management Corp.
90 Broad Street, 24th Floor
New York, NY 10004

Caribbean Steamship Co. S.A.
P.O. Box 2568
Corpus Christi, TX 78403

Central Gulf Lines as Successor to Central Gulf Lighters
Poydras Center
680 Poydras St., Ste. 1700, P.O. Box 53366
New Orleans, LA 70153

Chevron Texaco Corporations as Successor to California Oil Company
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Cleveland Cliffs, Inc. as Successor to Cleveland Cliffs Steamship Company
1100 Superior Avenue
Cleveland, OH 44114

Coal Logistics Corporation
30 Skyline Drive
Lake Mary, FL 32795

Coastal Carriers Inc.
1607 Belle Chasse Highway
Belle Chasse, LA 70037

Companhia de Navegacao Maritimea Netumar
Avenida Presidente Vargas 482
22 Andar
Rio de Janeiro, 2000RJ Brazil

Crest Tankers Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Dillingham Construction World Headquarters
1020 Serpentine Lane Suite 110
Pleasanton, CA 94566

The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Carolyn S. Schwartz, Esq.
Office of the United States Trustee of Enron Corporation
33 Whitehall Street, 21st Floor
New York, NY 10004

Empressa de Navegacion El Faro
Calle Lavalle 388
1047 Buenos Aires, Argentina

Equistar Chemicals, LP as Successor to Cub Distilling Company
National Distillers Products Corp.
300 Doremus Avenue
Newark, NJ 07105
Euro Gulf International
c/o Diamond State Corp. Agents Inc.
1200 North Broom Street
Wilmington, DE 19806

Federal Transport Company, Inc.
c/o Del Monte Fresh Produce Company
P.O. Box 149222
Carol Gables, FL 33114

Foss Maritime Company
c/o Mario Aita
Garvey Schubert and Barer
599 Broadway, 8th Floor
New York, NY 10012

Global Bulk Transport, Inc.
280 Park Avenue
New York, NY 10017

Grace Lines, Inc./Prudential Lines, Inc.
c/o PLI Disbursement Trustee
Lee J. DiCola, Esq.
2800 Carrington Street NW
North Canton, OH 44720

Gulf International Marine Inc.
c/o Gil Anthony Hebert
437 Menard Road
Houma, LA 70360

Henry Corporation
P.O. Box 13228
Tampa, FL 33681 3228

Inland Lakes Management Inc.
112 West Chisolm
P.O. Box 646
Alpena, MI 49707


Ispat Inland, Inc.
3210 Watling Street
East Chicago, IN 46312

Keyspan Corporation as Successor to Eastern Gas and Fuel Associates
1 Metrotrech Center
Brooklyn, NY  11201

Keystone Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Baldbutte Shipping Company
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Chas Kruz & Co., Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Chestnut Shipping Corp.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Chilbar Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Fredericksburg Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Keystone Tankship Corporation
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Margate Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

New England Collier Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Paco Tankers Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Timbo Shipping Ltd.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19904

Kimberly Clark Corporation as Successor to Scott Paper Company
Dept. INT
P.O. Box 2020
Neenah, WI  54957 2020

Kirby Inland Marine, Inc. as Successor to Hollywood Marine, Inc.
55 Waugh Drive, Suite 1000
Houston, TX  77007

Lafarge North America Inc. as Successor
to Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, VA  20170

Marifran International S.A.
Calle Paraguay 577
4 Pisco
Buenos Aires, 1057 Argentina

Marifran International S.A.
Avenida 25 de Mayo 401
1002 Buenos Aires, Argentina

Marine Transport Lines, Inc.
Managers for Marine Interests Corp.
And Union Marine Transport Co.
Agents for Marine Chemical Navigation Corp.,
Marine Sulphur Shipping Corp. and Oswego Tanker Corp.
1200 Harbor Blvd., C 901
Weehawken, MJ  0708

