Mario Aieta, Esq. (MA-2228)
GARVEY SCHUBERT BARER
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700 (tel)
(212) 334-1278 (fax)

Attorneys for Defendant Foss Maritime Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCOA STEAMSHIP CO., INC., FOSS MARITIME COMPANY, *et al.*, <br><br> Defendants. | NO. 04-CV-4309 (LAK) <br><br> **DEFENDANT FOSS MARITIME COMPANY'S FRCP 7.1 DISCLOSURE** |

Defendant Foss Maritime Company states it is wholly owned by Marine Resources, Inc. and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York

    October 7, 2004

                                        GARVEY SCHUBERT BARER

                                        By _____
                                             Mario Aieta, MA-2228
                                             599 Broadway, 8th Floor
                                             New York, NY 10012
                                             (212) 431-8700
                                             Attorneys for Defendant Foss Maritime Company