UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC.,

Plaintiff,    -v-

ALCOA STEAMSHIP CO., INC. AND OTHER
ENTITIES LISTED ON EXHIBIT A HERETO,

Defendants.

Case No. 04 Civ. 04309 (LAK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Bessemer Securities Corporation_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: October 8, 2004

CHADBOURNE & PARKE LLP

By _____
**Signature of Attorney**

Donald I Strauber
Attorney Bar Code: (DS-9256)
A Member of the Firm
Attorneys for Bessemer Securities
Corporation as successor to Grosvenor-
Dale Co., Inc.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Form Rule7_1.pdf