UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                        Plaintiff,

   – against –

ALCOA STEAMSHIP CO., INC., et al.,

                       Defendants.
------------------------------------------------------------------x

04-CV-04309
(LAK) (FM)

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Royal P&O Nedlloyd N.V. as Successor to Farrell Lines, Inc. ("Nedlloyd") hereby states that Nedlloyd has no corporate parents, and that the sole publicly held corporation to hold more than 10% of Nedlloyd's stock is the Peninsular and Oriental Steam Navigation Co.

Dated: New York, New York
         October 8, 2004

                              Respectfully submitted,

                              BROWN RUDNICK BERLACK ISRAELS LLP

                              By: /s Andrew Dash_____
                                  Andrew Dash (AD-7913)
                                  Peter Adelman (PA-1562)
                              120 West 45th Street
                              New York, NY 10036
                              Tel: (212) 704-0100
                              Fax: (212) 704-0196

                              Counsel to Defendant Royal P&O
                              Nedlloyd N.V. as Successor to Farrell Lines, Inc.

8100742