HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

Attorneys for Defendants
American President Lines, Ltd., and
American President Lines, Ltd. as Successor to American Mail Line

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendants. | 04 Civ. 04309 (LAK) <br><br> **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants American President Lines, Ltd. ("American President Lines"), sued herein as American President Lines, Inc., and American President Lines, Ltd. as Successor to American Mail Line ("AML"), certifies that Neptune Orient Lines, Limited ("NOL") is the corporate parent of APL (Bermuda) Ltd., which is the corporate parent of APL Ltd., which is the corporate parent of American President Lines. Shares of NOL are publicly traded on the Singapore Stock Exchange and there are no other publicly held corporations that own 10% or more of Defendants' stock.

Dated: October 8, 2004

                              HOLLAND & KNIGHT LLP
                              Attorneys for APL

By: _____
      John M. Toriello (JT-1822)

195 Broadway, 24th Floor
New York, 212) 513-3366
(212) 513-3200