PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, New York  10036-8299
(212) 969-3000
(212) 969-2900 (fax)

HOWREY SIMON ARNOLD & WHITE LLP
Robert H. Shulman
Mindy G. Davis
Christine S. Davis
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 783-0800

Attorneys for Defendant Amerada Hess Corporation

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALCOA STEAMSHIP CO., INC., et al.,<br><br>Defendants. | Case No. 04 CV 4309 (LAK)<br><br>**(ECF Case)** |

**CORPORATE DISCLOSURE STATEMENT
FOR AMERADA HESS CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Amerada Hess Corporation, as successor to Hess Oil and Chemical Corporation ("Amerada Hess") submits the following Corporate Disclosure Statement:

Amerada Hess does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: October 8, 2004<br>New York, NY | PROSKAUER ROSE LLP<br><br>By:     /s/Dale A. Schreiber<br>Dale A. Schreiber (DS-9211)<br>Colin A. Underwood (CU-3445)<br>Seth B. Schafler (SS-5993)<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>(212) 969-3000<br><br>HOWREY SIMON ARNOLD &<br>WHITE LLP<br>Robert H. Shulman<br>Mindy G. Davis<br>Christine S. Davis<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 783-0800<br><br>Attorneys for Defendants Amerada Hess Corporation |