PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant American Steamship Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : | Civil Action No. 04-CV-4309 (LAK) |
| | : | **(ECF CASE)** |
| Plaintiff, | : | |
| v. | | |
| | : | |
| ALCOA STEAMSHIP CO., INC., et al., | | |
| | : | **STATEMENT PURSUANT** |
| Defendants. | | **TO RULE 7.1** |
| | : | |

------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant American Steamship Company certifies that it is a wholly-owned subsidiary of GATX Corporation. No publicly-held corporation owns ten percent (10%) or more of GATX Corporation's stock.

Dated: New York, New York
       October 8, 2004

                                                       PROSKAUER ROSE LLP

                                                       By:   /s/ Dale A. Schreiber
                                                               Dale A. Schreiber (DS-9211)
                                                               1585 Broadway
                                                               New York, New York 10036-8229
                                                               (212) 969-3000
                                                               (212) 969-2900 (fax)
                                                               Attorneys for Defendant American
                                                               Steamship Company