PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant BP America Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : Civil Action No. 04-CV-4309 (LAK) |
| | : **(ECF CASE)** |
| Plaintiff, | : |
| v. | : |
| ALCOA STEAMSHIP CO., INC., et al., | : **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : |

------------------------------ x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant BP, erroneously named in Ex. A to the Second Amended Complaint, dated July 8, 2004, as successor to American Oil Co. and Standard Oil Co. (which is properly called Standard Oil Co. (Ohio)), Sohio Alaskan Petroleum Co. and SPC Shipping Co. certifies that:

(1)    named Defendant BP is properly called BP America Inc.;

(2)    named Defendant BP America Inc. is owned by non-defendant BP p.l.c., a United Kingdom company;

(3)    no publicly-held corporation owns ten percent (10%) or more of the stock of BP p.l.c.

(4)    named Defendants Atlantic Richfield Co., American Oil Co. and Standard Oil Co. (Ohio) are wholly owned by BP America Inc.; and

(5)   named Defendant Atlantic Richfield Indonesia, now called BP West Java Ltd., is owned by non-defendant BP America Production Co., which is wholly owned by non-defendant BP Company North America Inc., which is wholly owned by non-defendant BP Corporation North America Inc., which is wholly owned by named Defendant BP America Inc.

(6)   Sohio Alaskan Petroleum Co., now called BP Exploration (Alaska) Inc., and SPC Shipping Inc., now called BP Oil Shipping Co. are wholly owned by Standard Oil Co. (Ohio) which is wholly owned by BP America Inc.

Dated: New York, New York
October 8, 2004

PROSKAUER ROSE LLP

By:   /s/ Dale A. Schreiber
Dale A. Schreiber (DS-9211)
1585 Broadway
New York, New York 10036-8229
(212) 969-3000
(212) 969-2900 (fax)
Attorneys for Defendant BP America, Inc.