UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC. And Other Entities Listed On Exhibit A Hereto, <br><br> Defendants. | 04 Civ. 04309 (LAK) <br><br> **ELECTRONICALLY FILED** |

**CERTIFICATE OF SERVICE**

        I hereby certify that I caused true and correct copies of the Answer of Bessemer Securities Corporation, as successor to Grosvenor-Dale, Co., Inc. to the Second Amended Complaint, to be served via U.S. Mail, first class, postage prepaid, upon the following parties in the within action, at their last known address pursuant to Rule 5 of the Federal Rules of Civil Procedure on this 8th day of October, 2004:

        Academy Tankers Inc.
        c/o Secretary of State
        Townsend Building
        Dover, DE 19901

Canterbury Shipping Corp
c/o Secretary of State
Townsend Building
Dover, DE 19901

National Oil Transport Co.
c/o Secretary of State
Townsend Building
Dover, DE 19901

Alcoa Steamship Co., Inc. as Successor to
Isib-Ore Steamship Company, Inc.
Pan-Ore Transportation, Inc.
Reynolds Metals Coimpany
201 Isabella Street
Pittsburgh, PA  15212

Amerada Hess as Successor to.
Hess Oil and Chemical Corp.
11855 Avenue of the Americas
New York, NY  10036

American Maritime Holdings Inc.
39 Broadway
New York, New York 10006

American Maritime Holdings Inc.
Sea Mobility Inc.
World Wide Tankers Inc.
c/o US Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

American Steamship Company
500 Essjay Road
Williamsville, NY  14221

Apex Oil Co., Inc.
8182 Maryland Avenue
St. Louis, MO  63105

Apex Oil Co., Inc.
3314 River Road
P.O. Box 3127
Wilmington, NC  28403

Aremar C.I.F.S.A.
Viamonte 494
El Piso
1053 Buenos Aires, Argentina

Argosy Offshore Ltd.
1010 Milam
Houston, TX  77002

Argosy Offshore Ltd.
c/o CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA  70809

Arpez S.A.
Calle Venezuela 110
1095 Buenos Aires, Argentina

Astra Compania Argentina de Petroleo S.A.
Tacuman 744
11th floor
1049 Buenos Aires, Argentina

Atlantic Richfield Company
515 South Flower Street
P.O. Box 2679
Los Angeles, CA 90071

Atlantic Richfield Company
Landmark Center Tower B
JI Jendrel Sudirman Kav. 70A
P.O. Box 1063
12910 Jakarta Java, Indonesia

Avila y Pizarro Compania Ltda.
Agents for Van Gogh Inversiones SA
Blanco 570
Valparaiso Chile

Avon Steamship Co. Inc.
Agents for Amherst Shipping Inc.
410 Lakeville Road, Rm. 201
Lake Success, NY 11040

Barber Asphalt Corp.
c/o CT Corporation System
277 Park Avenue
New York, NY 10017

Barge Transport Company
P.O. Box 2569
1812 Durham Drive
Houston, TX  77252-2569

Bermuda Atlantic Line Ltd.
P.O. Box 1198
Hamilton 5, Bermuda

Bermuda Atlantic Line Ltd.
760 N.E. 7th Avenue
Dania, FL  33004

BP as Successor to
American Oil Company
Standard Oil Company
Sohio Alaskan Petroleum Co. and
SPC Shipping Inc.
28100 Torch Parkway
Warrenville, IL  60555

Caribbean Steamship Co. S.A.
P.O. Box 2568
Corpus Christi, TX  78403

Central Gulf Lines as Successor to
Central Gulf Lighters
Poydras Center
650 Poydras Street, Suite 1700
P.O. Box 53366
New Orleans, LA 70153

ChevronTexaco Corporation as Successor to
California Oil Company
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Cleveland-Cliffs, Inc. as Successor to
Cleveland-Cliffs Steamship Company
1100 Superior Avenue
Cleveland, OH 44114

Coal Logistics Corporation
30 Skyline Drive
Lake Mary, FL 32795

Coastal Carriers Inc.
1607 Belle Chasse Highway
Belle Chasse, LA 70037

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Crest Tankers Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Dillingham Construction World Headquarters
1020 Serpentine Lane Suite 110
Pleasanton, CA 94566

Dillingham Construction Corporation
5960 Inglewood Drive
P.O. Box 1089
Pleasanton, CA 94566

The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Carolyn S. Schwartz, Esq.
Office of United States Trustee
Of Enron Corporation
33 Whitehall Street
21st Floor
New York, New York  10004

Empresa de Navegacion El Faro
Calle Lavalle 388
1047 Buenos Aires, Argentina

Equistar Chemicals, LP as Successor to
Cuba Distilling Company
National Distillers Products Corp.
300 Doremus Avenue
Newark, NJ  07105

Euro Gulf International
c/o Diamond State Corp. Agents Inc.
1200 North Broom Street
Wilmington, DE 19806

Federal Transport Company, Inc.
c/o Del Monte Fresh Produce Company
P.O. Box 149222
Coral Gables, FL 33114

