PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

RAY, ROBINSON, CARLE & DAVIES P.L.L.
Gene B. George
Julia R. Brouhard
1717 East 9th Street, Ste. 1650
Cleveland, OH 44114-2898
(216) 861-4533
(216) 861-4568 (fax)

*Attorneys for Defendants Cleveland-Cliffs, Inc and
The Cleveland-Cliffs Steamship Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., : : : | Civil Action No. 04-CV-4309 (LAK) **(ECF CASE)** |
| Plaintiff, : | |
| v. : | |
| ALCOA STEAMSHIP CO., INC., et al., : | **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. : | |

------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for erroneously named Defendant Cleveland-Cliffs, Inc certifies that (1) it has no parent corporation; (2) no publicly-held corporation owns ten percent (10%) or more of its stock; and (3) it was erroneously named on Ex. A to the Second Amended Complaint, dated July 8, 2004, as the successor to The Cleveland-Cliffs Steamship Company when it is not the successor, rather it is the parent corporation of The Cleveland-Cliffs Steamship Company.

1

Dated: New York, New York
      October 8, 2004

                PROSKAUER ROSE LLP

By:   <u>/s/ Dale A. Schreiber</u>
      Dale A. Schreiber (DS-9211)
      1585 Broadway
      New York, New York 10036-8229
      (212) 969-3000
      (212) 969-2900 (fax)

      -and-

      Gene B. George
      Julia R. Brouhard
      Ray, Robinson, Carle & Davies P.L.L.
      1717 East 9th Street, Ste. 1650
      Cleveland, OH 44114-2898
      (216) 861-4533
      (216) 861-4568 (fax)

      *Attorneys for Defendants Cleveland-Cliffs, Inc and The Cleveland-Cliffs Steamship Company*