PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

PIPER RUDNICK
Camilo Cardozo (CC-9710)
Stanley McDermott, III (SM-0530)
1251 Avenue of the Americas
New York, NY 10020
(212) 835-6123
(212) 835-6001 (fax)

Attorneys for Defendant Ispat Inland Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., : | Civil Action No. 04-CV-4309 (LAK) |
| : | **(ECF CASE)** |
| Plaintiff, : | |
| v. : | |
| ALCOA STEAMSHIP CO., INC., et al., : | **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. : | |

------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Ispat Inland Inc. (formerly called Inland Steel Co.), certifies that it is a subsidiary of Ispat International N.V. and that no publicly-held corporation owns ten percent (10%) or more of its stock.

- 2 -

Dated: New York, New York
      October 8, 2004

                              PROSKAUER ROSE LLP

                              By:   /s/ Dale A. Schreiber
                                      Dale A. Schreiber (DS-9211)
                                      1585 Broadway
                                      New York, New York 10036-8229
                                      (212) 969-3000
                                      (212) 969-2900 (fax)
                                      Attorneys for Defendant BP
                                      America, Inc.

                                      -and-

                                      PIPER RUDNICK
                                      Stanley McDermott, III (SM-0530)
                                      Camilo Cardozo (CC-9710)
                                      1251 Avenue of the Americas
                                      New York, NY  10020
                                      (212) 835-6123
                                      (212) 835-6001 (fax)

                                      Attorneys for Defendant Ispat Inland
                                      Inc.