O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
Michael G. Zarocostas (MZ 0044)
82 Wall Street, Suite 300
New York, NY  10005
(212) 425-1401
(212) 425-1421 (f)

Attorneys for Defendants
Waterman Steamship Corporation and Central Gulf Lines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
AMERICAN STEAMSHIP OWNERS            :
MUTUAL PROTECTION AND INDEMNITY      :
ASSOCIATION, INC.,                   :
                                     :
                      Plaintiff,     :   04 CV 04309 (LAK)
                                     :
      - against -                    :   (ECF Case)
                                     :
ALCOA STEAMSHIP CO., INC., et al.,   :
                                     :
                      Defendants.    :
                                     :
------------------------------------ x

## **DEFENDANT WATERMAN STEAMSHIP CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Waterman Steamship Corporation, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

International Shipholding Corporation.

-2-

Dated: October 8, 2004
      New York, New York

                           O'HARE PARNAGIAN LLP

                           <u>s/ Robert A. O'Hare Jr.</u>
                           Robert A. O'Hare, Jr. (RO 6644)
                           Michael G. Zarocostas (MZ 0044)
                           82 Wall Street, Suite 300
                           New York, NY 10005-3686
                           (212) 425-1401
                           (212) 425-1421 (f)