UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
AMERICAN STEAMSHIP OWNERS :
MUTUAL PROTECTION AND
INDEMNIFICATION ASSOCIATION, INC. :
                                                                                       04 Civ. 04309 (LAK)
       Plaintiff, :
                                                                                       **NOTICE OF APPEARANCE**
  -against- :

ALCOA STEAMSHIP CO., INC., et al. :

       Defendants. :
---------------------------------- X

PLEASE TAKE NOTICE that the undersigned attorneys hereby enter their appearance as counsel of record for the Defendant American Atlantic Company in the above-captioned action, and request that a copy of all papers in the action be served upon the undersigned attorneys at the address listed below.

Dated: New York, New York.
       October 6, 2004

                                                    DECHERT LLP

                                                    By:_____
                                                       Robert A. Cohen [RC-7712]
                                                       Rodney M. Zerbe [RZ-1069]
                                                     30 Rockefeller Plaza
                                                     New York, NY 10112-2200
                                                     Telephone: (212) 698-3500
                                                     Attorneys for Defendant
                                                     American Atlantic Company

To:    Lawrence J. Bowles
        NOURSE & BOWLES, LLP
        One Exchange Plaza
        New York, NY 10006
        (212) 952-6200
        Attorneys for Plaintiff

Patrick F. Lennon
TISDALE & LENNON, LLC
36 West 44th Street, Suite 1111
New York, NY 10036
Attorneys for Defendants Bridgeport & Port Jefferson Steamboat Co.,
Brokerage & Management Corp., McAllister Bros., Inc. and
Trade & Transport, Inc.

Lisa M. Campisi
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Attorneys for Defendant Kimberly-Clark Corp.

Andrew S. Dash
BROWN RUDNICK BERLACK ISRAELS LLP
120 West 45th Street
New York, NY 10036
Attorneys for Defendant Royal P&O Nedlloyd N.V.

Edward V. Cattell, Jr.
HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C.
8 Penn Center, 1628 JFK Blvd.
Philadelphia, PA 19103
Attorneys for Defendant S.C. Loveland Co., Inc.

Herbert I. Waldman
NAGEL RICE & MAZIE LLP
301 S. Livingston Ave., Suite 201
Livingston, NJ 07039

Scott B. Fisher
JASPAN SCHLESINGER HOFFMAN LLP
300 Garden City Plaza
Garden City, NY 11530

Dan Shaked
SHAKED & POSNER
225 West 34th Street, Suite 705
New York, NY 10122