UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAN STEAMSHIP OWNERS            04 CV 04309 (LAK)
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,         RULE 7.1 STATEMENT

                   Plaintiff,

ALCOA STEAMSHIP CO. INC. and
Other Entities Listed on Exhibit A
hereto,

                 Defendants.
----------------------------------------X

     Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant UNION CARBIDE CORPORATION certifies that, aside from THE DOW CHEMICAL COMPANY, there are no parent corporations and any publicly held corporations that own 10% or more of its stock.

Dated:  New York, N.Y.
        October 8, 2004

                                     EDWARD A. KEANE (EK 1398)