UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AMERICAN STEAMSHIP OWNERS                    04 CV 04309 (LAK)
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,                 RULE 7.1 STATEMENT

                Plaintiff,

ALCOA STEAMSHIP CO. INC. and
Other Entities Listed on Exhibit A
hereto,

                Defendants.
------------------------------------------X

       Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant THE DOW CHEMICAL COMPANY certifies that no parent corporations or any publicly held corporations own 10% or more of its stock.

Dated:  New York, N.Y.
        October 8, 2004

                                          EDWARD A. KEANE (EK 1398)