UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND                :      04 Civ. 4309 (LAK)
INDEMNITY ASSOCIATION, INC.,         :
                                     :
         Plaintiff,                  :
                                     :      **RULE 7.1 STATEMENT**
         -against-                   :
                                     :
ALCOA STEAMSHIP CO., INC. and Other  :
Entities Listed on Exhibit A,        :
                                     :
         Defendants.                 :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Brokerage & Management Corp. and Trade & Transport, Inc. hereby states that neither company has any corporate parents and that neither company is publicly traded.

Dated: October 8, 2004
       New York, New York

                                        The Defendants,
                                        Brokerage & Management Corp. and
                                        Trade & Transport, Inc.

                                  By: _____
                                        Patrick F. Lennon, Esq. (PL 2162)
                                        TISDALE & LENNON, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025
                                        (212) 869-0067 facsimile
                                        plennon@tisdale-lennon.com