UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS                :
MUTUAL PROTECTION AND                    :    04 Civ. 4309 (LAK)
INDEMNITY ASSOCIATION, INC.,             :
                                         :
        Plaintiff,                      :
                                         :    **RULE 7.1 STATEMENT**
    -against-                          :
                                         :
ALCOA STEAMSHIP CO., INC. and Other      :
Entities Listed on Exhibit A,            :
                                         :
        Defendants.                     :
------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bridgeport and Port Jefferson Steamboat Co. hereby states that it is a wholly owned subsidiary of McAllister Towing and Transportation Company, Inc. and that neither company is publicly traded.

Dated: October 8, 2004
       New York, New York

                                  Respectfully submitted,

                                  The Defendant,
                                  Bridgeport and Port Jefferson Steamboat Co.

                                  By: _____
                                  Patrick F. Lennon, Esq. (PL 2162)
                                  TISDALE & LENNON, LLC
                                  11 West 42nd Street, Suite 900
                                  New York, NY 10036
                                  (212) 354-0025
                                  (212) 869-0067 facsimile
                                  plennon@tisdale-lennon.com