UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS          :
MUTUAL PROTECTION AND              :     04 Civ. 4309 (LAK)
INDEMNITY ASSOCIATION, INC.,       :
                                   :
          Plaintiff,               :
                                   :     **RULE 7.1 STATEMENT**
     -against-                     :
                                   :
ALCOA STEAMSHIP CO., INC. and Other :
Entities Listed on Exhibit A,      :
                                   :
          Defendants.              :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant McAllister Brothers, Inc., as successor to Outreach Marine Corporation hereby states that it was merged into McAllister Towing and Transportation Company, Inc. which is not a publicly traded company.

Respectfully submitted,

The Defendant,
Defendant McAllister Brothers, Inc.,
as successor to Outreach Marine Corporation

By: _____
Patrick F. Lennon, Esq. (PL 2162)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 facsimile
plennon@tisdale-lennon.com