PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Sea Mobility Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : Civil Action No. 04-CV-4309 (LAK) |
| | : **(ECF CASE)** |
| Plaintiff, | : |
| v. | : |
| ALCOA STEAMSHIP CO., INC., et al., | : **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : |

------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Sea Mobility Inc. certifies that it was duly dissolved in 2001 and was wholly owned by DynCorp. No publicly-held corporation owned ten percent (10%) or more of DynCorp's stock at the time it owned Sea Mobility Inc.

Dated: New York, New York
      October 12, 2004

                                      PROSKAUER ROSE LLP

                                      By:  /s/ Dale A. Schreiber
                                               Dale A. Schreiber (DS-9211)
                                               1585 Broadway
                                               New York, New York 10036-8229

- 2 -

(212) 969-3000
(212) 969-2900 (fax)
Attorneys for Defendant BP America, Inc.

Attorneys for Sea Mobility Inc.