### Certificate of Service

I, LISA A. BAUER, an attorney with the law firm of Proskauer Rose LLP, hereby certify that, on October 8, 2004, I caused a true and correct copy of Defendants Keystone's, BP's, MTL's, Cleveland-Cliffs', Ispat's, American Steamship Company's and Sea Mobility Inc.'s (as those Defendants are defined therein) Answer and Counterclaims to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint and a true and correct copy of Amerada Hess Corporation's Answer and Counterclaims to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Complaint both to be served by first class mail to all listed on Exhibit A, attached hereto.

Dated: October 12, 2004

/s/ Lisa A. Bauer
Lisa A. Bauer

EXHIBIT A

Academy Tankers Inc.
c/o Secretary of State
Townsend Building
Dover, DE  19901

Canterbury Shipping Corp.
c/o Secretary of State
Townsend Building
Dover, DE  19901

National Oil Transport Co.
c/o Secretary of State
Townsend Building
Dover, DE  19901

Alcoa Steamship Co., Inc.,
as Successor to Lib-Ore Steamship, Inc.,
Pan-Ore Transportation, Inc. and
Reynolds Metals Company
201 Isabella Street
Pittsburgh, PA 15212

Barry L. Doney, VP
American Atlantic Co.
as Successor to American Dredging
Company
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406

American Maritime Holdings Inc.
39 Broadway
New York, NY 10006

Robert Gruendel
Counsel for Apex Oil, Crest Tankers Inc.,
Mathiasen's Tanker Industry Inc. and
Trinidad Corporation
Curtis, Mallet-Prevost Cait & Masle
101 Park Avenue
New York, New York 10178-0061

John Toriello
Counsel for APL, Ltd. as Successor to
American Mail Line and American
President Lines, Inc.
Holland & Knight
195 Broadway, 24th Floor
New York, NY  10007

Argosy Offshore Ltd.
1010 Milam
Houston, TX 77002

Caribbean Steamship Co. S.A.
P.O. Box 2568
Corpus Christi, TX 78403

Avon Steamship Co. Inc.
Agents for Amherst Shipping Inc.
410 Lakeville Road, Rm. 201
Lake Success, NY 11040

Barber Asphalt Corp.
c/o CT Corporation System
277 Park Avenue
New York, NY  10017

Barge Transport Company
P.O. Box 2569
1812 Durham Drive
Houston, TX 77252-2569

Bermuda Atlantic Line Ltd.
P.O. Box 1198
Hamilton 5, Bermuda
760 N.E. 7th Avenue
Dania, FL 33004

Donald I. Stauber
Counsel for Bessemer Securities Corp.
as Successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

John W. Cannavino
Counsel for Chevron Texaco Corporation
as Successor to California Oil Company
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120

Coal Logistics Corporation
30 Skyline Drive
Lake Mary, FL 32795

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Case 2:04-cv-04309-LAK-JCF     Document 126     Filed 10/12/2004     Page 3 of 5

Stacey L. Meisel
Trustee in Bankruptcy for
Compania de Navegacao Maritima Netumar
d/b/a Netumar Lines
Becker Meisel LLC
Eisenhower Plaza II
345 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039

Dillingham Construction World
Headquarters
1020 Serpentine Lane, Suite 110
Pleasanton, CA 94566

Dillingham Construction Corporation
5960 Inglewood Drive
P.O. Box 1089
Pleasanton, CA 94566

Steve Murray
Edward A. Keane
Counsel for The Dow Chemical Company
and Union Carbide Corporation
Mahoney & Keane
14 Pilgrim Lane
Weston, CT 06883

Loveland Holding Company, Inc.
f/k/a S.C. Loveland Co., Inc.
P.O. Box 368
Supawna Road
Pennsville, NJ 08070

Carolyn S. Schwartz
Office of U.S. Trustee of
Enron Corporation
33 Whitehall Street, 21st Floor
New York, NY 10004

Equistar Chemicals, LP
as Successor to Cuba Distilling Company
and National Distilling Products Corp.
300 Doremus Avenue
Newark, NJ 07105

Euro Gulf International
c/o Diamond State Corp. Agents Inc.
1200 North Broom Street
Wilmington, DE 19806

