PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, New York  10036-8299
(212) 969-3000
(212) 969-2900 (fax)

HOWREY SIMON ARNOLD & WHITE LLP
Mindy G. Davis
Christine S. Davis
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 783-0800

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendants. | Case No. 04 CV 4309 (LAK) <br><br> **(ECF Case)** |

### AMERADA HESS' JOINDER IN THE MEMORANDUM FILED BY CERTAIN DEFENDANTS IN OPPOSITION TO THE MARITIME CLAIMANTS' MOTION TO INTERVENE

Amerada Hess Corporation, as successor to Hess Oil and Chemical Corporation ("Amerada Hess"), respectfully joins in the memorandum filed by certain defendants (Keystone, BP, MTL and Cleveland-Cliffs, as defined in their memorandum) in opposition to the Maritime Claimants' Motion to intervene filed in the above-captioned case.  Amerada Hess has reviewed

the memorandum filed by the certain defendants and joins in the positions set forth by those defendants.

Dated: October 12, 2004
      New York, NY

PROSKAUER ROSE LLP

By:     /s/Dale A. Schreiber
    Dale A. Schreiber (DS-9211)
    Colin A. Underwood (CU-3445)
    Seth B. Schafler (SS-5993)
    PROSKAUER ROSE LLP
    1585 Broadway
    New York, NY 10036-8299
    (212) 969-3000
    (212) 969-2900 (fax)

HOWREY SIMON ARNOLD & WHITE LLP
Mindy G. Davis
Christine S. Davis
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

*Attorneys for Defendant Amerada Hess Corporation*