DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
David L. Elkind (DE-5559)
Stacey A. Saiontz (SS-1705)
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 835-1400
Facsimile: (212) 997-9880
Attorneys for Defendant KeySpan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALCOA STEAMSHIP CO., INC., et al.,<br><br>Defendants. | ECF CASE<br><br>Case No. 04 CV 4309 (LAK)<br><br>Defendant KeySpan Corporation's Joinder In The Memorandum Filed By Certain Defendants In Opposition to the Maritime Claimants' Motion To Intervene |

**DEFENDANT KEYSPAN CORPORATION'S JOINDER IN THE
MEMORANDUM FILED BY CERTAIN DEFENDANTS IN OPPOSITION
TO THE MARTIME CLAIMANTS' MOTION TO INTERVENE**

KeySpan Corporation ("KeySpan") respectfully joins in the memorandum filed by certain defendants (Keystone Shipping Company, et al.) in opposition to the maritime claimants motion to intervene filed in the above-captioned case. The arguments and reasoning underlying *The Memorandum In Opposition To The Maritime Claimants' Motion to Intervene* filed with this Court on October 12, 2004, are equally applicable to KeySpan. KeySpan has reviewed *The Memorandum In Opposition To The Maritime Claimants' Motion to Intervene* and KeySpan adopts and incorporates by reference all of the arguments and reasoning. Accordingly, KeySpan

123324 v1

joins *The Memorandum In Opposition To The Maritime Claimants' Motion to Intervene.*

Dated: New York, New York
October 12, 2004

                            DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

                            By: _____S/_____
                                Stacey A. Saiontz (SS-1705)
                                David L. Elkind (DE-5559)