UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC. and THE OTHER ENTITIES LISTED ON EXHIBIT A HERETO, <br><br> Defendants, | 04 CV 04309 (LAK) <br><br><br> **AFFIDAVIT OF SERVICE** |

JENNIFER BLISS, being duly sworn, deposes and says:

Deponent is not a party of the action, is over 18 years of age and is employed by NAGEL RICE & MAZIE, LLP.

On October 13, 2004, deponent served the Amended Answer of the United States Lines, Inc. and United States Lines (S.A.), Inc. Reorganization Trust to the Second Amended Complaint via regular mail to the parties attached hereto, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey.

                                                                             s/Jennifer Bliss
                                                                             JENNIFER BLISS

Sworn to and Subscribed
before me this 13th day of
October 2004.

 s/Debra Barone
Notary Public

Academy Tankers, Inc.
Canterbury Shipping Corp.
Nation Oil Transportation Co.
c/o Secretary of State
Townsend Building
Dover, DE 19901

Alcoa Steamship Co., Inc. as Successor to
Lib-Ore Steamship Company, Inc.
Pan-Ore Transportation, Inc.
Reynolds Metals Company
201 Isabella Street
Pittsburgh, PA 15212

American Maritime Holdings, Inc.
39 Broadway
New York, NY 10006

Apex Oil Co., Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Apex Oil Co., Inc.
3314 River Rand Road
P.O. Box 3127
Wilmington, NC 28403

Aremar C.I.F.S.A.
Viamonte 494
9 Piso
Buenos Aires, Argentina

Argosy Offshore Ltd.
c/o CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

Arpez A.A.
Calle Venezuela 110
1095 Buenos Aires, Argentina

Astra Compania Argentina de Petroleo S.A.
Tucuman 744
11th Floor
1049 Buenos Aires, Argentina

Atlantic Richfield Company
515 South Fowler Street
P.O. Box 2679
Los Angeles, CA 90071

Atlantic Richfield Indonesia, Inc.
Landmark Center Tower B
J1. Jenderal Sudirman Kav. 70A
P.O. Box 1063
12910 Jakarta Java, Indonesia

Avila y Pizarro Compania Ltda.
Agents for Van Gogh Inversiones SA
Blanco 570
Valparaiso Chile

Avon Steamship Co., Inc.
Agents for Amherst Shipping Inc.
410 Lakeville Road, Room 201
Lake Success, NY 11040

Barber Asphalt Corp.
c/o CT Corporation System
277 Park Avenue
New York, NY 10017

Bermuda Atlantic Line, Ltd.
P.O. Box 1198
Hamilton 5, Bermuda

Bermuda Atlantic Line Ltd.
760 N.E. 7th Avenue
Dania, FL 33004

Caribbean Steamship Co. S.A.
P.O. Box 2568
Corpus Christi, TX 78403

Chevron Texaco Corporation as Successor to
California Oil Company
6001 Bollinger Canyon Road
San Ramon, CA 94583

Coal Logistics Corporation
30 Skyline Drive
Lake Mary, FL 32795

Coastal Carriers, Inc.
1607 Belle Chasse Highway
Belle Chasse, LA 70037

Coastal Carrier, Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Companhia de Navegacao Maritimea Netumar
Avenida Presidente Vargas 482
22 Andar
Rio de Janeiro, 2000RJ Brazil

Crest Tanker, Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Dillinghman Construction World Headquarters
1020 Serpentine Lane Suite 110
Pleasanton, CA 94566

The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Carolyn S. Schwartz, Esq.
Office of the United States Trustee of Enron Corporation
33 Whitehall Street, 21st Floor
New York, NY 10004

Empressa de Navegacion El Faro
Calle Lavalle 388
1047 Buenos Aires, Argentina

Equistar Chemicals, LP as Successor to Cuba Distilling Company
National Distillers Products Corp.
300 Doremus Avenue
Newark, NJ 07105

Euro Gulf International
c/o Diamond State Corp. Agents Inc.
1200 North Broom Street
Wilmington, DE 19806

Federal Transport Company, Inc.
c/o Del Monte Fresh Produce Company
P.O. Box 149222
Coal Gables, FL 33114

