KAPLAN, S.

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

     Plaintiff,

- against -

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
attached to the Second Amended Complaint

     Defendants.

-------------------------------------------------------X

04 Civ. 04309 (LAK)

STIPULATION & ORDER
SUBSTITUTING THE CLEVELAND-
CLIFFS STEAMSHIP COMPANY
AS A DEFENDANT IN PLACE OF
CLEVELAND-CLIFFS, INC.

IT IS HEREBY STIPULATED AND AGREED between and among plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc., defendant, Cleveland-Cliffs, Inc. (erroneously named as a defendant, and as the successor to Cleveland-Cliffs Steamship Company) and The Cleveland-Cliffs Steamship Company that Cleveland-Cliffs, Inc. be

and hereby is deleted as a defendant in the captioned action and that The Cleveland-Cliffs Steamship Company be substituted as a defendant in its place and stead.

                        NOURSE & BOWLES, LLP
                        Attorneys for Plaintiff American
                        Steamship Owners Mutual Protection and Indemnity
                        Association, Inc.

By: *[signature]*
                        Lawrence J. Bowles (LB-5950)
                        One Exchange Plaza - At 55 Broadway
                        New York, New York 10006-3030
                        (212) 952-620

and

                        RAY, ROBINSON, CARLE & DAVIES, P.L.L.
                        Attorneys for Cleveland-Cliffs Inc and
                        The Cleveland-Cliffs Steamship Company

By: *[signature]*
                        Gene B. George, Esq.
                        Julia R. Brouhard, Esq.
                        1717 East 9th Street, Ste. 1650
                        Cleveland, Ohio 44114-2898
                        (216) 861-4533

and

                        PROSKAUER ROSE LLP
                        Dale A. Schreiber (DS-9211)
                        Colin A. Underwood (CU-3445)
                        Seth B. Schafler (SS-5993)
                        1585 Broadway
                        New York, NY 10036-8299
                        (212) 969-3000

SO ORDERED
*[signature]*
LEWIS A. KAPLAN, USDJ

2