UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

AMERICAN STEAMSHIP OWNERS MUTUAL : Civil Action No. 04-CV-4309 (LAK)
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,              :
                                          (ECF CASE)
                  Plaintiff,    :

         v.                     :   STIPULATION

ALCOA STEAMSHIP CO., INC., et al., :

                  Defendants.
---------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that the time within which the undersigned Defendants may oppose Maritime Claimants' Motion to Intervene in this action is extended through and including October 12, 2004.

Dated: New York, New York
       October 5, 2004

SHAKED & POSNER

By: _____
Dan Shaked (DS-3331)
225 West 34th Street, Suite 705
New York, NY 10122
(212) 494-0035

Alan Kellman
MARITIME ASBESTOSIS LEGAL
CLINIC,
A division of THE JAQUES ADMIRALTY
LAW FIRM, P.C.
645 Griswold, Suite 1570
Detroit, MI 48226

PROSKAUER ROSE LLP

By: _____
Tal A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, New York 10036-8229
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Keystone
Shipping Co., and related entities,
Marine Transport Lines, Inc. and
related entities, BP America Inc. and
related entities, Cleveland-Cliffs.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/04

| | |
|---|---|
| (313) 961-1080 | Inc., and Amerada Hess Corporation |
| Attorneys for Asbestosis Claimants | |
| DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP | HOLLAND & KNIGHT |
| By: _____ <br> Stacey Saiontz, Esq. (SS-1705) <br> David Elkind, Esq. <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br> (212) 835-1400 <br> (212) 896-5446 <br> (212) 997-9880 (fax) | By: _____ <br> John Toriello (JT 1822) <br> 195 Broadway, 24th Floor <br> New York, NY 10007 <br> (212) 513-3366 <br> (212) 513-3200 <br> (212) 385-9010 (fax) |
| Attorneys for Defendant <br> Keyspan Corporation <br> (as Successor to Eastern Gas and Fuel Associates and Mystic Steamship) | Attorneys for Defendant <br> American President Lines, Ltd. <br> (sued herein as American President Lines, Inc. and as APL Ltd. as Successor to American Mail Line) |

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

10/12/04

2