

Rodney M. Zerbe
Direct Tel: 212.698.3581
Direct Fax: 212.698.3599
rzerbe@dechert.com

October 7, 2004

**VIA HAND DELIVERY**

Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., Inc., et al.**
Case No. 04-cv-04309 (LAK)

Dear Judge Kaplan:

We have today filed a notice of appearance on behalf of Defendant, American Atlantic Company, in the above-captioned action. We write for the purpose of requesting a two week adjournment of the time for American Atlantic Company to respond to the Plaintiff's Second Amended Complaint, until October 22. This is American Atlantic Company's first request for adjournment. We have communicated with counsel for Plaintiff on this request, and can represent that Plaintiff does not opposed the requested adjournment.

Respectfully submitted,

Rodney M. Zerbe

cc: Lawrence J. Bowles, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/04

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
10/13/04

Law Offices of Dechert LLP
30 Rockefeller Plaza · New York, NY 10112-2200 · Tel: 212.698.3500 · Fax: 212.698.3599 · www.dechert.com