*KAPLAN, J.*

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                          Plaintiff,

          - against -

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
attached to the Second Amended Complaint

                          Defendants.
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/04

04 Civ. 04309 (LAK)

*PART I PC*

NOTICE OF DISMISSAL

Plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Plaintiff") hereby voluntarily dismisses the captioned action as against Federal Transport Company, Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to recommence this action or commence another action against Defendant, and/or against any alleged successors thereto, in the event that they seek indemnity from or otherwise

assert claims against Plaintiff in respect of IBNR occupational diseases under any

insurance policies Plaintiff issued to Defendant prior to February 20, 1989.

Dated: October _5_, 2004

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

_____
U.S.D.J.

10/12/04

2