KAPLAN, S.

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS          :     04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :     PARTIAL
                                   :     NOTICE OF DISMISSAL
             Plaintiff,            :
                                   :
    - against -                    :
                                   :
Alcoa Steamship Co., Inc.          :
and the Other Entities Listed on Exhibit A  :
attached to the Second Amended Complaint    :
                                   :
             Defendants.           :
----------------------------------------------------------X

Plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Plaintiff") hereby voluntarily dismisses the captioned action as against Ormet Corporation ("Defendant") without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to recommence this action or commence another action against Defendant, provided, however, that Plaintiff will only recommence this action or commence another action against Defendant in the event that Defendant seeks indemnity from or otherwise asserts claims against Plaintiff in

respect of IBNR occupational diseases under any insurance policies Plaintiff issued to Defendant or any alleged predecessor(s) prior to February 20, 1989.

Dated: October 6, 2004

_____
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

_____
U.S.D.J.

10/12/04

2