UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,          Index No. 04 CV 04309(LAK)

      V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.

-----------------------------------------------------------x

STATE OF PENNSYLVANIA )
                       ) ss.:
COUNTY OF            )

          __Darlene Mastermonico__, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

          On __Sept__, __28__, 2004 at approximately __10:40__ .m.

1-Gateway Center Fort Duquesne Blvd S-1600 Pgh, PA. 15222

~~at 201 Isabella Street, Pittsburg, PA 15212~~, deponent served the within Second Amended Summons in a

Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of the Judges

Rules upon Alcoa Steamship Co., Inc., by delivering to and leaving with (Person

Served) __Sam Hatchett__ (Title) __Attorney__, a

true and correct copy of said document. At the time of said service, (Person Served)

__Sam Hatchett__ stated that __he was duly authorized to accept service of legal

process for Alcoa Steamship Co., Inc.


          (Person Served) __Sam Hatchett__ is described as a __W/__

✓ male, approximately __40__ years of age, __170__ lbs., __6'__" tall, with __Brown__ hair and (OTHER

FEATURES) _____.

                                                           _Darlene Mastermonico_
                                                          (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
__26__ day of __Sept__, 2004
_____
Notary Public

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries