UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,                     Index No. 04 CV 04309(LAK)

    V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.


----------------------------------------------------------------x
STATE OF ILLINOIS   )
                   ) ss.:
COUNTY OF Jefferson )

_____Bob Schultz_____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

Thurs.

On ____Sept. 30____, 2004 at approximately _10:30 A_.m.

at 8235 Forsyth Blvd., Ste 400, Clayton, MO 63105, deponent served the within Second Amended

Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of

the judges rules upon _Apex Oil Co. Inc._ by delivering to and leaving with (Person

Served) _Mary B. Hockle_ (Title) _Legal Dept._, a

true and correct copy of said document. At the time of said service, (Person Served)

_in person_ stated that S he was duly authorized to accept service of legal

process for _Apex Oil Co. Inc._


    (Person Served) _Mary B. Hockle_ is described as a _W/F_

___male, approximately _40_ years of age, _130_ lbs., _5'6"_ tall, with _Brn_ hair and (OTHER

FEATURES) _____.


                                   _Bob Schultz_
                                 (PROCESS SERVER'S SIGNATURE)

Sworn to before me this          LIBERTY KING
_30_ day of September, 2004    Notary Public - State of Missouri
                                County of Jefferson
_Liberty King_                 My Commission Expires Aug. 26, 2005
Notary Public