UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,

Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.

---------------------------------------------------------------------------x

STATE OF ILLINOIS    )
                     ) ss.:
COUNTY OF _Jeffason_ )

_Bob  Schultz_____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

On ___Sept. 30 _Thurs._____, 2004 at approximately _10:30 A_.m.

at 8235 Forsyth Blvd., Ste 400, Clayton, MO 63105, deponent served the within Second Amended

Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of

the judges rules upon _Crest Tankers Inc._, by delivering to and leaving with (Person

Served) _MARY B. HOCKle_____ (Title) _Legal DepT._, a

true and correct copy of said document. At the time of said service, (Person Served)

_iN persoN_____ stated that __he was duly authorized to accept service of legal

process for _Crest Tankers Inc._

(Person Served) _Mary B. Hockle_ is described as a _W/F_

___male, approximately _40_ years of age, _130_lbs., _5'6"_ tall, with _BrN_ hair and (OTHER

FEATURES) _____.

_Bob Schultz_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_30_ day of September, 2004

_Liberty King_____
Notary Public

**LIBERTY KING**
Notary Public - State of Missouri
County of Jefferson
My Commission Expires Aug. 26, 2005