UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,

Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.

----------------------------------------------------------------x

STATE OF ILLINOIS )
                   ) ss.:
COUNTY OF Jefferson )

_____Bob Schultz_____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

Thus.

On __Sept. 30__, 2004 at approximately _10:30 A_.m. at 8235 Forsyth Blvd., Ste 400, Clayton, MO 63105, deponent served the within Second Amended Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of the judges rules upon _Mathiasen's Tanker Ind. Inc._, by delivering to and leaving with (Person Served) _Mary B. Hockle_ (Title) _Legal Dept._, a true and correct copy of said document. At the time of said service, (Person Served) _in person_ stated that _S_he was duly authorized to accept service of legal process for _Mathiasen's Tanker Industry Inc._

(Person Served) _Mary B. Hockle_ is described as a _W/F_ ___male, approximately _40_ years of age, _130_lbs., _5'6"_ tall, with _Brn_ hair and (OTHER FEATURES) _____

_____Bob Schultz_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_30_ day of September, 2004

_Liberty King_
Notary Public

LIBERTY KING
Notary Public - State of Missouri
County of Jefferson
My Commission Expires Aug. 26, 2005