UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,          Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.


-----------------------------------------------------------------x
STATE OF ILLINOIS   )
                    ) ss.:
COUNTY OF Jefferson )

_____Bob Schultz_____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

On __Thurs. Sept. 30__, 2004 at approximately __10:30 A__.m. at 8235 Forsyth Blvd., Ste 400, Clayton, MO 63105, deponent served the within Second Amended Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of the judges rules upon Trinidad Corporation, by delivering to and leaving with (Person Served) __Mary B. Hockle__ (Title) __Legal Dept.__, a true and correct copy of said document. At the time of said service, (Person Served) __in person__ stated that _s_he was duly authorized to accept service of legal process for Trinidad Corporation.

(Person Served) __Mary B. Hockle__ is described as a __W/F__ ___male, approximately __40__ years of age, __130__ lbs., __5'6"__ tall, with __Brn__ hair and (OTHER FEATURES) _____.

                              _____Bob Schultz_____
                              (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
__30__ day of September, 2004

____Liberty King____
Notary Public

LIBERTY KING
Notary Public - State of Missouri
County of Jefferson
My Commission Expires Aug. 26, 2005