UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,

Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.

-------------------------------------------------------------x

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF MIAMI-DADE )

_____ HASSAN ALI _____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Florida.

On _OCTOBER_ , _4_ _____, 2004 at approximately _1 : 38_ _p_.m.

at 1441 Brickell Ave., Ste 1014, Miami, FL 33131, deponent served the within Second Amended

Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of

the Judges Rules upon Resolve Maritime Corporation c/o Charles Lea Hume, Esq., by delivering to and

leaving with (Person Served) _CHARLES LEA HUME_ (Title)

_AUTHORIZED AGENT_ , a true and correct copy of said document. At the time of said service,

(Person Served) _CHARLES LEA HUME_ stated that __ he was duly authorized to

accept service of legal process for Resolve Maritime Corporation.

(Person Served) _CHARLES LEA HUME_ is described as a _WHITE_

__male, approximately _70_ years of age, _150_ lbs., _5'7"_ tall, with _GRAY_ hair and (OTHER

FEATURES) _MISSING RIGHT CHEEK BONE_

_Hassan Ali_
**(PROCESS SERVER'S SIGNATURE)**

Sworn to before me this
_6_ day of _OCTOBER_ , 2004

_Notary Public_

JOHN P. JULIEN
COMMISSION DD022405
EXPIRES MAY 11 2005
BONDED THROUGH
ADVANTAGE NOTARY