USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/04

RECEIVED
OCT 14 2004
JUDGE KAPLAN'S CHAMBERS

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS             :     04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND                 :
INDEMNITY ASSOCIATION, INC.,          :     *PARTIAL*
                                      :     NOTICE OF DISMISSAL
                    Plaintiff,        :
                                      :
        - against -                   :
                                      :
Alcoa Steamship Co., Inc.             :
and the Other Entities Listed on Exhibit A :
attached to the Second Amended Complaint :
                                      :
                    Defendants.       :
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc., hereby voluntarily dismisses the captioned action, as against defendant, Enron Corporation.

This Voluntary Notice of Dismissal is issued on the understanding that Enron Corporation has not made and will not, in the future, make any claims against the American Steamship Owners Mutual Protection and Indemnity Association, Inc. arising

out of any insurance policies issued to its alleged predecessors while they were members of the Association prior to February 20, 1989.

Dated: October 5, 2004

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

U.S.D.J.

10/15/04

2