

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS          :     04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND                   :
INDEMNITY ASSOCIATION, INC.,           :
                                                                 :     *PART I/M*
                                                                 :     NOTICE OF DISMISSAL
            Plaintiff,                                         :
                                                                 :
     - against -                                             :
                                                                 :
Alcoa Steamship Co., Inc.                             :
and the Other Entities Listed on Exhibit A     :
attached to the Second Amended Complaint :
                                                                 :
            Defendants.                                    :
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc., hereby voluntarily dismisses the captioned action, as against defendant, Equistar Chemicals LP.

This Voluntary Notice of Dismissal is issued based upon Equistar Chemicals LP's assertion and the information it provided that it is not the successor corporation to either Cuba Distilling Company or National Distillers Products Corp. and Equistar Chemicals LP's agreement that it has not made and will not, in the future, make any claims against

the American Steamship Owners Mutual Protection and Indemnity Association, Inc. arising out of any insurance policies issued to either Cuba Distilling Company or National Distillers Products Corp. while they were members of the Association prior to February 20, 1989.

Dated: October 5, 2004

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

_____
U.S.D.J.

10/15/04

2