UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,                    Index No. 04 CV 04309(LAK)

       V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.


--------------------------------------------------------------------------x
STATE OF LOUISIANA        )
                  ) ss.:
COUNTY OF LAFAYETTE  )


*Douglas J Chauvin*        , being duly sworn deposes and says that: deponent is

not a party to this action, and is over 18 years of age and is a resident of the State of Louisiana.


On    *2 7*    ,    *September*  , 2004 at approximately  *11: 0 1A*.m.

at 115 Menard Road, Houma, LA 70363, deponent served the within Second Amended Summons in a

Civil Case and Second Amended Complaint upon Offshore Express Inc., by delivering to and leaving

with (Person Served) *Cesare Del Greco*  (Title) *Senior Vice President*, a true and

correct copy of said document. At the time of said service, (Person Served) *Cesare Del Greco*

stated that __he was duly authorized to accept service of legal process for Offshore Express Inc.


    (Person Served) *Cesare Del Greco*    is described as a    *W/M*

__male, approximately  *60*  years of age, *180* lbs., *5' 8"* tall, with *white* hair and (OTHER

FEATURES) _____.


                                  *[signature]*
                     (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
*27* day of September, 2004

*[signature]*
Notary Public
Theresa C. Boudreaux
NID# 27305