PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Kirby Inland Marine, LP,
as successor to Hollywood Marine Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : Civil Action No. 04-CV-4309 (LAK) |
| | : **(ECF CASE)** |
| Plaintiff, | : |
| v. | : |
| ALCOA STEAMSHIP CO., INC., et al., | : **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : |

------------------------------------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Kirby Inland Marine, LP (as successor to Hollywood Marine Inc.) (improperly called Kirby Inland Marine, Inc. on Ex. A. to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint) certifies that Kirby Corporation is its parent and that no publicly-held corporation owns more than ten percent (10%) of Kirby Corporation's stock.

- 2 -

Dated: New York, New York
      October 20, 2004

                          PROSKAUER ROSE LLP

                By:   /s/ Dale A. Schreiber
                       Dale A. Schreiber (DS-9211)
                       1585 Broadway
                       New York, New York 10036-8229
                       (212) 969-3000
                       (212) 969-2900 (fax)

                       Attorneys for Defendant Kirby
                       Inland Marine, LP, as successor to
                       Hollywood Marine Inc.