McMahon & Connell, P.C.
Attorneys for Defendant
 Mu-Petco Shipping Co., Inc.
Raymond A. Connell, Esq. (RC 9071)
132 Nassau Street, Suite 900
New York, NY  10038
(212) 233-0440

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                  Plaintiff,

   - against -

ALCOA STEAMSHIP CO., INC. and
OTHER ENTITIES,

                  Defendants.

------------------------------------------------------------X

**ECF CASE**

04 Civ. 04309 (LAK)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mu-Petco Shipping Co., Inc. (a private non-governmental party) certifies that the following is the corporate parent of Mu-Petco Shipping Co., Inc.:

1

Sentry Refining, Inc. which holds all shares of Mu-Petco.

Dated: New York, New York
October 19, 2004

                McMAHON & CONNELL, P.C.
                Attorneys for Defendant
                 Mu-Petco Shipping Co., Inc.

By:       S/ Raymond A. Connell

Raymond A. Connell (RC 9071)
132 Nassau Street, Suite 900
New York, NY  10038
Tel.:   (212) 233-0440
Fax:   (212) 619-2340
E-mail:raconnell@mindspring.com

2