UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                      ECF CASE

                      04 Civ. 04309 (LAK)

                Plaintiff,

                      **NOTICE OF APPEARANCE**

- against -

ALCOA STEAMSHIP CO., INC.
AND THE OTHER ENTITIES LISTED ON
EXHIBIT A hereto,

                Defendants.

-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter our appearance as counsel in this case for

      AMERICAN ATLANTIC COMPANY

      We certify that each of us is admitted to practice in this Court.

Dated: October 22, 2004
      New York, NY

By: *[signature]*

Robert A. Cohen (RC 7712)
Rodney M. Zerbe (RZ 1069)
Brent A. Hannafan (BH 4344)
30 Rockefeller Plaza
New York, NY 10112-2200
Telephone (212) 698-3500
Facsimile (212) 698-3599

Attorneys for Defendant
American Atlantic Company