UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCATION, INC.,

                  Plaintiff,                  04 CV 04309 (LAK)

  - against -                           **RULE 7.1 STATEMENT**

ALCOA STEAMSHIP CO., INC.
AND THE OTHER ENTITIES LISTED ON
EXHIBIT A hereto,

                  Defendants.

------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant American Atlantic Company hereby states that American Atlantic Company is a public company, has no corporate parents, and that no publicly held corporation holds more than 10% of American Atlantic Company's stock.

Dated: New York, New York
       October 22, 2004

                                          DECHERT LLP

                                          By: _____
                                              Brent A. Hannafan, Esq. (BH 4344)
                                          Dechert LLP
                                          30 Rockefeller Plaza
                                          New York, NY 10112-2200
                                          (212) 698-3631
                                          Counsel for Defendant American Atlantic Company