# LEHMAN BROTHERS

JOANNE CHORMANSKI
SENIOR VICE PRESIDENT
OFFICE OF THE GENERAL COUNSEL

MEMO ENDORSED

October 21, 2004

**VIA UPS**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1310
New York, NY 10007

Re:   **American Steamship Owners Mutual Protection and Indemity Association Inc. v. Alcoa Stearnship Co., Inc. et al** – 04 CV 4309 (LAK)

Dear Judge Kaplan,

Lehman Brothers Inc. is in receipt of the Summons and Complaint served in connection with the above referenced matter. With Plaintiffs counsel's consent, we are writing to request an additional 15 days in which to respond to the complaint on behalf of one of the named entities, SEI II Equipment Inc. "SEI." This extension will grant us the opportunity to further explore SEI's interest in this matter and allow us to respond accordingly.

Thank you for your consideration. If you have any questions, please feel free to contact me at (212) 526-0469 if you have any questions.

Sincerely,

Joanne McChormanski

Cc: Karlene Jackson, Nourse & Bowles LLP

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/25/04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/04

LEHMAN BROTHERS INC.
399 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10022
PHONE: 212-526-0469 FAX: 646-885-9330