

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORS[ED]

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 21, 2004

By Hand

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

        Re:    **American Steamship Owners Mutual
                    Protection and Indemnity Association, Inc.
                    v. Alcoa Steamship Co. et al., 04 Civ. 4309 (LAK)**

Dear Judge Kaplan:

        This Office represents defendant United States Maritime Administration ("MARAD") in the above-referenced action. We write respectfully to request a nunc pro tunc extension of the Government's time to respond to the Second Amended Complaint. The Government's response was due on October 8, 2004, and we request an extension to November 22, 2004. The Government requests the extension nunc pro tunc because this Office only received notice that it was representing MARAD on September 28, 2004, and the undersigned, who was subsequently assigned the matter, began a trial before Judge Ellis on October 4, 2004. Upon discovery that the Answer had been due on October 8, we contacted plaintiff's counsel to discuss the matter, and the Government's position that MARAD was never a member of the

SO ORDERED

Lewis A. Kaplan, USDJ
10/25/04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/04

American Club, the conduct of which is the subject of the Second Amended Complaint. We respectfully request the extension to November 22, 2004, to permit the parties to determine whether MARAD is a proper party to this action. Plaintiff's counsel consents to this request. This is the Government's first request for an extension of time in this matter.

Thank you for your consideration of this request.

                            Respectfully submitted,

                            DAVID N. KELLEY
                            United States Attorney

By:   _____
        EMILY S. REISBAUM (ER-0977)
        Assistant United States Attorney
        Phone: (212) 637-2777
        Fax:   (212) 637-2686

cc:    Lawrence J. Bowles, Esq.
       Nourse & Bowles, LLP
       One Exchange Plaza
       55 Broadway
       New York, NY 10006
       Counsel for Plaintiff
       By Federal Express