# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON      PARIS
LONDON       STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

**MEMO ENDORSED**

WRITER'S DIRECT:
TELEPHONE 212-696-6196
E-MAIL JPIZZURRO@CM-P.COM
FACSIMILE 212-697-1559

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

October 19, 2004

**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., Inc., et al.**
**Case No. 04-cv-04309 (LAK)**

Dear Judge Kaplan:

      We represent Apex Oil Company, Inc., Crest Tankers, Inc., Mathiasen's Tanker Industries, Inc. and Trinidad Corporation, who have been named as Defendants in the above-captioned action. These Defendants were served with a process in this action on September 30, 2004. This Firm was retained to represent those Defendants in this action as of last Friday, October 15, 2004. We write for the purpose of requesting an extension of the time for Apex Oil Co., Inc., Crest Tankers Inc., and Mathiasen's Tanker Industry, Inc. to respond to Plaintiff's Second Amended Complaint, until November 15, 2004. This is the Defendant's first request for an extension. We have communicated with counsel for Plaintiff on this request, and can represent that Plaintiff does not oppose the requested extension.

Respectfully submitted,

Joseph D. Pizzurro

cc: Lawrence J. Bowles, Esq.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