USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

RAY, ROBINSON, CARLE & DAVIES P.L.L.
Gene B. George, Esq.
Julia R. Brouhard, Esq.
1717 East 9th Street, Ste. 1650
Cleveland, Ohio 44114-2898
(216) 861-4533

*Attorneys for Defendants Cleveland-Cliffs Inc and The Cleveland-Cliffs Steamship Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOUR
----------------------------------------X
: CASE NO. 04 CV 04309 (LAK)
AMERICAN STEAMSHIP OWNERS :
MUTUAL PROTECTION AND : ~~PROPOSED~~ ORDER ALLOWING
INDEMNITY ASSOCIATION, INC. : APPEARANCE OF COUNSEL
: PRO HAC VICE
        Plaintiff, :
:
v. :
:
ALOCA STEAMSHIP CO., INC. :
and the Other Entities Listed on Exhibit A :
hereto, :
:
        Defendants. :
----------------------------------------X

Upon the motion of defendants Cleveland-Cliffs Inc and The Cleveland-Cliffs Steamship Company that Gene B. George and Julia R. Brouhard be permitted to appear in this case on their behalf in the above-captioned action, it is hereby

ORDERED:

That Gene B. George and Julia R. Brouhard may argue and try this matter on behalf of defendants The Cleveland-Cliffs Inc and The Cleveland-Cliffs Steamship Company.

Dated: 10/28/04

JUDGE: _____