USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

Michael Dore (MD 0972)
Deborah A. Silodor (DS 0414)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212-262-6700
   and
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2500
Attorneys for Defendant, Georgia-Pacific Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendants. | CASE NO. 04 Civ 04309 (LAK) <br><br> Honorable Lewis A. Kaplan, U.S.D.J. <br><br> **ORDER GRANTING ADMISSION** *PRO HAC VICE* **OF LYNN S. CONCHA, ESQ.** |

**THIS MATTER** having been presented to the Court by Lowenstein Sandler PC, attorneys for Defendant, Georgia-Pacific Corporation ("GP"), for an Order permitting the admission *pro hac vice* of Lynn S. Concha, Esq.; and for good cause shown;

IT IS on this 28 day of Oct, 2004,

**ORDERED** as followed:

1. Lynn S. Concha, Esq. is hereby admitted *pro hac vice* to represent GP as counsel in this action;

2. A true copy of this Order shall be served upon all counsel of record within ____ days of the date hereof.

_____
Lewis A. Kaplan, U.S.D.J.