UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,   Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.


------------------------------------------------------------x
STATE OF ILLINOIS   )
                    ) ss.:
COUNTY OF COOK      )

Charles Eskra, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

On Wednesday, September 29, 2004 at approximately 2:15 p.m. at BP America, 4101 Winfield Road MC5 West, Warrenville, IL 60555, deponent served the within Second Amended Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of the Judges Rules upon Atlantic Richfield Company, by delivering to and leaving with Joy A. Behrems, Secretary, a true and correct copy of said document.

At the time of said service, Joy A. Behrems stated that she was duly authorized to accept service of legal process for Atlantic Richfield Company.

Joy A. Behrems is described as a White female, approximately 50 years of age, 150 lbs., 5'6" tall, with blond hair and wears glasses.

_____
Charles Eskra

Sworn to before me this
30th day of September, 2004

_____
Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08