UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,                    Index No. 04 CV 04309(LAK)

            V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.


-----------------------------------------------------------------------x
STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF QUEENS  )

      Eisha Griffiths, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On Tuesday, October 19, 2004 at approximately 3:28 p.m. at One World Financial Center, 26th Fl., New York, New York 10281, deponent served the within Second Amended Summons in a Civil Case & Second Amended Complaint, Order dated September 7, 2004 and a copy of the Judges Rules upon Hill, Betts & Nash LLP., Agents for Amherst Shipping, by delivering to and leaving with Janet Walters, Receptionist, a true and correct copy of said document.

      At the time of said service, Janet Walters stated that she was duly authorized to accept service of legal process for Amherst Shipping.

      Janet Walters is described as a Black female, approximately 34-36 years of age, 175-180 lbs., 5'7"-5'8" tall, with black hair.

_____
Eisha Griffiths

Sworn to before me this
20th day of October, 2004

_____
Notary Public

KARLENE S. JACKSON
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20__