```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04
```

KAPLAN S.

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200



RECEIVED
OCT 14 2004
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AMERICAN STEAMSHIP OWNERS  :    04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND      :
INDEMNITY ASSOCIATION, INC.,  :    PARTIAL
                                  NOTICE OF DISMISSAL
              Plaintiff,   :

   - against -             :

Alcoa Steamship Co., Inc.  :
and the Other Entities Listed on Exhibit A  :
attached to the Second Amended Complaint  :

              Defendants.  :
------------------------------------X

    Plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Plaintiff") hereby voluntarily dismisses the captioned action as against Nicor, Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to recommence this action or commence another action against Defendant, in the event that Defendant seeks indemnity from or otherwise asserts claims against Plaintiff in respect of IBNR occupational

diseases under any insurance policies Plaintiff issued to Defendant's alleged predecessors (National Marine Service Inc. and Lake Tankers Corporation) prior to February 20, 1989.

Dated: October 5, 2004

*[signature]*
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

*[signature]*
U.S.D.J.
11/18/04