IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

    Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC., et al.,

    Defendants.

Case No. 04 CV 4309 (LAK)

**(ECF Case)**

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mindy G. Davis, a member in good standing of the bar of the District of Columbia, and admitted to practice before the United States Court of Appeals for the Eleventh Circuit and the U.S. District Court for the Eastern District of Virginia, request admission *pro hac vice*, before the Honorable Lewis A. Kaplan, to represent Amerada Hess Corporation, a defendant in the above-captioned action.

Mailing Address: Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004

E-mail Address: davism@howrey.com

Telephone Number: (202) 783-0800

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 11, 2004

                                        Mindy G. Davis
                                        Howrey Simon Arnold & White, LLP
                                        1299 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004
                                        (202) 783-0800
                                        davism@howrey.com

SO ORDERED

Granted 10/28/04

LEWIS A. KAPLAN, USDJ