MEMO ENDORSED      **ORIGINAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

    Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC., et al.,

    Defendants.

Case No. 04 CV 4309 (LAK)

(ECF Case)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the Declaration of Dale A. Schreiber, Esq., executed on October 13, 2004, the affidavits of Robert H. Shulman, Mindy G. Davis, and Christine S. Davis sworn to on October 11, 2004, Defendant Amerada Hess Corporation will move this Court, located at 500 Pearl Street, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Robert H. Shulman, partner at the firm of Howrey Simon Arnold & White, LLP and a member in good standing of the Bars of the State of Louisiana and the District of Columbia; Mindy G. Davis, partner at the firm of Howrey Simon Arnold & White, LLP, and a member in good standing of the Bar of the District of Columbia; and Christine S. Davis, associate at the firm of Howrey Simon Arnold & White, LLP, and a member in good standing of the Bars of the State of Maryland and the District of Columbia, as attorneys *pro hac vice* to argue or try, if necessary, this case in whole or in part as counsel. There are no pending disciplinary proceedings against Mr. Shulman, Ms. Mindy Davis, or Ms. Christine Davis.

SO ORDERED/Granted

_____
LEWIS A. KAPLAN, USDJ

Dated: October 13, 2004

PROSKAUER ROSE LLP

By: *Dale A. Schreiber* (DS-9211)
Dale A. Schreiber, Esquire
1585 Broadway
New York, New York 10036
(212) 969-3000
(212) 969-2900 (fax)

Counsel for Defendant Amerada Hess Corporation

Of Counsel:
Robert H. Shulman
Mindy G. Davis
Christine S. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

TO:

Lawrence J. Bowles, Esq.
Nourse & Bowles, LLP
One Exchange Plaza at 55 Broadway
New York, NY 10006-3030

and

All Counsel of Record

and

All Unrepresented Defendants