IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04
```

AMERICAN STEAMSHIP OWNERS )
MUTUAL PROTECTION AND INDEMNITY )
ASSOCIATION, INC., )
                )
   Plaintiff, )  Case No. 04 CV 4309 (LAK)
                )
   -against- )  **(ECF Case)**
                )
ALCOA STEAMSHIP CO., INC., et al., )
                )
   Defendants. )

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

  I, Christine S. Davis, a member in good standing of the bars of the State of Maryland and the District of Columbia, request admission *pro hac vice*, before the Honorable Lewis A. Kaplan, to represent Amerada Hess Corporation, a defendant in the above-captioned action.

  Mailing Address: Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004

  E-mail Address: daviscs@howrey.com

  Telephone Number: (202) 783-0800

  I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 11, 2004

                *[signature]*
                Christine S. Davis
                Howrey Simon Arnold & White, LLP
                1299 Pennsylvania Avenue, N.W.
                Washington, DC 20004
                (202) 783-0800
                daviscs@howrey.com

SO ORDERED *[signature]*

_____
LEWIS A. KAPLAN, USDJ