UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,         Index No. 04 CV 04309(LAK)

       V.
ALCOA STEAMSHIP CO., INC.
And the Other Entities Listed on Exhibit A hereto.

-----------------------------------------------------------------x
STATE OF CALIFORNIA   )
                      )ss:
COUNTY OF LOS ANGELES)

      Rendell G. Headcock, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

      On Monday, October 11, 2004 at approximately 11:15 A.m. at 818 W. 7th St. #200 Los Angeles, CA 90071, Deponent served the within Second Amended Summons in a Civil Case and Second Amended Complaint upon Atlantic Richfield Indoneisa Inc., by delivering to and leaving with (Person served) Gladys Aguillara (Title) Process Clerk C/O C.T. Corporation a true and correct copy of said document. At the time of said service, (Person Served) Gladys Aguillara stated that she was duly authorized to accept service of legal process for Atlantic Richfield Indonesia Inc.

      (Person Served) Gladys Aguillara is described as Hispanic Female, approximately 27 years of age, 135 lbs., 5'7" tall, with black hair and (Other Features)

_____
(PROCESS SERVER'S SIGNATURE)
REGISTERED L.A. #3603

Sworn to before me this
18 day of October, 2004

_____
Notary Public

BEVERLY LAZARUS
Commission # 1301153
Notary Public - California
Los Angeles County
My Comm. Expires Apr 17, 2005