# AFFIDAVIT OF SERVICE

**State of New York**                    **County of**                    **U.S. District Court Court**

Index Number: 04 CV 04309(LAK)
Date Filed: _____

Plaintiff:
**American Steamship Owners Mutual Protection and Indemnification
Association, Inc.,**

vs.

Defendant:
**Alcoa Steamship Co., Inc. and the Other Entities Listed on Exibit A
hereto,**

For:
Preemptive Process Servers & Attorney's
193-02 120th Ave.
St. Albans, NY  11412

Received these papers on the 14th day of October, 2004 at 11:01 am to be served on **SABINE TOWING &
TRANSPORTATION CO. INC. by serving CT Corp at 325 N. St. Paul, Dallas, TX.**.

I, Michael Northrup, being duly sworn, depose and say that on the **14th day of October, 2004** at **1:57 pm, I:**

Served the within named corporation by delivering a true copy of the **Second Amended Summons in a Civil Case
and Second Amended Complaint** with the date and hour of service endorsed thereon by me to Shirley Dillon as
Authorized Agent of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

**Michael Northrup**

Subscribed and Sworn to before me on the 20th day of
October, 2004 by the affiant who is personally known
to me.

NOTARY PUBLIC

STEVEN CRAIG SKINNER
MY COMMISSION EXPIRES
October 31, 2006

Our Job Serial Number: 2004000778

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f