UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN STEAMSHIP, ET AL.

v.

ALCOA STEAMSHIP, ET AL.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/04

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

04- Civ. 4309 (LAK)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

**X** Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: **X**

* Do not check if already referred for general pretrial. MASS

SO ORDERED.

DATED: New York, New York
11/2/04

_____
United States District Judge