IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

        Plaintiff,

    -against-

ALCOA STEAMSHIP CO., INC., et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 04 CV 4309 (LAK)

**(ECF Case)**

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Robert H. Shulman, a member in good standing of the bars of the State of Louisiana and the District of Columbia, and admitted to practice before the United States Courts of Appeals for the Fourth and District of Columbia Circuits, and the United States District Courts for the Eastern District of Louisiana and the District of Columbia, request admission *pro hac vice*, before the Honorable Lewis A. Kaplan, to represent Amerada Hess Corporation, a defendant in the above-captioned action.

    Mailing Address: Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC  20004

        E-mail Address: shulmanr@howrey.com

        Telephone Number: (202) 783-0800

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  October 11, 2004

*Robert H Shulman*
Robert H. Shulman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 783-0800
shulmanr@howrey.com