```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/04
```

KAPLAN, J.

Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS                :    04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND                    :
INDEMNITY ASSOCIATION, INC.,             :    PARTIAL
                                         :    NOTICE OF DISMISSAL
                    Plaintiff,           :
                                         :
    - against -                          :
                                         :
Alcoa Steamship Co., Inc.                :
and the Other Entities Listed on Exhibit A :
attached to the Second Amended Complaint :
                                         :
                    Defendants.          :
-----------------------------------------------------------X

Plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Plaintiff") hereby voluntarily dismisses the captioned action as against American Oil Co. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: November ___, 2004

_____
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED: _____

_____
U.S.D.J.

11/4/04