# Affidavit of Process Server

UNITED STATES DISTRICT COURT,     , NY

AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY    vs    ALCOA STEAMSHIP (

I declare that I am a citizen of the United States, over the age of eighteen and not a party to his action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

| | |
|---|---|
| I served: | **CHEVRONTEXACO CORPORATION AS SUCCESSOR TO CALIFORNIA OIL COMPANY** |
| with the | **SUMMONS ON SECOND AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT; ORDER.** |
| by serving | **BECKY DEGEORGE, CLERK, CSC CORPORATION, AGENT FOR SERVICE** |
| at: | **2730 GATEWAY OAKS DRIVE - STE #100, SACRAMENTO, CA 95833 (BUSINESS)** |
| on: | **October 20, 2004 at 12:00 pm** |

Thereafter, if required, copies of the documents were mailed by prepaid, first class mail on _____
from: Sacramento, California.

## Manner of Service:

(x) By personally delivering copies to the person/authorized agent of the entity being served.

( ) By leaving, during office hours, copies at the place of business of the person/entity being served, leaving same with the person apparently in charge thereof.

( ) By leaving copies at the dwelling house ur usual place of abode of the person being served, with a member of the household eighteen or older and explaining the general nature of the papers.

( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect service of process upon the person/entity because of the following reason(s):

( )Unknown at address ( )Evading ( )Moved, left no forward ( )Address does not exist ( )Service cancelled ( )Unable to serve timely

( )Other _____

**Service attempts:** Service was attempted on: _____

**Description:** CAUC, F, 40, 175, BL

**I declare under penalty of perjury that the information contained herein is true and correct.**

TRACY SCOTT
COMM. # 1366515
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. JULY 26, 2006

ERIC BEISWANGER

State of California
County of Sacramento

Subscribed and sworn before me, a notary public, this 2nd day of November, 2004
WITNESS MY HAND AND OFFICIAL SEAL HERETO

Notary Public