USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION and INDEMNITY                                        :
ASSOCIATION, INC.,
:
                          Plainiff,              :       **ORDER FOR CONFERENCE**
        -v.-
                                                 :       04 Civ. 4309(LAK)(FM)
ALCOA STEAMSHIP CO., INC.,                                      :

                          Defendant.       :
----------------------------------------------------------------x

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

      The parties are directed to appear for a conference in this matter on December 2, 2004, at 3:00 p.m., in Courtroom 11C, 500 Pearl Street, New York, New York 10007. Requests for adjournment must be made **in writing**, at least 48 hours prior to the conference.

      Counsel to whom this order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file.

      SO ORDERED

Dated:  New York, New York
           November 8, 2004

                                                                  FRANK MAAS
                                                United States Magistrate Judge

Copies to:

Honorable Lewis A. Kaplan
United States District Judge

Lawrence J Bowles, Esq.
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York  10006
Via Facsimile @(212) 952-0345