PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Sabine Towing & Transportation Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : : | Civil Action No. 04-CV-4309 (LAK) **(ECF CASE)** |
| Plaintiff, | : | |
| v. | : | |
| ALCOA STEAMSHIP CO., INC., et al., | : | **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : : : | |

------------------------------ x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Sabine Towing & Transportation Co., Inc. certifies that it is wholly owned by Sequa Corporation.

- 2 -

Dated: New York, New York
November 12, 2004

                PROSKAUER ROSE LLP

By:   /s/ Dale A. Schreiber
       Dale A. Schreiber (DS-9211)
       1585 Broadway
       New York, New York 10036-8229
       (212) 969-3000
       (212) 969-2900 (fax)

       Attorneys for Defendant Sabine
       Towing & Transportation Co., Inc.