Joseph D. Pizzurro (JP-0124)
Robert J. Gruendel (RG-8021)
Dora Straus (DS-8079)
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Attorneys for Defendants*
*Apex Oil Company, Inc., Crest Tankers, Inc.,*
*Mathiasen's Tanker Industries, Inc., and*
*Trinidad Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
AMERICAN STEAMSHIP OWNERS MUTUAL   :
PROTECTION AND INDEMNITY            :       No. 04-cv-04309 (LAK)
ASSOCIATION, INC.                   :
                        Plaintiff,  :       **RULE 7.1 STATEMENT**
                                    :
          -against-                 :
                                    :
ALCOA STEAMSHIP CO., INC., et al.,  :
                                    :
                        Defendants. :
------------------------------------------------------------------ X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Apex Oil Company, Inc., Crest Tankers, Inc., Mathiasen's Tanker Industries, Inc. and Trinidad Corporation hereby states that Apex Oil Company, Inc. is a subsidiary of Apex Holding Co., neither of which are publicly held; Trinidad Corporation is a wholly-owned subsidiary of Apex Oil Company, Inc.; Mathiasen's Tanker Industries, Inc. is a wholly-owned subsidiary of Trinidad Corporation; and Crest Tankers, Inc. was formerly a

–2–

wholly-owned subsidiary of Apex Oil Company, Inc. but, through a series of intra-company mergers, no longer exists.

Dated: November 15, 2004
     New York, NY

                                  CURTIS, MALLET-PREVOST,
                                      COLT & MOSLE LLP

By:   /s/ Joseph D. Pizzurro
        Joseph D. Pizzurro (JP-0124)
        Robert J. Gruendel (RG-8021)
        Dora Straus (DS-8079)
        101 Park Avenue
        New York, NY 10178
        Tel: (212) 696-6000
        Fax: (212) 697-1559

*Attorneys for Defendants Apex Oil Company, Inc., Crest Tankers, Inc., Mathiasen's Tanker Industries, Inc., and Trinidad Corporation*

2122696v1