Elizabeth Lynn Hubbard (#2608453)
GARVEY SCHUBERT BARER
Eighteenth Floor
1191 Second Avenue
Seattle, Washington  98101-2939
(206) 464-3939 (tel)
(206) 464-0125 (fax)
Attorneys for Defendant Foss Maritime Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> Alcoa Steamship Co., Inc, …. FOSS MARITIME COMPANY, et al., <br><br> Defendants. | NO.  04-CV-4309 (LAK) <br><br> (ECF CASE) <br><br> NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT FOSS MARITIME COMPANY |

PLEASE TAKE NOTICE THAT the undersigned Elizabeth Lynn Hubbard, Esq. of the law firm Garvey Schubert Barer, an attorney duly admitted to practice law in the State of New York, hereby appears on behalf of Defendant Foss Maritime Company in the above captioned matter and that all future correspondence and papers in connection with this action are to be directed to the undersigned.

Dated:  Seattle, Washington
         November 16, 2004

GARVEY SCHUBERT BARER

By  /s/ E. Lynn Hubbard
    Elizabeth Lynn Hubbard, #2608453
    1191 Second Avenue, 18th Floor
    Seattle, WA  98101
    (206) 464-3939
    Attorneys for Defendant Foss Maritime Company

Stacy R. Maxwell, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On November 16, 2004, I served the above Notice of Appearance on Behalf of Defendant Foss Maritime Company by sending a copy by the method indicated below to:

| | |
|---|---|
| [X] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[_] via hand delivery | Julia R. Brouhard<br>Ray, Robinson, Carle & Davies<br>1717 East 9th Street<br>Suite 1650<br>Cleveland, OH  44114-2898 |
| [X] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[_] via hand delivery | Christine S. Davis<br>Howrey, Simon, Arnold & White<br>1299 Pennsylvania Avenue N.W.<br>Washington, DC  20004 |
| [X] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[_] via hand delivery | Mindy G. Davis<br>Howrey, Simon, Arnold & White<br>1299 Pennsylvania Avenue N.W.<br>Washington, DC  20004 |
| [X] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[_] via hand delivery | Gene B. George<br>Ray, Robinson, Carle & Davies<br>1717 East 9th Street<br>Suite 1650<br>Cleveland, OH  44114-2898 |
| [X] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[_] via facsimile transmission<br>[_] via hand delivery | Alan Kellman<br>The Maritime Asbestosis Legal Clinic<br>c/o The Jaques Admiralty Law Firm<br>645 Griswold, Ste. 1570<br>Detroit, MI  48225 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Seattle, Washington
          November 16, 2004

    /s/ Stacy R. Maxwell
Stacy R. Maxwell