**CUMMINGS & LOCKWOOD** LLC

John W. Cannavino
Principal

203.351.4447 Direct
203.708.3849 Fax
jcannavino@cl-law.com
www.cl-law.com

Street Address:
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Post Office Address:
P.O. Box 120
Stamford, CT 06904-0120

203.327.1700 Phone
203.351.4535 Fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/04

November 5, 2004

**MEMO ENDORSED**

U.S. DISTRICT COURT FILED
NOV -9 2004
S.D. OF N.Y.

ORDERED:
[signature]
11/5/04

Via Facsimile

Honorable Frank Maas
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

Re: **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., Inc., et al. - 04 Civ. 04309 (LAK)**

Dear Honorable Maas:

Our firm represents Defendant ChevronTexaco Corporation ("ChevronTexaco") in the above-captioned matter. ChevronTexaco was recently served with Plaintiff's Second Amended Complaint on October 20, 2004. A responsive pleading is due on November 9, 2004. In order to thoroughly investigate Plaintiff's claims, we write to request a thirty (30) day extension of time, up to and including Thursday, December 9, 2004, to file a responsive pleading. This is the Defendant's first request for an extension of time. Counsel for the Plaintiff has consented to this request. Please feel free to contact me at the number above if you should have any questions. Thank you in advance for the consideration given to this request.

Respectfully submitted,

[signature]

John W. Cannavino (JWC - 7076)

JWC/kb

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers.

Honorable Frank Maas                    -2-                    November 5, 2004

cc:    Steven I. Frenkel, Esq. (firm)
       Lawrence J. Bowles, Esq. (via fax)
       Patrick F. Lennon, Esq. (via fax)
       Gene B. George, Esq. (via fax)
       Julia R. Brouhard, Esq. (via fax)
       Dale A. Schreiber, Esq. (via fax)
       Edward A. Keane, Esq. (via fax)
       Mario Aieta, Esq. (via fax)
       Deborah A. Silodor, Esq. (via fax)
       Charles Addison Stewart, III, Esq. (via fax)
       Stacey Ann Saiontz, Esq. (via fax)
       Mindy Davis, Esq. (via fax)
       Christine S. Davis, Esq. (via fax)
       Lisa M. Campisi, Esq. (via fax)
       Andrew S. Dash, Esq. (via fax)
       Peter Adelman, Esq. (via fax)
       Edward V. Cattell, Jr., Esq. (via fax)
       Herbert I. Waldman, Esq. (via fax)
       Raymond Aloysius Connell, Esq. (via fax)
       Brent A. Hannafan, Esq. (via fax)
       Robert A. Cohen, Esq. (via fax)
       Rodney M. Zerbe, Esq. (via fax)
       Scott B. Fisher, Esq. (via fax)
       Alan Kellman, Esq. (via fax)
       Dan Shaked, Esq. (via fax)
       John M. Toriello, Esq. (via fax)
       Robert O'Hare, Jr., Esq. (via fax)

# CUMMINGS & LOCKWOOD LLC

Street Address:
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Post Office Address:
P.O. Box 120
Stamford, CT 06904-0120

| **TRANSMIT THE ATTACHED TO:** | | **DATE:** | November 5, 2004 |
|---|---|---|---|
| Name: | Honorable Frank Maas | Name: | |
| Company: | Daniel Patrick Moynihan U.S. Courthouse | Company: | |
| FAX: | 212.805.6724 | FAX: | |
| Confirming No.: | | Confirming No.: | |
| Name: | | Name: | |
| Company: | | Company: | |
| FAX: | | FAX: | |
| Confirming No.: | | Confirming No.: | |

## FAX COVER SHEET INFORMATION:

| From: | John W. Cannavino | Client No.: | 802000.2457 |
|---|---|---|---|
| Phone: | 203.351.4447 | Infortext: | 1216 |
| Email: | jcannavino@cl-law.com | Pages including cover sheet: | 3 |
| Fax: | 203.708.3849 | Confirming No.: | |

## COMMENTS:

Dear Honorable Maas-

Please see the attached regarding American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., Inc. 04-cv-04309 (LAK).

Respectfully Submitted,

John Cannavino (JWC - 7076)

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

STAMFORD   |   GREENWICH   |   WEST HARTFORD   |   NAPLES   |   BONITA SPRINGS