UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
and INDEMNIFICATION ASSOCIATION, INC.,           Index No. 04 CV 04309(LAK)

V.

ALCOA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A hereto.
-------------------------------------------------------------x

STATE OF FLORIDA )
                 ) ss.:
COUNTY OF PINELLAS )

Claude E Lavaron, III, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Florida.

On Monday, October 25, 2004 at approximately 1:45 P.m. at 5107 s. West Shore Blvd., Tampa, FL 33611, deponent served the within Second Amended Summons in a Civil Case and Second Amended Complaint, Order dated September 7, 2004 and a copy of the Judge's Rules upon Hendry Corporation, by delivering to and leaving with (Person Served) Joe F Cimino (Title) Corporate Secretary, a true and correct copy of said document. At the time of said service, (Person Served) Joe F Cimino stated that he was duly authorized to accept service of legal process on behalf of Hendry Corporation.

(Person Served) Joe F Cimino is described as a white male, approximately 50 years of age, 250 lbs., 6'1" tall, with grey hair and (OTHER FEATURES) Advised not in the military.

(PROCESS SERVER'S SIGNATURE)
Claude E Lavaron, III

Personally known to me
Sworn to before me this
10 day of ~~October~~ November, 2004

Notary Public/Florida

Francis E Borza Jr
My Commission DD333075
Expires June 26, 2008