

# *Fax*

## FOWLER WHITE BOGGS BANKER

ATTORNEYS AT LAW

Writer's Direct Line (813) 222-1135
E-mail: avonsp@fowlerwhite.com

November 17, 2004

No Page :: 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/04
```

**MEMO ENDORSED**

## MEMO ENDORSED

Via Facsimile: 212-805-6738

Hon. Frank Maas
United States Magistrate Judge
500 Pearl Street, Room 740
New York, NY 10007-1312

IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing
copy to all counsel and retaining verificat.
of such in the case file. Do not fax suc
verification to Chambers.

Re:   American Steamship Owners Mutual Protection and Indemnity Association, Inc
v. Alcoa Steamship Co., Inc., et. al.
Case No.: 04-CIV-04309 (LAK)(FM)
Our File No.: 104-3369

Dear Judge Maas:

Undersigned counsel will be moving this honorable Court to appear pro hac vice on behalf of defendant Hendry Corporation in the above mentioned matter. We write this letter to request that we be allowed to appear telephonically at the Conference scheduled for December 2, 2004, at 3:00 p.m.

Thank you for your consideration in this regard. If you need anything further, please let us know.

Very truly yours,

FOWLER WHITE BOGGS BANKER P.A.

Allen von Spiegelfeld

AvS/ga

cc:   Counsel of Record

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. In addition, unauthorized use of information in this transmission may violate federal securities laws. If you have received this communication in error, please notify us immediately by telephone, collect, and return the original message to us at the address below via the United States Postal Service. We will reimburse you for postage. Thank you.

FOWLER WHITE BOGGS BANKER P.A.

FORT MYERS · JACKSONVILLE · NAPLES · ORLANDO · ST. PETERSBURG · TALLAHASSEE · TAMPA

WEST PALM BEACH

501 EAST KENNEDY BLVD., SUITE 1700, TAMPA, FLORIDA 33602 § P.O. BOX 1438, TAMPA, FL 33601
TELEPHONE (813) 228-7411 § FAX (813) 229-8313 § www.fowlerwhite.com