# LEDY-GURREN BASS & SIFF, L.L.P.

ATTORNEYS AT LAW

475 Park Avenue South, New York, NY 10016

(212) 447-1111

FAX: (212) 447-6686

EMAIL: LEDYGURREN@LGB-LAW.COM

WRITER'S DIRECT DIAL

(212) 447-

<u>VIA FACSIMILE</u>

The Honorable Magistrate Judge Frank Maas
United States District Court Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse
40 Foley Square, Room 740
New York, New York 10007-1581

November 18, 2004

Re: **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship, et. al.**
<u>**04 Civ. 04039 (LAK)**</u>

Dear Magistrate Judge Maas:

We represent New York Telephone in the above-referenced matter. We write to request an extension of New York Telephone's time to answer the Second Amended Complaint up to and including November 24, 2004. Please be advised that plaintiff's counsel has consented to this request.

Respectfully,

Linda J. Gomes

cc: Lawrence J. Bowles, Esq.
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006

So Ordered:

/s/ USMJ 11/18/04

## MEMO ENDORSED

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/04

# LEDY-GURREN & BLUMENSTOCK, L.L.P.
### ATTORNEYS AT LAW
475 PARK AVENUE SOUTH • NEW YORK, NY 10016
(212) 447-1111 • FAX: (212) 447-6686

DATE:     November 18, 2004

TO:       Magistrate Judge Maas

NO:       (212) 805-6724

FROM:     Linda J. Gomes

RE:       American Steamship Owners Mutual Protection and
          Indemnity Association, Inc. v. Alcoa Steamship, et. al.
          04 CIV. 04309 (LAK)

**No. of Pages (Including Cover): 2**

---

Dear Magistrate Judge Maas:

Attached please find a letter requesting an extension to answer the Second Amended Complaint up to and including November 24, 2004.

Respectfully,

Linda J. Gomes

THE ORIGINAL OF THE TRANSMITTED DOCUMENT WILL BE SENT BY:
[ ] ORDINARY MAIL [ ] OVERNIGHT MAIL [ ] CERTIFIED MAIL
[ ] THIS WILL BE THE ONLY FORM OF DELIVERY OF THE TRANSMITTED DOCUMENT

PRIVACY & CONFIDENTIALITY NOTICE

The information in the facsimile is intended for the named recipient(s) only. It may contain privileged and confidential information. If you have received this facsimile in error, please notify us immediately by a collect telephone call at (212) 447-1111 and return the original to the sender by mail. We will reimburse you for the postage. Thank you.