UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,   04-CV-04309
                                              (LAK) (FM)

                  Plaintiff,

   -against-                                 **FEDERAL RULE OF CIVIL**
                                                                                 **PROCEDURE 7.1**
ALCOA STEAMSHIP CO., INC., *et. al.*           **DISCLOSURE STATEMENT**

                  Defendants.
-----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Verizon New York Inc., s/h/a Verizon Communications as Successor to New York Telephone hereby states that Verizon New York Inc. is a wholly owned subsidiary of NYNEX Corporation, which is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation, which owns the following subsidiaries having securities in the hands of the public:

    **Verizon Delaware Inc.**
    [formerly known as "Bell Atlantic - Delaware, Inc." and "The Diamond State Telephone Company"]

    **Verizon Maryland Inc.**
    [formerly known as "Bell Atlantic - Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of Maryland"]

    **Verizon New Jersey Inc.**
    [formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]

    **Verizon Pennsylvania Inc.**
    [formerly known as "Bell Atlantic - Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania"]

**Verizon Virginia Inc.**

[formerly known as "Bell Atlantic - Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia"]

**Verizon Washington, DC Inc.**

[formerly known as "Bell Atlantic - Washington, D.C., Inc." and "The Chesapeake and Potomac Telephone Company"]

**Verizon West Virginia Inc.**

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc."]

**Verizon Capital Corp.**

[formerly known as "Bell Atlantic Credit Corporation" and "NYNEX Credit Company"]

**Verizon Global Funding Corp.**

[ formerly known as "Bell Atlantic Financial Services, Inc."]

**NYNEX Corporation**

**Verizon International Holdings Ltd.**

**Verizon Media Ventures Inc.**

**Verizon Network Funding Corp.**

**Verizon New York Inc.**

[ formerly known as "New York Telephone Company"]

**Verizon New England Inc.**

[ formerly known as "New England Telephone and Telegraph Company"]

**Verizon California Inc.**

[formerly known as "GTE California Incorporated"]

**Verizon Florida Inc.**

[formerly known as "GTE Florida Incorporated"]

**Verizon Hawaii Inc.**

[formerly known as "GTE Hawaiian Telephone Company Incorporated"]

**Verizon North Inc.**

[formerly known as "GTE North Incorporated"]

**Verizon Northwest Inc.**

[formerly known as "GTE Northwest Incorporated"]

**Verizon South Inc.**

[formerly known as "GTE South Incorporated"]

**Cellco Partnership (dba "Verizon Wireless")**

**GTE Corporation**

**GTE Southwest Incorporated (dba "Verizon Southwest")**

In addition, Verizon Communications Inc. owns a 52% interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes. Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

Dated:   New York, New York
         November 23, 2004

                    Respectfully submitted,

                    LEDY-GURREN BASS & SIFF, LLC.

                    By: _____
                        Nancy Ledy-Gurren (2186)

                    *Attorneys for Defendant Verizon New York Inc.,*
                    *s/h/a Verizon Communications as Successor*
                    *To New York Telephone*
                    475 Park Avenue South
                    New York, New York 10016
                    Tel: 212-447-1111
                    Fax: 212-447-6686