# LEHMAN BROTHERS

**MEMO ENDORSED**

JOANNE M. CHORMANSKI
VICE PRESIDENT
OFFICE OF THE GENERAL COUNSEL

November 5, 2004

**VIA UPS**

Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

      Re:    **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., et al.; Case No. 04 CV 4309 (LAK)**

Dear Judge Maas:

      Lehman Brothers Inc. is in receipt of the Summons and Complaint directed to SEI II Equipment, Inc. ("SEI") in the above-referenced matter. Plaintiff's counsel previously consented to an extension of time for SEI to respond to the complaint, to and including today, and I requested that extension from the Court by letter dated October 21, 2004, a copy of which is enclosed. I am writing to request an additional of extension of time, to and including December 1, 2004, for SEI to respond to the complaint. As I explained to plaintiff's counsel, the extension will permit us to explore further SEI's connection to this matter as well as to obtain and provide further information regarding SEI.

      Thank you for your consideration.

Respectfully submitted,

Joanne M Chormanski

cc: Lawrence J. Bowles, Esq. (Counsel for Plaintiff)

*SO ORDERED:*
*/s/ Frank Maas 11/9/04*

LEHMAN BROTHERS INC • 399 PARK AVENUE, 11TH FLOOR • NEW YORK, NEW YORK 10022
TELEPHONE (212) 526-0469  FACSIMILE (212) 526-0940