PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY  10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendant SEI II Equipment Inc.*
*(f/k/a Shearson Equipment Management Corporation)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

−−−−−−−−−−−−−−−−−−−−−−−−−−−− x

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : Civil Action No. 04-CV-4309 (LAK) (FM) |
| | : **(ECF CASE)** |
| Plaintiff, | : |
| v. | : |
| ALCOA STEAMSHIP CO., INC., et al., | : **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : |
| | : |
| | : |

−−−−−−−−−−−−−−−−−−−−−−−−−−−− x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant SEI II Equipment Inc., formerly called Shearson Equipment Management Corporation, certifies that it is wholly owned by LB I Group Inc.


Dated: New York, New York
       December 1, 2004


                    PROSKAUER ROSE LLP

                    By:   /s/ Dale A. Schreiber
                        Dale A. Schreiber (DS-9211)
                        1585 Broadway
                        New York, New York 10036-8229
                        (212) 969-3000

(212) 969-2900 (fax)
*Attorneys for Defendant SEI II
Equipment Inc. (f/k/a Shearson
Equipment Management
Corporation)*