UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS  :
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC., :

                    Plaintiff, :

        -against- : **ORDER**

ALCOA STEAMSHIP CO., et al. : 04 Civ. 4309 (LAK)(FM)

                    Defendants. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/04

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference of December 2, 2004, it is hereby

ORDERED that:

1. Mr. Schafler of Proskauer Rose, LLP, shall serve as the defendants' liaison with the Court.

2. The plaintiff's application to file a Master Reply to All Counterclaims is granted. The plaintiff shall file supplements to the Master Reply for defendants whose counterclaims require individualized responses.

3. The current defendants are not required to amend their pleadings if the plaintiff adds additional defendants following service by publication.

4. On or before December 10, 2004, the plaintiff shall respond to the document requests served by the "Proskauer" defendants, Farrell Lines, and APL.

1

5. On or before December 16, 2004, any attorneys who wish to review the originals of plaintiff's insurance policies and other materials, including board minutes, may do so at the plaintiff's offices. The cost of producing copies of the documents requested by defense counsel shall be borne equally by the plaintiff and all other parties who request copies of the documents.

7. On or before December 16, 2004 the plaintiff shall produce its draft spreadsheet identifying, inter alia, the members of each Insurance Year, the deductibles paid by those members, and the assessments charged to those members. The plaintiff shall supplement or amend this spreadsheet as necessary.

8. On or before January 10, 2005, the plaintiff and the defendants who have appeared in this action shall make their initial disclosures.

9. Argument on the motion to intervene shall be heard on January 6, 2005, at 2:30 p.m., in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

10. A further conference in this matter shall be held on January 14, 2005 at 2 p.m. in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

11. Unless otherwise directed, all fact discovery shall be concluded on or before March 31, 2005.

SO ORDERED.

Dated:   New York, New York
         December 6, 2004

_____
FRANK MAAS
United States Magistrate Judge

2