Nourse & Bowles, LLP
Attorneys for Plaintiff
Lawrence J. Bowles, Esq. (LB 5950)
One Exchange Plaza
New York, New York 10006
(212) 952-6200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
:
AMERICAN STEAMSHIP OWNERS          :   04 Civ. 4309 (LAK)(FM)
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :
:
Plaintiff,            :
:
- against -                        :
:
Alcoa Steamship Co., Inc.          :
and the Other Entities Listed on Exhibit A  :
to Second Amended Complaint        :
:
Defendants.           :
:
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/04
```

ORDER FOR SERVICE BY PUBLICATION

ORDER REQUIRING DEFENDANTS TO APPEAR AND ANSWER

TO:

Academy Tankers Inc.                American Maritime Holdings Inc.
c/o Secretary of State              39 Broadway
Townsend Building                   New York, NY 10036
Dover, DE 19901

| | |
|---|---|
| American Maritime Holdings Inc.<br>C/o US Corporation Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Argosy Offshore Ltd.<br>c/o CT Corporation System<br>8550 United Plaza Blvd.<br>Baton Rouge, LA 70809 |
| Argosy Offshore Ltd.<br>1010 Milam<br>Houston, TX 77002 | Arpez S.A.<br>Calle Venezuela 110<br>1095 Buenos Aires, Argentina |
| Astra Compania Argentina de Petroleo S.A.<br>Tucuman 744<br>11th Floor<br>1049 Buenos Aires, Argentina | Avila y Pizarro Compania Ltda.<br>Agents for Van Gogh Inversiones SA<br>Blanco 570<br>Valparaiso Chile |
| Barber Asphalt Corp.<br>c/o CT Corporation System<br>277 Park Avenue<br>New York, NY 10017 | Barge Transport Company<br>P.O. Box 2569<br>1812 Durham Drive<br>Houston, TX 77252-2569 |
| Canterbury Shipping Corp.<br>C/o Secretary of State<br>Townsend Building<br>Dover, DE 19901 | Caribbean Steamship Co. S.A.<br>P.O. Box 2568<br>Corpus Christi, TX 78403 |
| Coal Logistics Corporation<br>30 Skyline Drive<br>Lake Mary, FL 32795 | Empresa de Navegacion El Faro<br>Calle Lavalle 388<br>1047 Buenos Aires<br>Argentina |

| | |
|---|---|
| Euro Gulf International<br>c/o Diamond State Corp. Agents Inc.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Gulf International Marine Inc.<br>c/o Gil Anthony Hebert<br>437 Menard Road<br>Houma, LA 70360 |
| Marifran International S.A.<br>Calle Paraguay 577<br>4 Piso<br>Buenos Aires, 1057 Argentina | Marifran International S.A.<br>Avenida 25 de Mayo 401<br>1002 Buenos Aires, Argentina |
| National Oil Transport Co.<br>c/o Secretary of State<br>Townsend Building<br>Dover, DE 19901 | Nedbarges Sublift BV<br>Westmolenstraat 1<br>Lange Haven, 3111 BS Schiedam<br>Netherlands |
| New Jersey Barging Corp. (Del.)<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 | Oscar Transportation Group<br>97, Akti Miaouli<br>185 38 Piraeus, Greece |
| Puerto Rico Maritime Shipping Authority<br>Building No. 123<br>Fleet and Bombay Streets<br>Elizabeth, NJ 07208 | Seaport Harbor Cruise Lines, Inc.<br>17 Battery Place<br>New York, New York 10019 |
| Tecomar S.A.<br>Benjamin Franklin 232<br>Mexico DF 11800 | Texas City Refining Inc.<br>P.O. Box 1271<br>Texas City, TX 77592-1271 |

| | |
|---|---|
| Texas City Refining Inc.<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 | Trafluen Compania Armadora SA<br>7° Piso, Oficina 52<br>San Martin 50<br>1004 Buenos Aires<br>Argentina |
| Transfrimar SA<br>6° Piso<br>Colon 602<br>Guayaquil, Ecuador | Tropigas Inc.<br>2151 LeJune Road<br>Coral Gables, FL 33134 |
| West India Shipping Co., Inc.<br>Agents for West India Industries, Inc.<br>18th Floor, Great Southwest Building<br>1314 Texas Street<br>Houston, TX 77002 | World Wide Tankers Inc.<br>C/o US Corporation Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |

On October 19, 2004 plaintiff moved this court for an order directing each of you to appear, plead or answer in this action. This is an action to determine the rights and liabilities of the plaintiff Association and its members in respect of asbestos-related personal injury claims and other occupational disease claims, under the assessable marine indemnity insurance policies plaintiff issued to defendants in each insurance year before February 20, 1989, including each and all

4

of you, all as outlined in plaintiff's Second Amended Complaint in the captioned action.

This Court has reviewed the application and the materials submitted in support of the motion and has found that the action is one in which an order to appear is authorized by Rules 4(e), (f), and (g) of the Federal Rules of Civil Procedure and Section 311(b) of the New York Civil Practice Law and Rules, as the defendants are either dissolved, or are not inhabitants of this Judicial District or State and cannot be found here, or are inhabitants of the foreign states and countries set forth above at addresses formerly known but not now current and cannot be found, and the listed defendants have not voluntarily appeared in this action despite plaintiff's efforts to serve them. Therefore,

IT IS ORDERED:

1. That you appear and answer the complaint in this matter no later than January 21, 2005.

THIS ORDER IS NOTICE TO YOU THAT IF YOU DO NOT APPEAR AND ANSWER THE COMPLAINT AS REQUIRED BY THIS ORDER, YOU WILL BE BARRED FROM THEREAFTER INTERVENING IN THIS PROCEEDING, ABSENT A SHOWING OF SUFFICIENT CAUSE, AND THIS COURT MAY RENDER A JUDGMENT DETERMINING THE RIGHTS AND

LIABILITY OF THE PLAINTIFF AS AGAINST ALL NAMED DEFENDANTS, INCLUDING YOU, IN RESPECT OF THE POLICIES OF INSURANCE DESCRIBED IN THE COMPLAINT.

A COPY OF THE PLAINTIFF'S COMPLAINT MAY BE OBTAINED FREE OF CHARGE FROM PLAINTIFF'S ATTORNEYS, NOURSE & BOWLES, LLP, WHOSE ADDRESS IS ONE EXCHANGE PLAZA AT 55 BROADWAY, NEW YORK, NEW YORK 1004 AND WHOSE TELEPHONE NUMBER IS (212) 952-6200.

2. That a copy of this Order be published in the Journal of Commerce and Lloyds List, in London, once a week for four consecutive weeks commencing December 6, 2004.

3. That publication be completed by the plaintiff no later than December 31, 2004.

4. That an affidavit be filed on plaintiff's behalf no later than January 14, 2005 describing the steps it has taken to publish this Order, and that the deadline for completion of service herein be extended accordingly.

Dated:   New York, New York
         December 6, 2004

                                        _____
                                             Frank Maas
                                        United States Magistrate Judge