PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendant Alcoa Steamship Company Inc., Lib-Ore Steamship Company, Inc., Pan-Ore Transportation, Inc., Reynolds Metals Company and Caribbean Steamship Co. S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : | Civil Action No. 04-CV-4309 (LAK) (FM) |
| | : | **(ECF CASE)** |
| Plaintiff, | : | |
| v. | : | |
| ALCOA STEAMSHIP CO., INC., et al., | : | **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for

(1) Named Defendant Alcoa Steamship Company Inc., erroneously named in American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint as successor to Lib-Ore Steamship Company, Inc., Pan-Ore Transportation, Inc. and Reynolds Metals Company, certifies that it is wholly owned by AAC Holdings Company.

(2) Lib-Ore Steamship Company, Inc. certifies it is wholly owned by Alcoa World Alumina, LLC.

(3) Pan-Ore Transportation, Inc. was duly dissolved on or about August 2, 1998.

(4) Reynolds Metal Company was acquired by RLM Acquisition Company, a wholly owned subsidiary by Alcoa Inc. Reynolds Metals Company is the surviving company of that merger.

- 2 -

(5) Named Defendant Caribbean Steamship Co. S.A. was a subsidiary of Reynolds Metals Company and was duly dissolved.

Dated: New York, New York
December 10, 2004

                                                          PROSKAUER ROSE LLP

By:   /s/ Dale A. Schreiber
       Dale A. Schreiber (DS-9211)
       1585 Broadway
       New York, New York 10036-8229
       (212) 969-3000
       (212) 969-2900 (fax)
       *Alcoa Steamship Company Inc., Lib-Ore Steamship Company, Inc., Pan-Ore Transportation, Inc., Reynolds Metals Company and Caribbean Steamship Co. S.A.*