**MEMO ENDORSED**

# NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

<u>Nourse & Bowles, LLP</u>
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

<u>Nourse & Bowles</u>
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

December 9, 2004

**By Hand**
Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

RECEIVED
DEC 10 2004
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/04

Re: American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co. et al. – 04 CV 4309 (LAK)

Dear Judge Maas:

Further to our letter dated December 6, 2004, regarding scheduling a hearing date with respect to the motion to intervene filed by Mr. Kellman of the Maritime Asbestosis Legal Clinic, yesterday, your clerk, Mr. Andrew Madar, called to ask whether that date could be moved to Friday, January 7, 2005 at 2:00 p.m.

Mr. Kellman and I have agreed to that hearing date, as confirmed to Mr. Madar earlier today.

Respectfully submitted,

NOURSE & BOWLES, LLP

By: _____
Lawrence J. Bowles

LJB/jtc
cc: Alan Kellman, Esq.                    akellman@jaquesadmiralty.com
    The Jaques Admiralty Law Firm, P.C.

    Seth Schafler, Esq.                   sschafler@proskauer.com
    Dale Schreiber, Esq.                  dschreiber@proskauer.com
    Proskauer Rose, LLP

SO ORDERED:

_____
Hon. Frank Maas  1-10-04
United States Magistrate Judge

Brent A. Hannafan, Esq.  brent.hannafan@dechert.com
Dechert, LLP

John M. Toriello, Esq.  john.toriello@hklaw.com
Nora Nellis, Esq.  nora.nellis@hklaw.com
Wallis Karpf, Esq.  wallis.karpf@hklaw.com
Holland & Knight LLP

Donald Strauber, Esq.  dstrauber@chadbourne.com
Melissa LaRocca, Esq.  mlarocca@chadbourne.com
Chadbourne & Parke LLP

Patrick Lennon, Esq.  plennon@tisdale-lennon.com
Tisdale & Lennon LLP

Edward A. Keane, Esq.  Ekeane@mahoneykeane.com
Mahoney & Keane, Esqs.

Mario Aieta, Esq.  maieta@gsblaw.com
Elizabeth Lynn Hubbard, Esq.  lhubbard@gsblaw.com
Garvey Schubert Barer

Deborah A. Silodor, Esq.  dsilodor@lowenstein.com
Lowenstein Sandler, PC

Alissa C. Malone, Esq.  amalone@fieldshowell.com
Lynn S. Concha, Esq.  lconcha@fieldshowell.com
Fields, Howell, Athans, McLaughlin LLP

Scott Fisher, Esq.  sfisher@jshllp.com
Jaspan Schlesinger Hoffman LLP

Charles Stewart, Esq.  cstewart@somlaw.com
Stewart Occhipinti, LLP

Stacey Saiontz, Esq.  saiontzs@dsmo.com
Dickstein Shapiro Morin & Oshinsky LLP

David A. Luttinger, Esq.  dluttinger@morganlewis.com
Lisa Campisi, Esq.  lcampisi@morganlewis.com
Morgan Lewis & Bockius LLP

2

| | |
|---|---|
| Andrew Dash, Esq.<br>Peter Adelman, Esq.<br>Brown Rudnick Berlack Israels | adash@brbilaw.com<br>padelman@brbilaw.com |
| Edward V. Cattell, Jr., Esq.<br>Holstein Keating Cattell Johnson<br>  & Goldstein, P.C. | ecattell@hollsteinkeating.com |
| Herbert I. Waldman, Esq.<br>Nagel Rice & Mazie, LLP | hwaldman@nrdmlaw.com |
| Robert A. O'Hare, Jr., Esq.<br>O'Hare Parnagian LLP | rohare@oharepanagian.com |
| Robert J. Gruendel, Esq.<br>John D. Pizzurro, Esq.<br>Curtis Mallet-Prevost, Colt & Mosle LLP | rgruendel@cm-p.com<br>jpizzurro@cm-p.com |
| Raymond A. Connell, Esq.<br>McMahon & Connell, P.C. | raconnell@mindspring.com |
| Gene B. George, Esq.<br>Julia R. Brouhard, Esq.<br>Ray, Robinson, Carle & Davies, P.L.L. | ggeorge@rayrobcle.com<br>jbrouhard@rayrobcle.com |
| John G. Cameron, Jr., Esq.<br>Warner, Norcross & Judd, LLP | jcameron@wnj.com |
| Nancy Ledy-Gurren, Esq.<br>Ledy-Gurren & Blumenstock, LLP | nledygurren@lgb-law.com |
| Christine S. Davis<br>Mindy G. Davis<br>Howrey Simon Arnold & White, LLP | daviscs@howrey.com<br>davism@howrey.com |
| John W. Cannavino<br>Cummings & Lockwood, LLC | jcannavino@cl-law.com |
| Stephen J. Sheinbaum<br>Sheinbaum, Bennett, Giuliano & McDonnell | ssheinbaum@sbgmlaw.com |
| Allen K. von Spiegelfeld, Esq. | avonsp@fowlerwhite.com |

3

Fowler White Boggs Banker

Adam P. Wofse, Esq.
Harold D. Jones, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Michael H. Ahrens, Esq.
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center – 17th Floor
San Francisco, CA 94111

Resolve Maritime Corporation
c/o Charles Lea Hume, Esq.
1441 Brickell Avenue
Suite 1014
Miami, FL 33131

Offshore Express Inc.
P.O. Box 1420
Houma, LA 70361