PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendants Alcoa Steamship Company Inc., Caribbean Steamship Co. S.A., Lib-Ore Steamship Company, Inc., Pan-Ore Transportation, Inc. and Reynolds Metals Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALCOA STEAMSHIP CO., INC., et al.,<br><br>Defendant. | Case No. 04 CV 4309 (LAK)(FM)<br><br>Certificate of Service<br>**(ECF Case)** |

     I, LISA A. BAUER, an attorney with the law firm Proskauer Rose LLP, hereby certify that, on December 10, 2004, I caused true and correct copies of Defendants Alcoa Steamship Company Inc.'s, Caribbean Steamship Co. S.A.'s, Lib-Ore Steamship Company, Inc.'s, Pan-Ore Transportation, Inc.'s and Reynolds Metals Company's Answer and Counterclaims to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint to be served by first class mail, postage pre-paid, to all listed on Exhibit A, attached hereto.

Dated: December 14, 2004

                                                  /s/  Lisa A. Bauer
                                                  Lisa A. Bauer

# EXHIBIT A

Barry L. Doney, VP
American Atlantic Co.
as Successor to American Dredging Company
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406

Donald I. Stauber
Counsel for Bessemer Securities Corp. as
Successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

John W. Cannavino
Counsel for Chevron Texaco Corporation as
Successor to California Oil Company
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120

Stacey L. Meisel
Trustee in Bankruptcy for
Compania de Navegacao Maritima Netumar
d/b/a Netumar Lines
Becker Meisel LLC
Eisenhower Plaza II
345 Eisenhower Parkway, Suite 2800
Livingston, NJ  07039

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037
Dillingham Construction World Headquarters
1020 Serpentine Lane, Suite 110
Pleasanton, CA 94566

Dillingham Construction Corporation
5960 Inglewood Drive
P.O. Box 1089
Pleasanton, CA 94566

Loveland Holding Company, Inc.
f/k/a S.C. Loveland Co., Inc.
P.O. Box 368
Supawna Road
Pennsville, NJ 08070

Equistar Chemicals, LP
as Successor to Cuba Distilling Company
and National Distilling Products Corp.
300 Doremus Avenue
Newark, NJ 07105

Hendry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

John Cameron
Counsel for Inland Lakes Management Inc.
Warner Norcross & Judd
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487

Lafarge North America Inc.
as Successor to Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, Virginia 20170

National Gypsum Co.
2001 Rexford Rd.
Charlotte, NC 28211

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA 70361

Oglebay Norton, as Successor to
Columbia Steamship Company Inc.
North Point Tower
1001 Lakeside Ave., 15th Floor
Cleveland, OH 44114

Harold D. Jones
Prudential Lines Disbursements Trust,
as successor to Prudential Lines, Inc. and
Grace Lines c/o PLI Disbursement Trustee
Jaspan Schlesinger, Hoffman, LLP
300 Garden City Plaza
Garden City, NY 11530

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Bank Building
Miami, FL 33130

Weeks Marine Inc.
as Successor to
American Dredging Company
4 Commerce Drive
Cranford, NJ 07016

Aremar C.I.F.S.A.
Viamonte 494
9 Piso
1053 Buenos Aires, Argentina

Trade & Transport Inc.
61-65, Filonos Street
P.O. Box 104
Piraeus, Greece