Cummings & Lockwood, LLC
Attorneys For Defendant Chevron U.S.A. Inc.
John W. Cannavino (JC - 7076)
Steven I. Frenkel (SF - 8187)
Kevin P. Broughel (KB - 7482)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06904-0120
(203) 327-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : : : : : | 04 Civ. 04309 (LAK) **RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiff, | : : | (ECF Case) |
| -against- | : : | |
| ALCOA STEAMSHIP CO., INC., et al. | : : | |
| Defendants. | : : | |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Chevron U.S.A. Inc., sued incorrectly as ChevronTexaco Corporation as successor to California Oil Company, hereby states that Chevron U.S.A. Holdings, Inc. and Texaco Exploration and Production Company are the parent companies of Chevron U.S.A. Inc.  Neither of these companies are publicly held, however, the ultimate parent corporation, ChevronTexaco Corporation, is a publicly held company.

1

Dated: Stamford, CT
      December 17, 2004

                      THE DEFENDANT
                      CHEVRON U.S.A. Inc. (incorrectly sued as ChevronTexaco Corporation as successor to California Oil Company)
                      BY CUMMINGS & LOCKWOOD, LLC
                      ITS ATTORNEYS

By:   John W. Cannavino (JC - 7076)
       Steven I. Frenkel (SF - 8187)
       Kevin P. Broughel (KB - 7482)
       Cummings & Lockwood, LLC
       Four Stamford Plaza
       107 Elm Street
       Stamford, CT 06904-0120
       (203) 327-1700

2072984_1.doc 12/17/2004