Cummings & Lockwood, LLC
Attorneys For Defendant Chevron U.S.A. Inc.
John W. Cannavino (JC - 7076)
Steven I. Frenkel (SF - 8187)
Kevin P. Broughel (KB - 7482)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06904-0120
(203) 327-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                              Plaintiff,

  -against-

ALCOA STEAMSHIP CO., INC., et al.

                            Defendants.
------------------------------------------------------------X

04 Civ. 04309 (LAK)

**AFFIDAVIT OF SERVICE**

(ECF Case)

      I hereby certify that true and correct copies of Defendant Chevron U.S.A. Inc.'s, sued incorrectly as Defendant ChevronTexaco Corporation as successor to California Oil Company, Answer to Second Amended Complaint, Rule 7.1 Disclosure, Response to First Request For the Production of Documents, and Affidavit of Service were served via first class U.S. Mail, postage prepaid, on December 17, 2004, upon the attached service list:

1

Dated: Stamford, CT
       December 17, 2004

                          THE DEFENDANT,
                          CHEVRON U.S.A. Inc. (incorrectly sued
                          as ChevronTexaco Corporation as
                          successor to California Oil Company)
                          BY CUMMINGS & LOCKWOOD, LLC
                          ITS ATTORNEYS

By:   John W. Cannavino (JC -7076)
        Steven I. Frenkel (SF - 8187)
        Kevin P. Broughel (KB - 7482)
        Cummings & Lockwood, LLC
        Four Stamford Plaza
        107 Elm Street
        Stamford, CT 06904-0120
        (203) 327-1700

**Lawrence J. Bowles**
Nourse & Bowles, LLP
One Exchange Plaza
New York, NY 10006

**Peter Adelman**
**Andrew S. Dash**
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, NY 10036

**Mario Aieta**
Garvey Schubert Barer
599 Broadway, 8th Floor
New York, NY 10012

**Julia R. Brouhard**
**Gene B George**
Ray, Robinson, Carle & Davies, P.L.L.
1717 East 9th Street
Suite 1650
Cleveland, OH 44114-2898

**Lisa M. Campisi**
Morgan, Lewis and Bockius LLP (NY)
101 Park Avenue
New York, NY 10178

**Edward V. Cattell, Jr.**
Hollstein Keating Cattell Johnson & Goldstein, P.C
8 Penn Center, 1628 JFK Blvd., Suite 2000
Philadelphia, PA 19103

**Raymond Aloysius Connell**
Maloof, Lebowitz, Connahan & Oleske
299 BROADWAY, SUITE 1700
NEW YORK, NY 10007

**Elizabeth Lynn Hubbard**
Garvey Schubert Barer
1191 2nd Avenue, 18th Floor
Seattle, WA 98101

**Scott B. Fisher**
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

**Brent A. Hannafan**
**Rodney M. Zerbe**
**Robert A. Cohen**
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112

**Edward A. Keane**
Mahoney & Keane, LLP
111 Broadway
New York, NY 10006

**Alan Kellman**
The Maritime Asbestosis Legal Clinic
a division of The Jaques Admiralty Law Firm
645 Griswold, Ste. 1570
Detroit, MI 48225

**Nancy Ledy-Gurren**
Ledy-Gurren Bass & Siff, LLP
475 Park Avenue South
New York, NY 10016

**Patrick F. Lennon**
Tisdale & Lennon, LLC
36 West 44th Street, Suite 1111
New York, NY 10036

**Robert A. O'Hare, Jr.**
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005

**Michael J. Mitchell**
60 Broad Street
New York, NY 10004

**Joseph D. Pizzurro**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
NY, NY 10178

**Charles Addison Stewart, III**
Stewart Occhipinti, LLP
1350 Broadway, Suite 2200
New York, NY 10018

**Dale A. Schreiber**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036

**Dan Shaked**
Shaked & Posner
225 West 34th St., Suite 705
New York, NY 10122

**Deborah A. Silodor**
Lowenstein Sandler PC (NJ)
65 Livingston Avenue
Roseland, NJ 07068

**John M. Toriello**
Holland & Knight LLP
195 Broadway
New York, NY 10007

**Robert H. Shulman**
**Christine S. Davis**
**Mindy G. Davis**
Howrey, Simon, Arnold & White, L.L.P.
1299 Pennsylvania Avenue
North West
Washington, DC 20004

**Stacey Ann Saiontz**
Dickstein Shapiro Morin & Oshinsky (NY)
1177 Avenue of the Americas
New York, NY 10036

**Herbert I. Waldman**
Nagel Rice & Mazie, LLP
301 S. Livingston Avenue, Ste. 201
Livingston, NJ 07039-3991

2073024_1.doc 12/17/2004