Sheinbaum, Bennett, Giuliano, McDonnell & Levy, LLP
Attorneys for Defendant
Amherst Shipping Inc.
225 West 34th Street, Suite 402
New York, New York 10122
Nicholas P. Giuliano (NG 1060)
Stephen J. Sheinbaum (SS 8157)
Telephone: (646) 328-0120
Facsimile:  (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS MUTUAL           04-CV-04309
PROTECTION AND INDEMNITY ASSOCIATION, INC.,   (LAK) (FM)

                                Plaintiff,

                                                               **DEFENDANTS' RULE**
       -against-                                       **7.1 STATEMENT**

ALCOA STEAMSHIP CO., INC. et. al,

                                Defendants.
-------------------------------------------------------------------x

    Defendant Amherst Shipping Inc., by its attorneys, Sheinbaum, Bennett, Giuliano, & McDonnell, LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to local Rule 7.1:

    Defendant has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
         December 23, 2004

                                                 Sheinbaum, Bennett, Giuliano & McDonnell, LLP

                                                 Nicholas P. Giuliano, Esq. (NG 1060)
                                                 225 West 34th Street, Suite 402
                                                 New York, New York 10122
                                                 (646) 328-0120 - Telephone
                                                 (646) 328-0121 – Facsimile