**NOURSE & BOWLES, LLP**

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

**MEMO ENDORSED**

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

December 23, 2004

**By Hand**
Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

RECEIVED DEC 27 2004

Re: American Steamship Owners Mutual
Protection and Indemnity Association, Inc.
v. Alcoa Steamship Co. et al. – 04 CV 4309 (LAK)

Dear Judge Maas:

After circulating our letter dated December 22, 2004, it was called to our attention that we had omitted several entities that should also be named as defendants. We now enclose an Amended Proposed Order permitting plaintiff to amend its Second Amended Complaint to add additional defendants. Exhibit A to the amended Order contains seven defendants in addition to those listed in the original proposed Order: Alcoa Steamship Company, Inc., Amerada Hess Corporation, Central Gulf Lines, Inc., Marine Transport Lines, Inc., McAllister Brothers Inc. and Royal P&O Nedlloyd N.V. each of which was previously sued only as a successor to another entity plus Waterman Steamship Corp. (Lighters) which is related to a previous sued defendant, Waterman Steamship Corporation. The body of the proposed Order has been amended to accommodate the seven additional defendants.

Accordingly, we ask that the enclosed Amended Proposed Order be signed, not the version circulated yesterday.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/04

[handwritten endorsement, illegible]