KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
AMERICAN STEAMSHIP OWNERS  :
MUTUAL PROTECTION AND      :
INDEMNITY ASSOCIATION, INC., :
                           :     04 Civ. 04309 (LAK)
                           :     ECF Case
           Plaintiff,      :
                           :     STIPULATION
       v.                  :
                           :
Alcoa Steamship Co., Inc.  :
                           :
           Defendants.     :
---------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that because Mystic Steamship Corporation was a division of Eastern Gas and Fuel Associates during the time Mystic Steamship Corporation was a member of American Steamship Owners Mutual Protection & Indemnity Association Inc., Mystic Steamship Corporation is covered in the Answer filed by KeySpan Corporation as a Successor to Eastern Gas and Fuel Associates, and thus does not need to be added as a separate defendant.

Dated: New York, New York
       January 6, 2005

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP                              NOURSE & BOWLES, LLP

By: _____               By: _____
Stacey A. Salontz (SS-1705)               Lawrence J. Bowles (LB-5950)
1177 Avenue of the Americas               One Exchange Plaza
41st Floor                                New York, New York 10006
New York, New York 10036                  (212) 952-6200
(212) 835-1400
Attorneys for Defendant                   Attorneys for Plaintiff

                         SO ORDERED:

DOCSNY.133765.1
                         _____
                                 U.S.D.J.
                         1/7/05