UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS :
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC., :

                    Plaintiff, :

      -against- : **ORDER**

ALCOA STEAMSHIP CO., et al. : 04 Civ. 4309 (LAK)(FM)

                    Defendants. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/05

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference of January 14, 2005, it is hereby

ORDERED that:

    1.    The plaintiff's motion to add additional defendants is granted without objection. As stated in my Order dated December 6, 2004, existing defendants will not be required to amend their pleadings if the plaintiff amends its Second Amended Complaint to add additional defendants.

    2.    Counsel for the plaintiff shall promptly submit to the Court a proposed order regarding any defendants that are to be substituted for existing defendants by agreement of counsel.

    3.    As stated in my Order dated December 6, 2004, the cost of producing copies of the documents requested by defense counsel shall be borne equally by the plaintiff and all other parties who request copies of the documents. The parties shall promptly reach an agreement as to where those documents shall be produced, and the division of costs if

those documents are produced at the plaintiff's offices in New York.

4. On or before January 18, 2005, counsel for the plaintiff shall advise the Court if the parties cannot agree upon an acceptable contract with the vendor scanning the documents. On or before February 4, 2005, each defendant shall determine whether it is ordering a copy of the scanned documents.

5. On or before January 24, 2005, any defendant that contends it should be dismissed from this action on the basis of an accord and satisfaction or a pending bankruptcy proceeding shall send the documents supporting that claim to counsel for the plaintiff. Thereafter, counsel for the plaintiff shall promptly notify the Court whether it objects to the proposed discontinuances, and, if not, shall submit a proposed order granting that relief.

6. A further conference in this matter shall be held on March 22, 2005 at 10 a.m. in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

7. Mr. Schafler's request to file a motion for judgment on the pleadings on the issue of the continuation of coverage by the Club is denied without prejudice to its renewal.

SO ORDERED.

Dated:   New York, New York
        January 18, 2005

                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Lewis A. Kaplan
United States District Judge

Lawrence J. Bowles, Esq.
Nourse & Bowles, LLP
Fax:   (212) 952-0345

Defense counsel of record