Nourse & Bowles, LLP
Attorneys for Plaintiff
Lawrence J. Bowles (LB 5950)
One Exchange Plaza
New York, New York 10006
(212) 952-6200
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                       Plaintiff,

  - against -

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
to Second Amended Complaint

                      Defendants.
------------------------------------------------------X

04 Civ. 04309 (LAK)

[~~FURTHER AMENDED PROPOSED~~]
ORDER PERMITTING
PLAINTIFF TO AMEND
ITS SECOND
AMENDED COMPLAINT
TO ADD ADDITIONAL
DEFENDANTS

      WHEREAS, on December 22, 2004, Plaintiff moved this Court for an Order permitting it to amend the list of defendants named in its Second Amended Complaint; and

      WHEREAS, the requested amendment to plaintiff's Second Amended Complaint will not delay the prosecution of this matter.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Exhibit A to Plaintiff's Second Amended Complaint be and hereby is amended to add as additional defendants to this action, the entities listed on Exhibit A to this Order, each of which was either previously sued as the successor of another entity or, allegedly, is related to a previously sued entity or, allegedly, is a predecessor of an existing defendant, except for proposed new defendant Crowley Maritime Corporation ("Crowley") and its listed predecessors; but Crowley is, allegedly, the parent of an existing defendant, Marine Transport Lines, Inc. which defendant is represented by Messrs. Proskauer Rose.

2. In these circumstances, formal service of additional copies of the plaintiff's Second Amended Complaint on such parties except for Crowley can be dispensed with.

3. Rather, within 20 days after receipt of this Order, the attorneys for the defendants referred to in Exhibit "A" hereto, except for Crowley, shall either answer the Plaintiff's Second Amended Complaint herein or enter into an appropriate stipulation with Plaintiff's attorneys.

4. Upon receipt of this Order, plaintiff shall promptly effect service on Crowley and within 20 days thereafter, Crowley shall file its answer to the Second Amended Complaint.

Dated:   New York, New York
         January 21, 2005

SO ORDERED:

/s/ Frank Maas
Frank Maas
United States Magistrate Judge

Attachment: Exhibit A – List of Additional Defendants

## EXHIBIT "A" (As Amended 1/14/05)

### Additional Defendants

Alcoa Steamship Company, Inc.
One Gateway Center
Fort Duquesne Boulevard – Suite S-1600
Pittsburgh, PA 15222

Amerada Hess Corporation as successor to Hess, Inc.
1185 Avenue of the Americas
New York, NY 10036

Central Gulf Lines Inc.
650 Poydras Street – Suite 1700
New Orleans, LA 70153

Crowley Maritime Corporation as successor to
CD Mallory Corp.
Ardmore Steamship Co., Inc.
Delta Steamship Lines
Delta Lines
Farr Spinning & Operating Company, Inc.
Malston Co., Inc.
Matinicock Steamship Company
Matinicock Corp.
155 Grand Avenue
Oakland, CA 94612

Chas. Kurz. & Co. as successor to
Antietam Steamship Corp.
Baldhill Steamship Co.
Dannadaike Tankers Inc.
Delaware Tankers Inc.
Dilworth Steamship Co.
Hagan Steamship Co.
Kaymar Tankers, Inc.
Meton Steamship Co.
Pennsylvania Tankers Inc.
The Naeco Co., Inc.
Thermo Steamship Co.
1 Bala Plaza East, Suite 600
Bala Cynwyd, PA 19004

Marine Transport Lines, Inc.
100 Lighting Way – Suite 402
Secaucus, NJ 07094

McAllister Brothers Inc.
17 Battery Place
15th Floor
New York, NY 10004

The Prudential Lines Disbursement Trust as successor to
Colombian Steamship Company, Inc.; Grace & Co.;
Grace Line Inc.; Grace Mail Steamship Co.; Grace
Steamship Co.; Panama Mail Steamship Co.
2800 Carrington Street NW
North Canton, OH 44720

Royal P & O Nedlloyd N.V. as successor to American
Export Lines, Inc.
One Meadowlands Parkway
East Rutherford, NJ 07073

United States Lines, Inc. and United States Lines (S.A.),
Inc. Reorganization Trust as successor to CH Sprague &
Son, Inc.; Moore-McCormack Resources, Inc.; Moore-
McCormack Lines, Inc.; Moore-McCormack
(Navegacao) SA Brasil
184-186 North Avenue East – Suite 103
Cranford, NJ 07016-2488

Waterman Steamship Corp. (Lighters)
One Whitehall Street
New York, NY 10004