PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

*Attorneys for Defendant Tecomar, S.A. (currently known as Tecomar, S.A. de C.V.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : | Civil Action No. 04-CV-4309 (LAK)(FM) |
| | : | **(ECF CASE)** |
| Plaintiff, | : | |
| v. | : | |
| ALCOA STEAMSHIP CO., INC., et al., | : | **STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : | |

------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Tecomar, S.A. (currently known as Tecomar, S.A. de C.V.) certifies that it is wholly owned by Grupo TMM, S.A. and no public corporation owns more than 10% of the stock of Grupo TMM, S.A.

Dated: New York, New York
       January 31, 2005

1

2

PROSKAUER ROSE LLP

By: /s/ Dale A. Schreiber
Dale A. Schreiber (DS-9211)
1585 Broadway
New York, New York 10036-8229
(212) 969-3000
(212) 969-2900 (fax)

*Attorneys for Defendant Tecomar,
S.A. (currently known as Tecomar,
S.A. de C.V.)*