KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                                                                                          04 Civ. 04309 (LAK)
                                                                                          ECF Case

                   Plaintiff,                    STIPULATION

                 v.

Alcoa Steamship Co., Inc.

                   Defendants.
---------------------------------------

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that because Hess, Inc. is a subsidiary of Amerada Hess Corporation, Hess, Inc is covered in the Answer previously filed by Amerada Hess Corporation, and thus does not need to be added as a separate defendant in this action.

Dated: Washington, DC
        January ___ 2005

HOWREY SIMON ARNOLD & WHITE LLP        NOURSE & BOWLES, LLP

By: _____                         By: _____
Christine S. Davis (*pro hac vice*)                  Lawrence J. Bowles (LB-5950)
1299 Pennsylvania, N.W.                                  One Exchange Plaza
Washington, DC 20004-2402                            New York, New York 10006
(202) 783-0800                                                    (212) 952-6200
Attorneys for Defendant                                        Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.
1/27/05