UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS      :
MUTUAL PROTECTION AND           :   04 Civ. 4309 (LAK)
INDEMNITY ASSOCIATION, INC.,    :
                                :
      Plaintiff,              :
                                :   **(ECF CASE)**
  -against-                    :
                                :
ALCOA STEAMSHIP CO., INC. and Other :
Entities Listed on Exhibit A,   :
                                :
      Defendants.             :
------------------------------------------------------------X

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that because McAllister Brothers, Inc., as successor to Outreach Marine Corp. has already filed an Answer to the Plaintiff's Second Amended Complaint, and because McAllister Brothers, Inc.'s answer to Plaintiff's allegations would be identical to those set forth in the Answer it filed as successor to Outreach Marine Corp., McAllister Brothers, Inc. is deemed to be covered by that Answer and need not file a separate answer to the Second Amended Complaint.

Dated: February 1, 2005
       New York, NY

| American Steamship Owners Mutual Protection & Indemnity Assoc., Inc. | McAllister Brothers, Inc., |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Lawrence J. Bowles (LB05950) | Patrick F. Lennon, Esq. (PL 2162) |
| NOURSE & BOWLES, LLP | TISDALE & LENNON, LLC |
| One Exchange Plaza | 11 West 42nd Street, Suite 900 |
| New York, NY 10006 | New York, NY 10036 |
| (212) 952-6200 | (212) 354-0025 |
| | (212) 869-0067 facsimile |

2

SO ORDERED:

_____
U.S.D.J.