KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                      04 Civ. 04309 (LAK)
                      ECF Case
      Plaintiff,            STIPULATION

      v.

Alcoa Steamship Co., Inc.

      Defendants.
---------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that because Hess, Inc. is a subsidiary of Amerada Hess Corporation, Hess, Inc is covered in the Answer previously filed by Amerada Hess Corporation, and thus does not need to be added as a separate defendant in this action.

Dated: Washington, DC
       January 26, 2005

HOWREY SIMON ARNOLD & WHITE LLP      NOURSE & BOWLES, LLP

By: /s/ Christine S. Davis                    By: /s/ Lawrence J. Bowles
Christine S. Davis (*pro hac vice*)             Lawrence J. Bowles (LB-5950)
1299 Pennsylvania, N.W.                      One Exchange Plaza
Washington, DC 20004-2402                New York, New York 10006
(202) 783-0800                                (212) 952-6200
Attorneys for Defendant                        Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/05

SO ORDERED:

/s/ U.S.D.J.
1/31/05