PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendant Tecomar, S.A. (currently known as Tecomar, S.A. de C. V.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

        Plaintiff,

     -against-

ALCOA STEAMSHIP CO., INC., et al.,

        Defendant.

Case No. 04 CV 4309 (LAK)(FM)

Certificate of Service
**(ECF Case)**

    I, LISA A. BAUER, an attorney with the law firm Proskauer Rose LLP, hereby certify that, on January 31, 2005, I caused true and correct copies of Defendant Tecomar, S.A.'s (currently known as Tecomar, S.A. de C. V.) Answer and Counterclaims to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint to be served by first class mail, postage pre-paid, to all listed on Exhibit A, attached hereto.

Dated: February 4, 2005

                            /s/  Lisa A. Bauer
                            Lisa A. Bauer

## EXHIBIT A

Barry L. Doney, VP
American Atlantic Co.
as Successor to American Dredging Company
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406

Donald I. Stauber
Counsel for Bessemer Securities Corp. as
Successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Ori Katz
Counsel for Dillingham Construction
Corporation
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

Equistar Chemicals, LP
as Successor to Cuba Distilling Company
and National Distilling Products Corp.
300 Doremus Avenue
Newark, NJ 07105

Hendry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

John Cameron
Counsel for Inland Lakes Management Inc.
Warner Norcross & Judd
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Lafarge North America Inc.

as Successor to Huron Transportation, Inc.
12950 Worldgate Drive, Suite 600
Herndon, Virginia 20170

National Gypsum Co.
2001 Rexford  Rd.
Charlotte, NC 28211

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA 70361

Michael C. Nicholson, Esq.
Covington & Burling
Counsel for Oglebay Norton, as Successor to
Columbia Steamship Company Inc.
1330 Avenue of the Americas
New York, NY  10019

Harold D. Jones
Prudential Lines Disbursements Trust,
as successor to Prudential Lines, Inc. and
Grace Lines c/o PLI Disbursement Trustee
Jaspan Schlesinger, Hoffman, LLP
300 Garden City Plaza
Garden City, NY  11530

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Bank Building
Miami, FL 33130

Weeks Marine Inc.
as Successor to
American Dredging Company
4 Commerce Drive
Cranford, NJ  07016

Aremar C.I.F.S.A.
Viamonte 494

9 Piso
1053 Buenos Aires, Argentina

United States Department of Justice
United States Attorney
Southern District of New York
c/o David N. Kelley
86 Chamber Street
Third Floor
New York, NY 10007

Trade & Transport Inc.
61-65, Filonos Street
P.O. Box 104
Piraeus, Greece