PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, NY  10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Marine Transport Lines, Inc., et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – –  x

AMERICAN STEAMSHIP OWNERS MUTUAL : Civil Action No. 04-CV-4309 (LAK)
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,                                          :                      **(ECF CASE)**

                                   Plaintiff,          :

                        v.                                    :

ALCOA STEAMSHIP CO., INC., et al.,          :          **AMENDED STATEMENT
                                                                        PURSUANT TO RULE 7.1**

                                   Defendants. :

– – – – – – – – – – – – – – – – – – – – – – – – – –  x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Marine Transport Lines, Inc., erroneously named as Managers and Agents for several related entities on Ex. A to the Second Amended Complaint, dated July 8, 2004, and for Crowley Maritime Corporation named as successor to Delta Steamship Lines and Delta Lines, and erroneously named as successor to CD Mallory Corp., Ardmore Steamship Co., Inc., Farr Spinning & Operating Company, Inc., Malston Co., Inc., Matinicock Steamship Company, and Matinicock Corp. in Plaintiff's letter dated December 23, 2004 naming Additional Defendants, certifies that:

(1)      named Defendant Marine Transport Lines, Inc. is wholly-owned by non-defendant Marine Transport Corporation, which is wholly-owned by named Defendant Crowley Maritime Corporation, a publicly held corporation;

(2)      named Defendant Delta Steamship Lines, which is correctly called Delta Steamship Lines, Inc., and named defendant Delta Lines, which is correctly called Delta Lines, Inc., were formerly wholly owned by Crowley Maritime Corporation and such companies have, as of the date of this pleading, either been dissolved or merged into other companies and no longer exist;

(3)      no publicly-held corporation owns ten percent (10%) or more of the stock of named Defendant Marine Transport Lines, Inc. or named Defendant Crowley Maritime Corporation;

(4)    named Defendant Marine Transport Lines, Inc. is the parent company of non-defendant Marine Transport Management, Inc., which is the sole member of named Defendant Marine Chemical Navigation Corporation, which is now called Marine Chemical Navigation Corporation LLC;

(5)    named Defendant Marine Transport Lines, Inc. is the parent company of non-defendant Marine Transport Management, Inc., which is the sole member of named Defendant Marine Sulphur Shipping Corporation, which is now called Marine Sulphur Shipping Company LLC;

(6)    named Defendants Marine Interests Corporation, Union Marine Transport Company, and Oswego Tanker Corporation have been dissolved and no longer exist.

Dated: New York, New York
        February 4, 2005

                              PROSKAUER ROSE LLP

                              By:    /s/ Dale A. Schreiber
                                     Dale A. Schreiber (DS-9211)
                                     1585 Broadway
                                     New York, New York 10036-8229
                                     (212) 969-3000
                                     (212) 969-2900 (fax)
                                     Attorneys for Defendant Marine
                                     Transport Lines, Inc., et al.