PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, NY  10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Keystone Shipping Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | | |
|---|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : : : | Civil Action No. 04-CV-4309 (LAK)  **(ECF CASE)** |
| Plaintiff, | : | |
| v. | : | |
| ALCOA STEAMSHIP CO., INC., et al., | : | **AMENDED STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | : | |

------------------------------ x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for named Defendant Keystone Shipping Co. and other entities named under Keystone Shipping Co. on Ex. A to the Second Amended Complaint, dated July 8, 2004, and in Plaintiff's letter dated December 23, 2004 naming Additional Defendants, certifies that:

(1) named Defendant Chas. Kurz & Co., Inc. wholly owns and is the parent company of named Defendants Keystone Shipping Co., Baldbutte Shipping Company, Chestnut Shipping Company, Chilbar Shipping Company, Fredericksburg Shipping Company, and Margate Shipping Company;

(2) named Defendant Keystone Tankship Corporation is owned by certain individuals;

(3) named Defendant Timbo Shipping Ltd., was owned by certain individuals and has been duly dissolved;

(4) named Defendant Calendar Navigation Corporation was wholly owned by named Defendant Chas. Kurz & Co., Inc. and has been duly dissolved;

(5) named Defendant New England Collier Company was a joint venture that was managed by Keystone Shipping Co. and has been duly dissolved;

(6) named Defendant Paco Tankers, Inc. was at one time managed by Keystone Shipping Co., but was not and is not now controlled by or related to any Keystone entity and is no longer managed by Keystone Shipping Co.;

(7) named Defendant Kaymar Tankers, Inc. was duly dissolved in or around 1940; and

(8) no publicly-held corporation owns ten percent (10%) or more of the stock of Chas. Kurz & Co., Inc. and it has no parent corporation.

Dated: New York, New York
February 4, 2005

                                                                PROSKAUER ROSE LLP

                                                                By:   /s/ Dale A. Schreiber
                                                                         Dale A. Schreiber (DS-9211)
                                                                          1585 Broadway
                                                                          New York, New York 10036-8229
                                                                          (212) 969-3000
                                                                          (212) 969-2900 (fax)
                                                                          Attorneys for Defendant Keystone Shipping Co.