NICOLETTI, HORNIG, CAMPISE & SWEENEY
Terry L. Stoltz (TS-7650)
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

FOWLER WHITE BOGGS BANKER P.A.
Allen von Spiegelfeld (FBN 256803)
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411
(813) 229-8313 (facsimile)

*Attorneys for Defendant Hendry Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                                Plaintiff,

                      v.

ALCOA STEAMSHIP CO., INC. and the Other
Entities Listed on Exhibit A to the Second
Amended Complaint,

                            Defendants.
------------------------------------------------------------ X

Case No.: 04 Civ. 04309 (LAK)

**DEFENDANT HENDRY
CORPORATION'S RULE 7.1
DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and

to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for defendant Hendry Corporation hereby

states and certifies that Hendry Corporation is a private company owned by Aaron Hendry and

has no corporate parents and is not publicly traded.

Dated: New York, New York
        February 15, 2005

                                    NICOLETTI, HORNIG, CAMPISE & SWEENEY
                                    Attorneys for Defendant Hendry Corporation

                                 By:      s/ Terry L. Stoltz               
                                        Terry L. Stoltz (TS-7650)
                                        88 Pine Street, 7th Floor
                                        New York, NY 10005-1801
                                        (212) 220-3830
                                        (212) 220-3780 (facsimile)
                                        Our File:        00000607 TLS

TO:

All Attorneys on Attached List

X:\Public Word Files\0\607\LEGAL\RULE 7.1 STATMENT.DOC

# SERVICE LIST

**BROWN RUDNICK BERLACK ISRAELS LLP**
Attorneys for Defendant
Royal P&O Nedlloyd N.V.
120 West 45th Street
New York, New York 10036
(212) 209-4810
(212) 704-0196 (fax)

Attention:    Peter Adelman, Esq.
              Andrew S. Dash, Esq.

**GARVEY SCHUBERT BARER**
Attorneys for Defendant
Foss Maritime Company
599 Broadway, 8th Floor
New York, New York 10012
(212) 431-8700
(212) 334-1278 (fax)

Attention:    Mario Aieta, Esq.
              Elizabeth Lynn Hubbard, Esq.

**NOURSE & BOWLES, LLP**
Attorneys for Plaintiff
American Steamship Owners Mutual
 Protection and Indemnity Association, Inc.
One Exchange Plaza
New York, New York 10006
(212) 952-6213
(212) 952-0345 (fax)

Attention:    Lawrence J. Bowles, Esq.

**RAY, ROBINSON, CARLE & DAVIES, P.L.L.**
Attorneys for Defendant
The Cleveland-Cliffs Steamship Company
1717 East 9th Street
Suite 1650
Cleveland, Ohio 44114-2898
(216) 861-4533

Attention:    Julia R. Brouhard, Esq.
              Gene B. George, Esq.

MORGAN, LEWIS AND BOCKIUS LLP
Attorneys for Defendant
Kimberly-Clark Corporation
101 Park Avenue
New York, New York 10178
(212) 309-6178
(212) 309-6001 (fax)

Attention:     Lisa M. Campisi, Esq.

HOLLSTEIN KEATING CATTELL JOHNSON
 & GOLDSTEIN, P.C
Attorneys for Defendant
S.C. Loveland Co., Inc.
8 Penn Center, 1628 JFK Blvd., Suite 2000
Philadelphia, Pennsylvania 19103
(215) 320-2073
(215) 320-3261 (fax)

Attention:     Edward V. Cattell, Jr., Esq.

MALOOF, LEBOWITZ, CONNAHAN & OLESKE
Attorneys for Defendant
Mu-Petco Shipping Co. Inc.
299 Broadway, Suite 1700
New York, New York 10007
(212) 233-0440
(212) 619-2340 (fax)

Attention:     Raymond Aloysius Connell, Esq.

HOWREY, SIMON, ARNOLD & WHITE, L.L.P.
Attorneys for Defendant
Amerada Hess
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Attention:     Christine S. Davis, Esq.
               Mindy G. Davis, Esq.
               Robert H. Shulman, Esq.

JASPAN SCHLESINGER HOFFMAN LLP
Attorneys for Defendant
Prudential Lines Disbursement Trust
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
(516) 393-8282 (fax)

Attention:    Scott B. Fisher, Esq.

CUMMINGS & LOCKWOOD LLC
Attorneys for Defendant
Cheyron Texaco Corporation
107 Elm St., Four Stamford Plaza
Stamford, Connecticut 06902
(203) 351-4206
(203) 708-3907 (fax)

Attention:    Steven Ira Frenkel, Esq.

SHEINBAUM, BENNETT, GUILIANO
Attorneys for Defendant
Amherst Shipping Co., Inc.
225 West 34th Street
New York, New York 10122
(646) 328-0120
(646) 328-0121 (fax)

Attention:    Nicholas Philip Giuliano, Esq.

