**MEMO ENDORSED**

*Terminates Documents 73 & 156*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTIONS AND
INDEMNITY ASSOCIATION, INC.

    Plaintiff,

 -against-

Alcoa Steamship Co., Inc.
and the Other Entities Listed on Exhibit A
hereto,

    Defendants.
-----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

04 Civ: 04309 (LAK)

*2004 SEP 22 AM 11:08*

TO: Lawrence J. Bowles, Esq.
   Nourse & Bowles, LLP
   One Exchange Plaza at 55 Broadway
   New York, NY 10006-3030

   and

   All Counsel of Record and
   All Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/05

   PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of The Maritime Asbestosis Legal Clinic, a division of The Jaques Admiralty Law Firm and a member of good standing of the Bar of the State(s) of Michigan, as attorney pro hac vice to argue

SO ORDERED

_____
LEWIS A. KAPLAN, U.S.D.J.

or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

                        Respectfully submitted,

                        ALAN KELLMAN
                        The Maritime Asbestosis Legal Clinic,
                        a division of The Jaques Admiralty Law Firm
                        645 Griswold, Ste. 1570
                        Detroit, MI 48226
                        akellman@jaquesadmiralty.com
                        (313) 961-1080

Dated: September 15, 2004