Terminator

Doc #72

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                Plaintiff,

– against –

ALCOA STEAMSHIP CO., INC., et al.,

                Defendants.
-----------------------------------------------------------x

04-CV-04309
(LAK) (FM)

**SUBSITUTION OF COUNSEL**

**Filed Electronically**

The undersigned hereby consent to the substitution of:

BROWN RUDNICK BERLACK ISRAELS LLP
Andrew Dash, Esq.
Peter Adelman, Esq.
120 W. 45th Street
New York, New York 10036

as counsel for defendant Royal P.O. Nedlloyd N.V. as Successor to Farrell Lines, Inc. in the above-captioned action.

DATED: September 20, 2004
           New York, New York

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: _____
Andrew Dash (AD-7913)
120 W. 45th Street
New York, New York 10036
(212) 704-0100

Superseding Attorney

TORYS LLP

By: _____
Louis S. Ederer (LE-7574)
237 Park Avenue
New York, New York 0017
(212) 880-6000

Withdrawing Attorney

SO ORDERED:

_____
Hon. Lewis A. Kaplan  2/14/05
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/05

8100005