PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendants Keystone, BP, MTL, Cleveland-Cliffs, Ispat, American Steamship and Sea Mobility*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALCOA STEAMSHIP CO., INC., et al., <br><br> Defendant. | Case No. 04 CV 4309 (LAK)(FM) <br><br> Certificate of Service <br> **(ECF Case)** |

    I, LISA A. BAUER, an attorney with the law firm Proskauer Rose LLP, hereby certify that, on February 4, 2005, I caused true and correct copies of Defendants Keystone's, BP's, MTL's, Cleveland-Cliffs', Ispat's, American Steamship's and Sea Mobility's Amended Answer and Counterclaims to American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Second Amended Complaint and Defendants Keystone's and MTL's Amended 7.1 Statements to be served by first class mail, postage pre-paid, to all listed on Exhibit A, attached hereto.

Dated: February 22, 2004

                                      /s/  Lisa A. Bauer
                                      Lisa A. Bauer

**EXHIBIT A**

Barry L. Doney, VP
American Atlantic Co.
as Successor to American Dredging Company
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406

Donald I. Stauber
Counsel for Bessemer Securities Corp. as
Successor to Grosvenor-Dale Co., Inc.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Coastal Carriers Inc.
c/o Clayton Ragas
216 Ft. Jackson Street
Belle Chasse, LA 70037

Ori Katz
Counsel for Dillingham Construction
Corporation
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

Equistar Chemicals, LP
as Successor to Cuba Distilling Company
and National Distilling Products Corp.
300 Doremus Avenue
Newark, NJ 07105

Hendry Corporation
P.O. Box 13228
Tampa, FL 33681-3228

Lafarge North America Inc.
National Gypsum Co.
2001 Rexford  Rd.
Charlotte, NC 28211

Offshore Express Inc.
438 Menard Road
P.O. Box 2666
Houma, LA 70361

Resolve Maritime Corporation
c/o Charles Lea Hume
25 W. Flagler Street
5th Floor, City National Bank Building
Miami, FL 33130

Weeks Marine Inc.
as Successor to
American Dredging Company
4 Commerce Drive
Cranford, NJ  07016

Aremar C.I.F.S.A.
Viamonte 494
9 Piso
1053 Buenos Aires, Argentina

Trade & Transport Inc.
61-65, Filonos Street
P.O. Box 104
Piraeus, Greece