# THE MARITIME ASBESTOSIS
## LEGAL CLINIC

### DIVISION OF THE JAQUES ADMIRALTY LAW FIRM, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

645 Griswold, Suite 1570 ● Detroit, MI 48226
(800) 492-3849 (313) ● Fax (313) 961-1819

February 23, 2005

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

    Re:    American Steamship Owners Mutual
              Protections and Indemnity Association, Inc.
              v. Alcoa Steamship Co. et al.-- 04 CV 4309 (LAK)

Dear Judge Maas:

      I write to follow up on the oral argument/presentation which took place in early January with regard to the asbestos claimants' motion to intervene. As I do monitor the docket and receive copies of some pleadings I know there is some activity in the case. My recollection is that you were seriously looking to grant my clients a "friend of the court" status, which would allow us to participate in the case but not necessarily in all of the ongoing extensive discovery and document review.

      I am hopeful that if you are going to allow us to intervene, in one capacity or another, that you would be able to do so in the not too distant future so that the case doesn't move so far along that it would become difficult to get up to speed. If I can provide any further information or argument in conjunction with our intervention motion, I would certainly be pleased to do so.

      Thank you for your consideration.

                            Very truly yours,

                            */s/ Alan Kellman*
                            Alan Kellman

AK/jd

cc:    All Counsel of Record