Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS          :        04 Civ. 04309 (LAK)(FM)
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :
                                   :        NOTICE OF DISMISSAL
                  Plaintiff,       :
                                   :
     - against -                   :
                                   :
Alcoa Steamship Co., Inc.          :
and the Other Entities Listed on Exhibit A   :
attached to the Second Amended Complaint      :
                                   :
                  Defendants.      :
------------------------------------------------------X



        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff, American

Steamship Owners Mutual Protection and Indemnity Association, Inc., hereby voluntarily

dismisses the captioned action, without prejudice, as against defendant, Dillingham

Corporation and its successors.

        This Voluntary Notice of Dismissal is issued on the understanding that Dillingham

Corporation and its successors have not made and will not, in the future, make any claims

related to occupational diseases allegedly caused by asbestos or any other form of

occupational diseases against the American Steamship Owners Mutual Protection and

Indemnity Association, Inc. under any insurance policies issued to Dillingham

Corporation while it was a member of the Association prior to February 20, 1989.

Dated:  February 17, 2005

Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, New York 10006-3030
(212) 952-6200

SO ORDERED:

U.S.D.J.

2