Nourse & Bowles, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS          :      04 Civ. 04309 (LAK)(FM)
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :
                                   :      NOTICE OF DISMISSAL
           Plaintiff,              :
                                   :
     - against -                   :
                                   :
Alcoa Steamship Co., Inc.          :
and the Other Entities Listed on Exhibit A :
attached to the Second Amended Complaint :
                                   :
           Defendants.             :
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/05

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff, American Steamship Owners Mutual Protection and Indemnity Association, Inc., hereby voluntarily dismisses the captioned action, without prejudice, as against defendant, Mu-Petco Shipping Co. and its successors.

This Voluntary Notice of Dismissal is issued on the understanding that Mu-Petco Shipping Co. and its successors have not made and will not, in the future, make any claims related to occupational diseases allegedly caused by asbestos or any other form of occupational diseases against the American Steamship Owners Mutual Protection and

Indemnity Association, Inc. under any insurance policies issued to Mu-Petco Shipping Co. while it was a member of the Association prior to February 20, 1989.

Dated: February 17, 2005

                                                       Lawrence J. Bowles (LB-5950)
                                                       NOURSE & BOWLES, LLP
                                                       One Exchange Plaza
                                                       At 55 Broadway
                                                       New York, New York 10006-3030
                                                       (212) 952-6200

SO ORDERED:

_____
U.S.D.J.

2/22/05