# THE MARITIME ASBESTOSIS
## LEGAL CLINIC

### DIVISION OF THE JAQUES ADMIRALTY LAW FIRM, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

645 Griswold, Suite 1570 ● Detroit, MI 48226
(800) 492-3849 (313) ● Fax (313) 961-1819

February 25, 2005

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

    Re:    American Steamship Owners Mutual
                Protections and Indemnity Association, Inc.
                v. Alcoa Steamship Co. et al.-- 04 CV 4309 (LAK)

Dear Judge Maas:

      I have received Mr. Bowles letter in response to my request that your Honor rule on the intervention motion as I became concerned about the amount of activity in the case. I think that the response from Mr. Bowles speaks volumes as to why being allowed to participate in this proceeding is critical to the interests of the PLI Disbursement Trustee, who has no funds to defend the Trust, and the Prudential Lines Claimants. The characterization of my letter as seeking to "exploit" the courtesy of the Court is more than a mischaracterization of what was written and requested. With respect to the decision of Judge Gonzalez a timely appeal has been filed and as it will be a de novo review, at least in part, there is still quite a ways to go before the decisions rendered are finalized. Moreover, and in any event, even if the decisions were to be upheld, the operation of the Trust is far from over and there are certainly options for the Trust to be able to address the American Club's set off right and still pay claims and fulfill its court approved purpose.

      Your consideration and attention to our motion is greatly appreciated.

                                Very truly yours,

                                /s/ Alan Kellman
                                Alan Kellman

AK/jd