UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS : 04 Civ. 04309 (LAK)
MUTUAL PROTECTION AND :
INDEMNITY ASSOCIATION, INC., :
:
                      Plaintiff, : STIPULATION SUBSTITUTING
: CHEVRON U.S.A. INC. AS A
: DEFENDANT IN PLACE OF
: CHEVRON TEXACO
    -against- : CORPORATION
:
ALCOA STEAMSHIP CO., INC., et al. : (ECF CASE)
:
                    Defendants. :
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Chevron U.S.A. Inc. is hereby substituted as a defendant in place of ChevronTexaco Corporation. This substitution is based upon representations by Chevron U.S.A. Inc. that it is the correct successor to California Oil Company and that Chevron U.S.A. Inc., as successor to California Oil Company, is the proper defendant in this action.

    Plaintiff enters this Stipulation solely on the understanding that, after due notice and opportunity to do so, none of the other defendants named in this action object to this substitution.

Dated: Stamford, CT
       March 7, 2005

American Steamship Owners Mutual          Chevron U.S.A. Inc. as successor
Protection & Indemnity Assoc., Inc.              to California Oil Company

By: _____                By: _____
Lawrence J. Bowles (LB-5950)                   Steven I. Frenkel (SF-8187)
NOURSE & BOWLES, LLP                         CUMMINGS & LOCKWOOD, LLC
One Exchange Plaza                                 Four Stamford Plaza
New York, NY 10006                                107 Elm Street
(212) 952-6200                                       Stamford, CT 06904-0120
                                                    (203) 327-1700

SO ORDERED:

_____
U.S.D.J.