**MEMO ENDORSED**

**ORIGINAL**



PROSKAUER ROSE LLP
Dale A. Schreiber (DS-9211)
Colin A. Underwood (CU-3445)
Seth B. Schafler (SS-5993)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

RAY, ROBINSON, CARLE & DAVIES P.L.L.
Gene B. George, Esq.
Julia R. Brouhard, Esq.
1717 East 9th Street, Ste. 1650
Cleveland, Ohio 44114-2898
(216) 861-4533
(216) 861-4568 (fax)

*Attorneys for Defendants Cleveland-Cliffs Inc and
The Cleveland-Cliffs Steamship Company*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOUR
_____X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.

    Plaintiff,

v.

ALOCA STEAMSHIP CO., INC.
and the Other Entities Listed on Exhibit A
hereto,

    Defendants.
_____X

CASE NO. 04 CV 04309 (LAK)

**NOTICE OF MOTION
FOR ADMISSION PRO HAC VICE**

2004 OCT -8 PM 3:34
S.D. OF N.Y.
FILED

TO:
Lawrence J. Bowles, Esq.
Nourse & Bowles, LLP
One Exchange Plaza at 55 Broadway
New York, NY 1006-3030

and

All Counsel of Record

and

All Unrepresented Defendants

  PLEASE TAKE NOTICE that upon the Declaration of Dale A. Schreiber, executed on October 6, 2004, the affidavits of Gene B. George and Julia R. Brouhard sworn to on October 6, 2004, defendants Cleveland-Cliffs Inc, erroneously named as successor to Cleveland-Cliffs Steamship Company, and The Cleveland-Cliffs Steamship Company will move this court, located at 500 Pearl Street, Daniel Patrick Moynihan United States Courthouse, New York, NY 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Gene B. George, Esq., a partner in the firm of Ray, Robinson, Carle & Davies, P.L.L. and a member in good standing of the Bar of the State of Ohio and Julia R. Brouhard, Esq. a partner in the firm of Ray, Robinson, Carle & Davies, P.L.L. and a member in good standing of the Bar of the State of Ohio, as attorneys *pro hac vice* to argue or try, if necessary, this case in whole or in part as counsel. There are no pending disciplinary proceedings against Mr. Gene B. George or Mrs. Julia R. Brouhard.

Dated: October 6, 2004

                PROSKAUER ROSE LLP

                By: _____
                   Dale A. Schreiber (DS-9211)
                   1585 Broadway
                   New York, NY 10036-8299
                   (212) 969-3000

                -and-

SO ORDERED Granted

                RAY, ROBINSON, CARLE & DAVIES,
                P.L.L.
                Gene B. George, Esq.

_____
LEWIS A. KAPLAN, USDJ