# THE MARITIME ASBESTOSIS
# LEGAL CLINIC

### DIVISION OF THE JAQUES ADMIRALTY LAW FIRM, P.C.

## ATTORNEYS AND COUNSELORS AT LAW

645 Griswold, Suite 1570 ● Detroit, MI 48226
(800) 492-3849 (313) ● Fax (313) 961-1819

March 14, 2005

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

    Re:    American Steamship Owners Mutual
            Protections and Indemnity Association, Inc.
            v. Alcoa Steamship Co. et al.-- 04 CV 4309 (LAK)

Dear Judge Maas:

     I am in receipt of Mr. Bowles "informal motion." I know of no provisions in the rules which provide for such a motion. With that in mind I would respectfully request the Court advise me if it is not going to consider and rule on the request and if so provide an opportunity to reply.

     Needless to say I oppose the request and note, briefly, that it raises significant problems and concerns as it suggests pleadings on file with a court (such as the referenced anticipated motions for summary judgement), which are public records, cannot be accessed and that the courtroom is not open to the public. (Mr. Bowles referenced the parties "presentations to the Court".) I believe your Honor has already considered the substance of what Mr. Bowles discusses in his letter.

     Thank you for your consideration.

                                                             Very truly yours,

                                                            /s/ Alan Kellman
                                                            ALAN KELLMAN

AK/jd