```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #:
DATE FILED: 3/11/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC., et al.

                Defendants.
------------------------------------------------X

04 Civ. 04309 (LAK)

**STIPULATION SUBSTITUTING CHEVRON U.S.A. INC. AS A DEFENDANT IN PLACE OF CHEVRON TEXACO CORPORATION**

(ECF CASE)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Chevron U.S.A. Inc. is hereby substituted as a defendant in place of ChevronTexaco Corporation. This substitution is based upon representations by Chevron U.S.A. Inc. that it is the correct successor to California Oil Company and that Chevron U.S.A. Inc., as successor to California Oil Company, is the proper defendant in this action.

Plaintiff enters this Stipulation solely on the understanding that, after due notice and opportunity to do so, none of the other defendants named in this action object to this substitution.

Dated: Stamford, CT
       March 7, 2005

American Steamship Owners Mutual
Protection & Indemnity Assoc., Inc.

By: _____
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
New York, NY 10006
(212) 952-6200

Chevron U.S.A. Inc. as successor
to California Oil Company

By: _____
Steven I. Frenkel (SF-8187)
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06904-0120
(203) 327-1700

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/10/05