KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                        Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC., et al.

                        Defendants.
--------------------------------------------------------X

04 Civ. 04309 (LAK)(FM)

STIPULATION SUBSTITUTING
FARRELL LINES, INC., AS A
DEFENDANT IN PLACE OF
ROYAL P&O NEDLLOYD N.V.

(ECF CASE)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Farrell Lines, Inc. is hereby substituted as a defendant in this action in place of Royal P&O Nedlloyd N.V. This substitution is based upon representations by Royal P&O Nedlloyd N.V. and Farrell Lines, Inc. that, at all relevant times, Farrell Lines, Inc. was the party with a contratual relationship with the American Steamship Owners Mutual Protection and Indemnity Association, Inc. and that Farrell Lines, Inc. is the proper party in this action, not Royal P&O Nedlloyd, N.V.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/05

Plaintiff enters this Stipulation solely on the understanding that, after due notice and opportunity to do so, none of the other defendants named in this action object to this substitution.

Dated: New York, New York
March 16, 2005

American Steamship Owners Mutual
Protection & Indemnity Assoc., Inc.

By: /s/
Lawrence J. Bowles (LB-5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
New York, NY 10006
(212) 952-6200

Royal P&O Nedlloyd, N.V. and
Farrell Lines, Inc.

By: /s/
Andrew Dash (AD-7913)
BROWN RUDNICK BERLACK
ISRAELS LLP
120 West 45th Street
New York, NY 10036
(203) 704-0100

SO ORDERED:
/s/
U.S.D.J.
3/17/05