UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS        :
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,     :

                Plaintiff,       :

      -against-                :     **ORDER**

ALCOA STEAMSHIP CO., et al.       :     04 Civ. 4309 (LAK)(FM)

                Defendants.       :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/05

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to today's conference, it is hereby ORDERED that:

1. On or before April 1, 2005, the parties shall exchange, in letter form, a tentative list of deposition witnesses and the anticipated duration of the depositions of those witnesses.

2. All document discovery shall be completed on or before April 15, 2005.

3. No further depositions shall be taken until April 29, 2005. No deposition shall be longer than two days unless approved by the Court in advance. All depositions shall be completed on or before July 1, 2005.

4. On or before July 15, 2005, the parties shall exchange expert reports and the other materials required by Rule 26 of the Federal Rules of Civil Procedure.

5. A further conference in this matter shall be held on July 6, 2005 at 10 a.m. in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   New York, New York
         March 22, 2005

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Lewis A. Kaplan
United States District Judge

Lawrence J. Bowles, Esq.
Nourse & Bowles, LLP
Fax:   (212) 952-0345

Defense counsel of record