Lawrence J. Bowles (LB 5950)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

Franklin B. Velie (FV 4918)
Michael T. Sullivan (MS 3158)
Mitchell C. Stein (MS 3118)
Sullivan & Worcester
1290 Avenue of the Americas
New York, NY 10104
(212) 660-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS         :     04 Civ. 4309 (LAK)
MUTUAL PROTECTION AND             :
INDEMNITY ASSOCIATION, INC.,      :
                                  :
          Plaintiff,              :     **NOTICE OF APPEARANCE**
                                  :     **OF CO-COUNSEL FOR**
   - against -                    :     **PLAINTIFF**
                                  :
Alcoa Steamship Co., Inc.         :
and the Other Entities Listed on Exhibit A  :
to the Second Amended Complaint.  :
                                  :
          Defendants.             :
-------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Sullivan & Worcester appears as co-counsel with Nourse & Bowles, LLP for plaintiff, American Steamship Owners Mutual Protection & Indemnity Association in this action.

.

**PLEASE TAKE FURTHER NOTICE** that all pleadings and papers in connection with the subject action should be served upon Sullivan & Worcester as well as Nourse & Bowles, LLP as attorneys for American Steamship Owners Mutual Protection & Indemnity Association.

**PLEASE TAKE FURTHER NOTICE** that the relevant email addresses are:

| | |
|---|---|
| Franklin B. Velie | fvelie@sandw.com |
| Michael T. Sullivan | msullivan@sandw.com |
| Mitchell C. Stein | mstein@sandw.com |

Dated: New York, New York
April 8, 2005

NOURSE & BOWLES, LLP
Attorneys for Plaintiff

By: _____
Lawrence J. Bowles (LB 5950)
One Exchange Plaza
New York, New York 10006
(212) 952-6200

To: All counsel of record