UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,                                :    04-CV-04309

                        Plaintiff,    :    **NOTICE OF CHANGE OF**
                                                                            :    **ADDRESS**

– against –                                          :    ECF Case

ALCOA STEAMSHIP CO., INC., et al.,            :

                        Defendants.    :
------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, effective May 23, 2005, Brown Rudnick Berlack Israels LLP ("Brown Rudnick"), counsel for defendant Farrell Lines, Inc. in the above-captioned matter, has changed its address to Seven Times Square, New York, New York 10036. Our telephone numbers, facsimile number, and e-mail addresses will remain the same.

Dated:     New York, New York
            May 19, 2005

                                          BROWN RUDNICK BERLACK ISRAELS LLP

                                          By: _____
                                               John J. W. Inkeles, Esq.

                                          Attorneys for Defendant
                                          Farrell Lines, Inc.

                                          Seven Times Square
                                          New York, New York 10036
                                          (212) 704-0100

8109539