Joseph D. Pizzurro (JP-0124)
Robert J. Gruendel (RG-8021)
Dora Straus (DS-8079)
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Attorneys for Defendants*
*Apex Oil Company, Inc., Crest Tankers,*
*Inc., Mathiasen's Tanker Industries, Inc., and*
*Trinidad Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AMERICAN STEAMSHIP OWNERS MUTUAL         :
PROTECTION AND INDEMNITY                             :      No. 04-cv-04309 (LAK)(JCF)
ASSOCIATION, INC.                                                 :
                                            Plaintiff,             :      **(ECF Case)**
        -against-                                                         :
                                                                              :
ALCOA STEAMSHIP CO., INC., et al.,                    :
                                                                              :
                                          Defendants.        :
-------------------------------------------------------------- X

## OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER BY DEFENDANTS APEX OIL COMPANY, INC., MATHIASEN'S TANKER INDUSTRIES, INC., TRINIDAD CORPORATION AND CREST TANKERS, INC.

Defendants Apex Oil Company, Inc., Mathiasen's Tanker Industries, Inc., Trinidad Corporation and Crest Tankers, Inc. adopt and incorporate by reference the arguments and authorities in opposition to plaintiff's motion for a protective order set forth in the memoranda of law submitted by defendants Keystone Shipping Co. *et al.* and Farrell Lines, Inc.

–2–

For all of the reasons set forth therein, plaintiff's motion for a protective order should be denied.

Dated: New York, New York
       June 10, 2005

                                                Respectfully submitted,

                                                CURTIS, MALLET-PREVOST
                                                  COLT & MOSLE LLP

By: _____
     Joseph D. Pizzurro (JP-0124)
     Robert J. Gruendel (RG-8021)
     Dora Straus (DS-8079)
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Attorneys for Defendants*
*Apex Oil Company, Inc., Crest Tankers,*
*Inc., Mathiasen's Tanker Industries, Inc.,*
*and Trinidad Corporation*