

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Lisa A. Bauer
Attorney at Law

# MEMO ENDORSED

Direct Dial 212.969.3221
lbauer@proskauer.com

<u>By FAX/EMAIL</u>

June 10, 2005



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/05

Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re:   American Steamship Owners Mutual Protection and Indemnity Association, Inc.
      <u>v. Alcoa Steamship Co., Inc., et al., No. 04 Civ. 04309 (LAK)(JCF)</u>

Dear Judge Francis:

I write to request your permission to file the exhibits to our opposition brief as hard copies as opposed to filing the exhibits with ECF. Filing the exhibits as hard copies is necessary because the size of the exhibits exceeds th 15 MB limit of the ECF office. According to the ECF clerks, we must obtain a signed order from the Judge in order to accept the filing of hard copies.

Thank you in advance for providing this order.

Respectfully submitted,

*Lisa A. Bauer*

Lisa A. Bauer

cc via email:   All Counsel of Record
                Lawrence J. Bowles, Esq.

6/10/05
Application granted.
SO ORDERED.
James C. Francis IV
USMJ