# MEMO ENDORSED

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Lisa A. Bauer
Attorney at Law

Direct Dial 212.969.3221
lbauer@proskauer.com

**By FAX/EMAIL**

June 13, 2005

Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/14/05]*

Re:  American Steamship Owners Mutual Protection and Indemnity Association, Inc.
     v. Alcoa Steamship Co., Inc., et al., No. 04 Civ. 04309 (LAK)(JCF)

Dear Judge Francis:

I write to request that you further endorse the attached stipulated protective order originally endorsed by Judge Maas. Further to Judge Maas's order would you kindly provide for the filing of all confidential documents under seal. After such endorsement is made we will be filing the exhibits submitted June 10, 2005 in support of Defendants' Opposition to Plaintiff's Motion for a Protective Order and Order Compelling Production of Documents under seal.

Respectfully submitted,

*/s/ Lisa A. Bauer*
Lisa A. Bauer

cc via email:  All Counsel of Record
               Lawrence J. Bowles, Esq.

*[Handwritten endorsement:]*

6/14/05

All documents deemed confidential pursuant to the stipulation for Protective Order and Order dated January 14, 2004 shall be filed under seal.

SO ORDERED.

James C. Francis IV
USMJ