**MEMO ENDORSED**

#254

NICOLETTI HORNIG CAMPISE & SWEENEY
Terry L. Stoltz (TS-7650)
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

FOWLER WHITE BOGGS BANKER P.A.
Allen von Spiegelfeld (FBN 256803)
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411
(813) 229-8313 (facsimile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Attorneys for Defendant Hendry Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY              :   Case No.: 04 Civ. 04309 (LAK)
ASSOCIATION, INC.,                    :
                                      :
                     Plaintiff,       :
                                      :
           v.                         :   **NOTICE OF MOTION FOR**
                                      :   **ADMISSION *PRO HAC VICE***
                                      :
ALCOA STEAMSHIP CO., INC. and the Other :
Entities Listed on Exhibit A to the Second :
Amended Complaint,                    :
                                      :
                     Defendants.      :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that, upon the Affirmation of Terry L. Stoltz, executed on February 18, 2005, the Affidavit of Allen von Speigelfeld sworn to on February 16, 2005, defendant Hendry Corporation will move this court, located at 500 Pearl Street, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Allen von Spiegelfeld, Esq., a partner in the

SO ORDERED
/s/ 8/22/05
―――――――――――――――
LEWIS A. KAPLAN, USDJ



firm of Fowler White Boggs Banker P.A. and a member in good standing of the Bar of the State of Florida, as attorney *pro hac vice* to argue or try, if necessary, this case in whole or in part as counsel. There are no pending disciplinary proceedings against Allen von Spiegelfeld.

Dated: New York, New York
       February 18, 2005

                             NICOLETTI HORNIG CAMPISE & SWEENEY
                             Attorneys for Hendry Corporation

                By: _____
                             Terry L. Stoltz (TS 7650)
                             88 Pine Street, 7th Floor
                             New York, NY 10005-1801
                             (212) 220-3830
                             (212) 220-3780 (facsimile)
                             OUR FILE:   00000607 TLS

TO:

All Attorneys on Attached List

X:\Public Word Files\0\607\LEGAL.NOTICE.MOTION.PRO HAC VICE.doc