**MEMO ENDORSED**

#254

NICOLETTI HORNIG CAMPISE & SWEENEY
Terry L. Stoltz (TS-7650)
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

FOWLER WHITE BOGGS BANKER P.A.
Allen von Spiegelfeld (FBN 256803)
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411
(813) 229-8313 (facsimile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Attorneys for Defendant Hendry Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                Plaintiff,

                v.

ALCOA STEAMSHIP CO., INC. and the Other
Entities Listed on Exhibit A to the Second
Amended Complaint,

                Defendants.
----------------------------------------------------------------- X

Case No.: 04 Civ. 04309 (LAK)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that, upon the Affirmation of Terry L. Stoltz, executed on February 18, 2005, the Affidavit of Allen von Speigelfeld sworn to on February 16, 2005, defendant Hendry Corporation will move this court, located at 500 Pearl Street, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Allen von Spiegelfeld, Esq., a partner in the

SO ORDERED

[signature] 8/22/05

LEWIS A. KAPLAN, USDJ

firm of Fowler White Boggs Banker P.A. and a member in good standing of the Bar of the State of Florida, as attorney *pro hac vice* to argue or try, if necessary, this case in whole or in part as counsel. There are no pending disciplinary proceedings against Allen von Spiegelfeld.

Dated: New York, New York
       February 18, 2005

                              NICOLETTI HORNIG CAMPISE & SWEENEY
                              Attorneys for Hendry Corporation

                    By: _____
                              Terry L. Stoltz (TS 7650)
                              88 Pine Street, 7th Floor
                              New York, NY 10005-1801
                              (212) 220-3830
                              (212) 220-3780 (facsimile)
                              OUR FILE:    00000607 TLS

TO:

All Attorneys on Attached List

X:\Public Word Files\0\607\LEGAL.NOTICE.MOTION.PRO HAC VICE.doc

Case 2:04-cv-04309-LAK-JCF     Document 293     Filed 08/22/2005     Page 2 of 2