NICOLETTI, HORNIG, CAMPISE & SWEENEY
Terry L. Stoltz (TS-7650)
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

FOWLER WHITE BOGGS BANKER P.A.
Allen von Spiegelfeld (FBN 256803)
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411
(813) 229-8313 (facsimile)

*Attorneys for Defendant Hendry Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | Case No.: 04 Civ. 04309 (LAK) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ALCOA STEAMSHIP CO., INC. and the Other Entities Listed on Exhibit A to the Second Amended Complaint, | |
| Defendants. | |

------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that Fowler White Boggs Banker P.A. hereby enters a general appearance on behalf of defendant HENDRY CORPORATION in this action.

**PLEASE TAKE FURTHER NOTICE** that all pleadings and papers in connection with the subject action should be served on Fowler White Boggs Banker P.A, as attorneys for HENDRY CORPORATION.

Dated: New York, New York
       September 15, 2005

                      FOWLER WHITE BOGGS BANKER P.A.
                      Attorneys for Defendant Hendry Corporation

                      By: ___s/ Allen von Spiegelfeld_____
                            Allen von Spiegelfeld (FBN 256803)
                            501 East Kennedy Blvd., Suite 1700
                            Tampa, FL  33602
                            (813) 228-7411
                            (813) 229-8313 (facsimile)

TO:

All Attorneys on Attached List