**MEMO ENDORSED**

# NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

September 23, 2005

**Via Facsimile and E-Mail**

Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

1-212-805-7930

Re: American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Alcoa Steamship Co., Inc., et al., No. 04 Civ. 04309 (LAK) (JCF)

Dear Judge Francis:

We are counsel for the American Steamship Owners Protective and Indemnity Association (the "American Club") in the captioned litigation. We write in reply to Messrs. Proskauer's letter to the Court dated September 20, 2005.

We respectfully submit that Defendants request to expand the scope of the production required under the Court's September 13, 2005 Order and, indeed, to expand the scope of the ruling, is premature and in contravention of the stay presently in place. We ask that the Court defer consideration of Defendants' request until the hearing and determination of the Club's appeal from the September 13th Order.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/05

Should the Court prefer to rule upon the Defendants' application, we respectfully request leave to submit a formal opposition and reasonable time to do so.

Thank you for your attention.

Respectfully submitted,

NOURSE & BOWLES, LLP

By: *[signature]*
Shaun F. Carroll, Esq.

SFC/jtc
cc: All Counsel

9/26/05

Defendants' application does not contravene the stay, since it simply seeks a further ruling. It will, however, be more efficient to withhold further rulings on related issues until the objections to my September 13, 2005 order have been adjudicated. Therefore, defendants may renew their application after the objections have been ruled upon.

SO ORDERED.
*James C. Francis IV*
USMJ

2