**MEMO ENDORSED**

## NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

**Nourse & Bowles, LLP**
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/05

September 29, 2005

**By Hand**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

SEP 30 2005

Re:   American Steamship Owners Mutual
      Protection and Indemnity Association, Inc.
      v. Alcoa Steamship Co. et al. – 04 CV 4309 (LAK)(JCF)

Dear Judge Kaplan:

We are counsel for plaintiff the American Steamship Owners Mutual Protection and Indemnity Association, Inc. in the captioned matter.

On September 28, 2005, plaintiff timely filed objections to two Orders of Magistrate Francis directing production of an attorney opinion letter.

The ECF system would not accept one of the exhibits we attempted to file in support of the objections apparently because the size of the exhibit exceeds the megabyte limit of the ECF.

Accordingly, we respectfully request the Court's permission to file a hard copy of Exhibit "3", consisting of copies of several extensive letters.

Thank you for your attention.

Respectfully submitted,

NOURSE & BOWLES, LLP

By: _____
Shaun F. Carroll

SFC/jtc
cc: All Counsel

*[Handwritten memo endorsement:]* File electronically. Resubmit using [illegible] Clerk. SO ORDERED.
LEWIS A. KAPLAN, USDJ
10/5/05