

*KAPLAN.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -    x

AMERICAN STEAMSHIP OWNERS MUTUAL :    Civil Action No. 04-CV-4309 (LAK) (JCF)
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,                                    :

                                                      (ECF CASE)

                              Plaintiff,    :

              v.                             :        **STIPULATION**

ALCOA STEAMSHIP CO., INC., et al.,          :

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -    x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel of record, that the time within which Defendants may respond to Plaintiff's Objections

to Magistrate Judge's Orders dated September 13 and 15, 2005 is extended until and including

October 17, 2005.

Dated:  New York, New York
        October 6, 2005


NOURSE & BOWLES                          PROSKAUER ROSE LLP

By: _____           By: _____
    Lawrence J. Bowles (LB 5950)            Dale A. Schreiber (DS-9211)
    Shaun F. Carroll (SC 9898)              Seth B. Schafler (SS-5993)
    One Exchange Plaza                      Lisa A. Bauer (LB 4057)
    at 55 Broadway                          1585 Broadway
    New York, New York 10006                New York, New York 10036-8229
    (212) 952-6200                          (212) 969-3000
                                            (212) 969-2900 (fax)


        Attorneys for Plaintiff                Attorneys for Defendants Keystone, BP,
                                        MTL, Kirby Inland Marine, LP
                                        (as successor to Hollywood Marine Inc.),
                                        American Steamship Company,

1

The Cleveland-Cliffs Steamship
Company, Ispat, Amerada Hess Corporation,
Sea Mobility, SEI II Equipment, Inc., Alcoa,
Sabine, and Tecomar, S.A. de C.V. (as successor
to Tecomar S.A.)

SO ORDERED:

_____

Hon. Lewis A. Kaplan, U.S.D.J.

10/11/05

2