Dorothy Thomas (DT 3692)
David L. Elkind (DE 5559)
Dickstein Shapiro Morin *&* Oshinsky LLP
1177 Avenue of the Americas
New York, New York  10036
Tel: (212) 896-5446
Fax: (212) 997-9880
Attorneys for Defendant KeySpan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | : : : | 04 CIV. 04309 (LAK)<br>ECF Case |
|---|---|---|
| Plaintiff, | : : | **NOTICE OF APPEARANCE** |
| -against- | : : | |
| ALCOA STEAMSHIP CO., INC., ET AL. | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT** Dorothy A. Thomas, Esq. of the law firm Dickstein Shapiro Morin & Oshinsky LLP, an attorney duly admitted to practice law in this Court, hereby appear on behalf of Defendant KeySpan Corporation in the above captioned matter.

Dated:  New York, New York
         October 12, 2005

DICKSTEIN SHAPIRO MORIN
   & OSHINSKY LLP
By: _____/S_____
       Dorothy Thomas (DT 3692)
       David L. Elkind (DE 5559)
1177 Avenue of the Americas
New York, New York  10036
(212) 896-5447
Attorneys for Defendant KeySpan Corporation