Mathiasen's Tanker Industry, Inc.
8182 Maryland Avenue
St. Louis, MO  63105

McAllister Brother, Inc. as
Successor to Outreach Marine Corporation
17 Battery Place, 15th Floor
New York, NY  10004

Mu Petco Shipping Co., Inc.
New Jersey Barging Corp. (Del)
Texas City Refining Inc.
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

National Gypsom Co.
2001 Rexford Road
Charlotte, NC  28211

Nedbarges Sublift BV
Westmolenstraat 1
Lange Haven, 3111 BS Schiedam
Netherlands

Nicor, Inc., as Successor to
National Marine Service, Inc.,
Lake Tankers Corp.
1209 Orange Street
Wilmington, DE  19801

Companhia de Navegacao Maritima Netumar
d/b/a Netumar Lines
c/o Stacey L. Meisel, Esq.
Trustee in Bankruptcy
Becker Meisel LLC
Eisenhower Plaza II
345 Eisenhower Parkway, Suite 2800
Livingston, NJ  07039

Offshore Express, Inc.
438 Menard Road
P.O. Box 2666
Houma, LA  70361

Oglebay Norton as
Successor to Columbia Steamship Company, Inc.
North Point Tower
1001 Lakeside Avenue, 15th Floor
Cleveland, OH  44114

Ormet Corporation
1233 Main Street, Suite 4000
Wheeling, WV  26003

Oscar Transportation Group
97 Akti Miaouli
185 38 Piraeus, Greece

Purto Rico Maritime Shipping Authority
Builing No. 123
Fleet and Bombay Streets
Elizabeth, NJ  07208

Resolve Maritime Corporation
436 SW 8th Street, Suite 206
Miami, FL  33130

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Building
Miami, FL  33130

Royal P&O Nedlloyd N.V. as
Successor to Farrell Lines Inc.
Farrel Lines (Lighters)
One Meadowlands Parkway
East Rutherford, NJ  07073

S.C. Loveland Co., Inc.
c/o Edward V. Cattell, Jr.
Hollstein Keating Cattell Johnston & Goldstein, P.C.
8 Penn Center, 1628 JFK Boulevard, Suite 2000
Philadelphia, PA  19103

Sabine Towing & Transportation Co., Inc.
7200 Highway 87 East
Port Arthur, TX  77342

SEI II Equipment Management
745 7th Avenue
New York, NY  10019

Seaport Harbor Cruise Lines, Inc.
17 Battery Place
New York, NY  10019

Tecomar S.A.
Avenida 39 Ote. No. 1204 A
Col. Anzures
Puebla, 72530 Mexico

Tecomar S.A.
Benjamin Franklin 232
Mexico DF  11800

Texas City Refining Inc.
P.O. Box 1271
Texas City, TX  77592 1271

Trade & Transport, Inc.
61 65, Filonoa Street
P.O. Box 104
Piraeus Greece

Tranfluen Compania Armadora SA
7 Piso, Oficina 52
San Martin 50
1004 Buenos Aires
Argentina

Transfrimar SA
6 Piso
Colon 602
Guayaquil, Ecuador

Trinidad Corporation
8182 Maryland Avenue
St. Louis, MO 63105

Trapigas Inc.
2151 LeJune Road
Coral Gables, FL 33134

Union Carbide Corporation
A Subsidiary of The Dow Chemical Company
P.O. Box 4393
Houston, TX 77210

Union Carbide Corp.
100 Lighting Way, Suite 402
Secaucus, NJ 07094

United States Maritime Administration
U.S. Department of Transportation
400 7th Street, SW
Washington, D.C. 20590

John T. Paulyson, Trustee
United States Lines, Inc. & United States Lines (S.A.) Inc.
184 186 North Avenue East, Suite 103
Cranford, NJ 07015 2488

Verizon Communications as
Successor to New York Telephone
1095 Avenue of the Americas
New York, NY 10036

Waterman Steamship Corp.
One Whitehall Street
New York, NY  10004

Weeks Marine Inc. as
Successor to American Dredging Company
4 Commerce Drive
Cranford, NJ  07016