Georgia-Pacific Corporation
133 Peachtree Street, NE
Atlanta, GA  30303

Georgia-Pacific Corp.
P.O. Box 105605
Atlanta, GA  30348

Global Bulk Transport Inc.
280 Park Avenue
New York, New York  10017

Gulf International Marine Inc.
c/o Gil Anthony Hebert
437 Menard Road
Houma, LA  70360

Hendry Corporation
P.O. Box 13228
Tampa, Florida 33681-3228

Inland Lakes Management Inc.
112 West Chisolm
P.O. Box 646
Alpena, MI  49707

Ispat Inland Inc.
3210 Watling Street
East Chicago, IN  46312

Keystone Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Baldbutte Shipping Company
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Calendar Navigation Corp.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Chas. Kurz & Co., Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Chustnut Shipping Corp.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Chilbar Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Fredericksburg Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Keystone Tankship Corporation
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Margate Shipping Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

New England Collier Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Paco Tankers Inc.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Timbo Shipping Ltd.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA  19004

Kirby Inland Marine, Inc. as Successor to
Hollywood Marine, Inc.
55 Waugh Drive, Suite 1000
Houston, TX  77007

Lafarge North America Inc. as Successor to
Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, Virginia  20170

Marifran International S.A.
Calle Paraguay 577
4 Piso
Buenos Aires, 1057 Argentina

Marifran International S.A.
Avenida 25 de Mayo 401
1002 Buenos Aires, Argentina

Marine Transport Lines, Inc.
Managers for Marine Interests Corp. and
Union Marine Transport Co.
Agents for Marine Chemical Navigation Corp.,
Marine Sulpher Shipping Corp. and Oswego
Tanker Corp.
1200 Harbor Blvd., C0901
Weehawken, NJ  0708

Mathiasen's Tanker Industry Inc.
8182 Maryland Avenue
St. Louis, MO  63105

Mu-Petco Shipping Co. Inc.
New Jersey Barging Corp. (Del.)
Texas City Refining Inc.
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Nedbarges Sublift BV
Westmolenstraat 1
Lange Haven, 3111 BS Schiedam
Netherlands

Nicor Inc. as Successor to
National Marine Service Inc.
Lake Tankers Corporation
1209 Orange Street
Wilmington, DE  19801

Companhia de Navegacao Maritima Netumar
d/b/a Netumar Lines
c/o Stacey L. Meisel, Esq.
Trustee in Bankruptcy
Becker Meisel LLC
Eisenhower Plaza II
345 Eisenhower Parkway
Suite 2800
Livingston, NJ 07039

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA  70361

Oglebay Norton as Successor to
Columbia Steamship Company Inc.
North Point Tower
1001 Lakeside Avenue, 15th Floor
Cleveland, OH  44114

Ormet Corporation
1233 Main Street, Suite 4000
Wheeling, WV 26008

Oscar Transportation Group
97, Akti Miaouli
185 38 Piraeus, Greece

Puerto Rico Maritime Shipping Authority
Building No. 123
Fleet and Bombay Streets
Elizabeth, NJ  07208

Resolve Maritime Corporation
436 SW 8th Street, Suite 206
Miami, FL 33130

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th fl., City National Bank Building
Miami, FL 33130

Sabine Towing & Transportation Co., Inc.
7200 Highway 87 East
Port Arthur, TX  77642

SEI II Equipment Inc.
(f/k/a Shearson Equipment Management)
745 7th Avenue
New York, New York 10019

Seaport Harbor Cruise Lines, Inc.
17 Battery Place
New York, NY 10004

Tecomar S.A.
Avenida 39 Ote. No. 1204A
Col Anzures
Puebla, 72530  Mexico

Tecomar S.A.
Benjamin Franklin 232
Mexico DF  11800

Texas City Refining Inc.
P.O. Box 1271
Texas City, TX  77592-1271

Trafluen Compania Armadora SA
70 Piso, Oficina 52
San Martin 50
1004 Buenos Aires
Argentina

Transfrimar SA
6° Piso
Colon 602
Guayaquil, Ecuador

Trinidad Corporation
8182 Maryland Avenue
St. Louis, MO  63105

Tropigas Inc.
2151 LeJune Road
Coral Gables, FL  33134

Union Carbide Corporation,
A Subsidiary of The Dow Chemical Company
P.O. Box 4393
Houston, Texas  77210

Union Carbide Corp.
100 Lighting Way, Suite 402
Secaucus, NJ  07094

United States Maritime Administration
U.S. Department of Transportation
400 7th Street, SW
Washington, D.E.  20590

Verizon Communications as Successor to
New York Telephone
1095 Avenue of the Americas,
New York, New York  10036

Waterman Steamship Corp.
One Whitehall Street
New York, NY  10004

                          West India Shipping Co., Inc.
                          Agents for West India Industries, Inc.
                          18th fl., Great Southwest Building
                          1314 Texas Street
                          Houston, TX 77002

October 8, 2004

                                                          /s/ Melissa J. LaRocca
                                                          Melissa J. LaRocca (ML 8807)