Federal Transport Company, Inc.
c/o Del Monte Fresh Produce Company
P.O. Box 149222
Coral Gables, GL 33114

Carissa A. Barletta
Corporate Counsel
Georgia Pacific Corp.
133 Peachtree Street, NE
Atlanta, GA 30303
P.O. Box 105605
Atlanta, GA 30348

Global Bulk Transport Inc.
280 Park Avenue
New York, New York 10017

Lee J. DiCola
Grace Lines, Inc.
c/o PLI Disbursement Trustee
2800 Carrington Street NW
North Canton, OH 4470

Gulf International Marine Inc.
c/o Gil Anthony Hebert
437 Menard Road
Houma, LA 70360

Hendry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

John Cameron
Counsel for Inland Lakes Management Inc.
Warner Norcross & Judd
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487

Kirby Inland Marine, Inc.
as Successor to Hollywood Marine, Inc.
55 Waugh Drive, Suite 1000
Houston, TX 77007

Lafarge North America Inc.
as Successor to Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, Virginia 20170

Mu-Petco Shipping Co. Inc.
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

New Jersey Barging Corp. (Del.)
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

National Gypsum Co.
2001 Rexford  Rd.
Charlotte, NC 28211
Ormet Corporation
1233 Main Street, Suite 4000
Wheeling, WV 26003

Nicor Inc., as Successor to
National Marine Service Inc. and
Lake Tankers Corporation
1209 Orange Street
Wilmington, DE 19801

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA 70361

Oglebay Norton, as Successor to
Columbia Steamship Company Inc.
North Point Tower
1001 Lakeside Ave., 15th Floor
Cleveland, OH 44114

Lee J. DiCola
Prudential Lines, Inc.
c/o PLI Disbursement Trustee
2800 Carrington Street NW
North Canton, OH 44709

Puerto Rico Maritime Shipping Authority
Building No. 123
Fleet and Bombay Streets
Elizabeth, NJ 07208

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Bank Building
Miami, FL 33130

Sabine Towing & Transportation Co., Inc.
7200 Highway 87 East
Port Arthur, TX 77642
Sea Mobility Inc.
c/o US Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

World Wide Tankers Inc.
c/o US Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808
Seaport Harbor Cruise Lines
17 Battery Place
New York, NY  10004

SEI II Equipment Inc.
f/k/a Shearson Equipment Management
745 7th Avenue
New York, NY 10019

Weeks Marine Inc.
as Successor to
American Dredging Company
4 Commerce Drive
Cranford, NJ  07016

Texas City Refining Inc.
P.O. Box 1271
Texas City, TX 77592-1271

Tropigas Inc.
2151 LeJune Road
Coral Gables, FL 33134

Unites States Maritime Administration
US DOT
400 7th Street, SW
Washington, DC 20590

Verizon Communications
as Successor to New York Telephone
1095 Avenue of the Americas
New York, NY 10036

West India Shipping Co., Inc.
Agents for West India Industries, Inc.
18th Floor, Great Southwest Building
1314 Texas Street
Houston, TX 77002

Aremar C.I.F.S.A.
Viamonte 494
9 Piso
1053 Buenos Aires, Argentina

Arpez S.A.
Calle Venezuela 110
1095 Buenos Aires, Argentina

Astra Compania Argentina de Petroleo S.A.
Tucuman 744, 11th Floor
1049 Buenos Aires, Argentina

Avila y Pizarro Compania Ltda.
Agents for Van Gogh Inversiones SA
Blanco 570
Valparaiso, Chile

Trade & Transport Inc.
61-65, Filonos Street
P.O. Box 104
Piraeus, Greece

Empresa de Navegacion El Faro
Calle Lavalle 388
1047 Buenos Aires, Argentina

Marifran International S.A.
Calle Paraguay 577
4 Piso
Buenos Aires, Argentina
Avenida 25 de Mayo 401
1002 Buenos Aires, Argentina

Nedbarges Sublift BV
Westmolenstraat 1
Lange Haven, 3111 BS Schiedam
Netherlands

Oscar Transportation Group
97, Akti Miaouli
185 38 Piraeus, Greece
Tecomar S.A.
Avenida 39 Ote. No. 1204A
Col Anzures
Puebla, 72530 Mexico