Global Bulk Transport, Inc.
280 Park Avenue
New York, NY 10017

Gulf International Marine Inc.
c/o Gill Anthony Herbert
437 Menard Road
Houma, LA 70360

Henry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

Kirby Inland Marine, Inc. as Successor to Hollywood Marine, Inc.
55 Waugh Drive, Suite 1000
Houston, TX 77007

Marifran International S.A.
Calle Paraguay 577
7 Piso
Buenos Aires, Argentina

Marifran International S.A.
Avenida 25 de Mayor 401
1002 Buenos Aires, Argentina

Mathiasen's Tanker Industry, Inc.
8182 Maryland Avenue
St. Louis, MO 63105

Mu-Petco Shipping Co., Inc.
New Jersey Barging Corp. (Del)
Texas City Refining Inc.
c/o The Corporation Trust co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

National Gypsom Co.
2001 Rexford Road
Charlotte, NC

Nedbarges Sublift BV
Westmolenstraat 1
Lange Haven, 3111 BS Schiedam
Netherlands

Nicor Inc. as Successor to National Marine
Service Inc.
Lake Tankers Corp.
1209 Orange Street
Wilmington, DE 19801

Companhia de Navegacao Maritima Netumar
d/b/a Netumar Lines
c/o Stacey L. Meisel, Esq.
Trustee in Bankruptcy
Becker Meisel, LLC
Eisenhower Plaza II
345 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039

Offshore Express, Inc.
438 Menard Road, P.O. Box 2666
Houma, LA 70361

Ormet Corporation
1233 Main Street, Suite 4000
Wheeling, WV 26003

Oscar Transportation Group
97 Akti Miaouli
185 38 Piraeus, Greece

Puerto Rico Maritime Shipping Authority
Building No. 123
Fleet and Bombay Streets
Elizabeth, NJ 07208

Resolve Maritime Corporation.
436 SW 8th Street, Suite 206
Miami, FL 33130

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Building
Miami, FL 33130

Sabine Towing & Transportations Co. Inc.
7200 Highway 87 East
Port Arthur, TX 77342

SEI II Equipment
745 7th Avenue
New York, NY 10019

Seaport Harbor Cruise Lines, Inc.
17 Battery Place
New York, NY 10004

Tecomar S.A.
Avenida 39 Ote. No. 1204 A
Col. Anzures
Puebla, 72530 Mexico

Tecomar S.A.
Benjamin Franklin 232
Mexico DF 11800

Texas City Refining Inc.
P.O. Box 1271
Texas City, TX 77592-1271

Tranfluen Compania Armadora SA
7 Piso, Oficina 52
San Martin 50
1004 Buenos Aires
Argentina

Transfrimar SA
6 Piso
Colon 602
Guayaquil, Ecuador

Trinidad Corporation
8182 Maryland Avenue
St. Louis MO 63105

Tropigas Inc.
2151 LeJune Road
Coral Gables, FL 33134

Union Carbide Corporation
A Subsidiary of The Dow Chemical Company
P.O. Box 4393
Houston, TX 77210

Union Carbide Corp.
100 Lighting Way, Suite 402
Secaucus, NJ 07094

United States Maritime Administration
U.S. Department of Transportation
400 7th Street, SW
Washington D.C. 20590

Verizon Communication as Successor to New
York Telephone
1095 Avenue of the Americas
New York, NY 10036

Weeks Marine Inc. as Successor to American
Dredging Company
4 Commerce Drive
Cranford, NJ 07016

West India Shipping Co., Inc.
Agents for West India Industries, Inc.
18th Floor, Great Southwest Building
1314 Texas Street
Houston, TX 77002

Stanley McDermott, III, Esq.
Camilo Cardozo, Esq.
Piper Rudnick
1251 Avenue of the Americas
New York, NY 10020

Thomas W. Emery, Esq.
1000 Woodbridge Street
 Detroit, MI 48207-3192

Mindy G. Davis, Esq.
Christine Davis, Esq.
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington DC 20004-2402

Gene B. George, Esq.
Julia R. Brouhard, Esq.
Ray, Robinson, Carle & Davies, PLL
1717 East 9th Street, Suite 1650
Cleveland, OH 44114-2898