MAHONEY & KEANE, LLP
Attorneys for Defendants
Union Carbide Corp. and
The Dow Chemical Company
111 Broadway
New York, New York 10006
(212) 385-1422
(212) 385-1605 (fax)

Attention:    Edward A. Keane, Esq.

THE MARITIME ASBESTOSIS LEGAL CLINIC
a division of The Jaques Admiralty Law Firm
Attorneys for Intervenor Defendant
William F. Higgins
c/o Maritime Asbestosis Legal Clinic
645 Griswold, Ste. 1570
Detroit, Michigan 48225
(313) 961-1080

Attention:    Alan Kellman, Esq.
              Dan Shaked, Esq.

LEDY-GURREN BASS & SIFF, LLP
Attorneys for Defendants
New York Telephone and
Verizon Communications
475 Park Avenue South
New York, New York 10016
(212) 447-1111
(212) 447-6686 (fax)

Attention:    Nancy Ledy-Gurren, Esq.

TISDALE & LENNON, LLC
Attorneys for Defendants
Trade & Fransport Inc.
Bridgeport & Port Jefferson Steamboat Co.,
McAllister Brothers Inc. and
Brokerage & Management Corp.
36 West 44th Street, Suite 1111
New York, New York 10036
(212) 354-0025
(212) 869-0067 (fax)

Attention:    Patrick F. Lennon, Esq.

O'HARE PARNAGIAN LLP
Attorneys for Counter Claimants
Central Gulf Lines and
Waterman Steamship Corp.
82 Wall Street, Suite 300
New York, New York 10005
(212) 425-1401
(212) 425-1421 (fax)

Attention:    Robert A. O'Hare, Jr., Esq.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Attorneys for Counter Claimants
Apex Oil Co., Inc., Crest Tankers Inc.,
Mathiasen's Tanker Industry Inc. and
Trinidad Corporation
101 Park Avenue
New York, New York 10178
(212) 696-6196
(212) 697-1559 (fax)

Attention:    Joseph D. Pizzurro, Esq.

DICKSTEIN SHAPIRO MORIN & OSHINSKY
Attorneys for Defendant
Keyspan Corporation
1177 Avenue of the Americas
New York, New York 10036
(212) 896-5446
(212) 997-9880 (fax)

Attention:    Stacey Ann Saiontz, Esq.

5

PROSKAUER ROSE LLP
Attorneys for Counter Claimants
Marine Chemical Navigation Company LLC,
Marine Sulphur Shipping Company LLC,
Sea Mobility Inc.,
Atlantic Richfield Indonesia Inc.,
Chestnut Shipping Corp.,
Baldbutte Shipping Company,
Calendar Navigation Corp.,
Chas. Kurz & Co., Inc., Chilbar Shipping Co.,
Fredericksburg Shipping Co., Keystone Shipping Co.,
Keystone Tankship Corporation,
Margate Shipping Co., New England Collier Co.,
Paco Tankers Inc., Timbo Shipping Ltd.,
Marina Transport Lines, Inc., Cleveland Cliffs, Inc.,
Amerada Hess, BP, Ispat Inland Inc.
American Steamship Company, Atlantic Richfield Company,
Kirby Inland Marine, Inc., Sabine Towing & Transportation
Co. Inc., Alcoa Steamship Co., Inc., Caribbean
Steamship Co. S.A. and Tecomar S.A.
1585 Broadway
New York, New York 10036
(212) 969-3475
(212) 969-2900 (fax)
Attention:     Dale A. Schreiber, Esq.

LOWENSTEIN SANDLER PC
Attorneys for Defendant
Georgia Pacific Corporation
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2404
(973) 597-2405 (fax)

Attention:     Deborah A. Silodor, Esq.

STEWART OCCHIPINTI, LLP
Attorneys for Defendants
Inland Lakes Management Inc. and
Lafarge North America Inc.
1350 Broadway, Suite 2200
New York, New York 10018
(212) 239-5500
(212) 239-7030 (fax)

Attention:     Charles Addison Stewart, III, Esq.

HOLLAND & KNIGHT LLP
Attorneys for Counter Claimant
APL, Ltd.
195 Broadway
New York, New York 10007
(212) 513-3366
(212) 385-9010 (fax)

Attention:     John M. Toriello, Esq.

NAGEL RICE & MAZIE, LLP
Attorneys for Defendant
United States Lines (S.A.) Inc.
301 S. Livingston Avenue, Ste. 201
Livingston, New Jersey 07039-3991
(973) 535-3100
(973) 535-3373 (fax)

Attention:     Herbert I. Waldman, Esq.

DECHERT LLP
Attorneys for Defendant
American Atlantic Company
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3581
(212) 698-3599 (fax)

Attention:     Rodney M. Zerbe, Esq.
               Robert A. Cohen, Esq.
               Brent A. Hannafan, Esq.

X:\Public Word Files\0\607\LEGAL\SERVICE LIST.VAL.2.15.05.doc