West India Shipping Co., Inc.
Agents for West India Industries, Inc.
18th Fl., Great Southwest Building
1314 Texas Street
Houston, TX  77002

Lawrence J. Bowles
Nourse & Bowles
One Exchange Plaza/55 Broadway
New York, NY  10006

Seth Schafler, Esq.
Proskauer Roase, LLP
1585 Broadway
New York, NY  10036 8299

Alan Kellman
The Maritime Asbestosis Legal Clinic, a
division of The Jaques Admiralty Law Firm
645 Griswold, Ste. 1570
Detroit, MI  48226

Michael Dore (MD-0972)
Deborah A. Silodor (DS-0414)
**LOWENSTEIN SANDLER** PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020
    and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corp.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ-04309 (LAK) |
| Plaintiff, | Honorable Lewis A. Kaplan, U.S.D.J. |
| -v- | |
| ALCOA STEAMSHIP CO., INC., et al., | **AFFIDAVIT OF ALISSA C. MALONE, ESQ.** |
| Defendants. | |

ALISSA C. MALONE, being of full age and duly sworn, deposes and says:

1.    I am a partner of the law firm of Fields Howell Athans & McLaughlin, LLP, One Midtown Plaza, 1360 Peachtree Street, NE, Suite 800, Atlanta, GA 30309. I submit this affidavit in support of the motion for an order for my admission to this Court *pro hac vice* as counsel for Defendant, Georgia-Pacific Corp. ("GP"), in the above-captioned matter.

2.    I received a B.A. degree from Harvard University in 1988 and a J.D. from University of Illinois College of Law in 1994. I have practiced with my present firm continuously since its formation in mid-April, 2004, in the area of litigation.

- 1 -

3.    I am a member in good standing of the Bar of the State of Georgia, to which I was admitted in 1994. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of Georgia. I am also admitted to the bars of the United States District Court for the Northern District of Georgia.

4.    I have never been disbarred or disciplined by any court.

5.    I have never been admitted *pro hac vice* in the United States District Court for the Southern District of New York. I agree to abide by the Federal Rules of Civil Procedure, all applicable local court rules, and all rules or canons of ethics applicable to practice before this court in the above-captioned matter.

Respectfully submitted this 7th day of October, 2004.

Alissa C. Malone

Sworn to before me this
7th day of October, 2004

Notary Public

- 2 -

# STATE BAR
## OF GEORGIA



Ms. Alissa C. Malone
**Fields Howell Athans & McLaughlin LLP**
**One Midtown Plaza, Suite 800**
**1360 Peachtree St., N.E.**
**Atlanta, GA  30309**

**CURRENT STATUS:**     Active Member

DATE OF ADMISSION TO PRACTICE:     11/29/1994

**Attorney Bar Number:  172740**

Today's Date:     September 1, 2004

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

    -Must be certified by the Office of Bar Admissions (either by exam or on motion)
    -Sworn in to the Superior Court in Georgia
    -Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subject of such confidential complaints.

This member is currently in "good standing" as that term is defined by State Bar Rule 1-204.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

**STATE BAR OF GEORGIA**

*Toni Peterson*

Toni Peterson
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street ▪ Suite 100
Atlanta, Georgia 30303 ▪ (404) 527-8700
(800) 334-6865 ▪ FAX (404) 527-8717

INTERNET ADDRESS
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794) ▪ P.O. Box 1390
Tifton, Georgia 31793-1390 ▪ (229) 387-0446
(800) 330-0446 ▪ FAX (229) 382-7435

Michael Dore (MD-0972)
Deborah A. Silodor (DS-0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
18th Floor
New York, New York 10020
    and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corp.


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ-04309 (LAK) |
| Plaintiff, | |
| -v- | Honorable Lewis A. Kaplan, U.S.D.J. |
| ALCOA STEAMSHIP CO., INC., et al., | **AFFIDAVIT OF** |
| Defendants. | **LYNN S. CONCHA, ESQ.** |

LYNN S. CONCHA, being of full age and duly sworn, deposes and says:

1.    I am an associate of the law firm of Fields Howell Athans & McLaughlin, LLP, One Midtown Plaza, 1360 Peachtree Street, NE, Suite 800, Atlanta, GA 30309. I submit this affidavit in support of the motion for an order for my admission to this Court *pro hac vice* as counsel for Defendant, Georgia-Pacific Corp. ("GP"), in the above-captioned matter.

2.    I received a B.A. degree from University of North Carolina – Charlotte in 1975 and a J.D. from Emory University in 2000. I have practiced with my present firm continuously since its formation in mid-April 2004, in the area of litigation.

3.    I am a member in good standing of the Bar of the State of Georgia, to which I was admitted in 2000. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of Georgia.

4.    I have never been disbarred or disciplined by any court.

5.    I have never been admitted *pro hac vice* in the United States District Court for the Southern District of New York. I agree to abide by the Federal Rules of Civil Procedure, all applicable local court rules, and all rules or canons of ethics applicable to practice before this court in the above-captioned matter.

Respectfully submitted this _7th_ day of _October_, 2004.

Lynn S. Concha

Sworn to before me this
_7th_ day of October, 2004

Notary Public

# STATE BAR
## OF GEORGIA



Ms. Lynn Sellers Concha
**Fields Howell Athans  McLaughlin LLP**
**One Midtown Plaza, Suite 800**
**1360 Peachtree St.**
**Atlanta, GA  30309**

CURRENT STATUS:    **Active Member**

DATE OF ADMISSION TO PRACTICE:    **11/21/2000**

Attorney Bar Number: **056726**

Today's Date:    September 1, 2004

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

    -Must be certified by the Office of Bar Admissions (either by exam or on motion)
    -Sworn in to the Superior Court in Georgia
    -Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subject of such confidential complaints.

This member is currently in "good standing" as that term is defined by State Bar Rule 1-204.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

### STATE BAR OF GEORGIA

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street ▪ Suite 100
Atlanta, Georgia 30303 ▪ (404) 527-8700
(800) 334-6865 ▪ FAX (404) 527-8717

INTERNET ADDRESS
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794) ▪ P.O. Box 1390
Tifton, Georgia 31793-1390 ▪ (229) 387-0446
(800) 330-0446 ▪ FAX (229) 382-7435

Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
    and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., | CASE NO. 04 Civ 04309 (LAK) |
| Plaintiff, | |
| v | Honorable Lewis A. Kaplan, U.S.D.J. |
| ALCOA STEAMSHIP CO., INC., et al., | **AFFIRMATION OF MICHAEL DORE IN SUPPORT OF MOTION TO ADMIT ALISSA C. MALONE, ESQ. AND LYNN S. CONCHA, ESQ.** *PRO HAC VICE* |
| Defendants. | |

MICHAEL DORE, an attorney admitted to practice before this Court, affirms upon penalty of perjury that the following is true and correct:

1.    I am a Director of the law firm of Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068, attorneys for Defendant Georgia-Pacific Corporation. ("GP") in the above captioned matter. As such, I am fully familiar with the facts stated herein.

2.    I am a member in good standing of the Bar of the United States District Court for the Southern District of New York, to which I was admitted in 1976.

3.    I submit this affirmation in support of the motion for an order admitting Alissa C. Malone, Esq. and Lynn S. Concha to this Court *pro hac vice* as counsel for Defendant Georgia-Pacific Corp. in this case.

4.    As set forth in the annexed affidavit of Ms. Malone, sworn to on October 4, 2004, and Ms. Concha, sworn to on October 1, 2004, Ms. Malone and Ms. Concha are experienced attorneys and fully qualified to practice before this Court.

5.    Wherefore, I respectfully request that Ms. Malone and Ms. Concha be admitted to practice before this Court pro hac vice.

6.    Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.


Dated: Roseland, New Jersey
       October 8, 2004


                                    _____
                                    MICHAEL DORE (MD 0972)

-2-