Andrew Dash (AD-7913)
Peter Adelman (PA-1562)
John J. W. Inkeles (JI-1632)
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Counsel for Farrell Lines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALCOA STEAMSHIP CO., INC., et al.,<br><br>Defendants. | 04 Civ. 04309 (LAK)<br>(JCF)<br><br>(ECF CASE) |

**DEFENDANT FARRELL LINES, INC'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE FRANCIS' ORDERS OF SEPTEMBER 13 AND 15, 2005**

Defendant Farrell Lines, Inc. adopts and incorporates by reference the arguments and authorities in opposition to Plaintiff's Objections To Magistrate Judge Francis' Orders Of September 13 And 15, 2005 set forth in the memoranda of law submitted by defendants Keystone Shipping Co. *et al.* For all of the reasons set forth therein, plaintiff's objections should be denied.

Dated: New York, New York
October 17, 2005

BROWN RUDNICK BERLACK ISRAELS LLP

By: /s/ Andrew Dash
Andrew Dash (AD-7913)
Peter Adelman (PA-1562)
John J. W. Inkeles (JI-1632)
Seven Times Square
New York, NY 10036

# 8116175

Tel:   (212) 209-4800
Fax:  (212) 209-4801

Counsel for Farrell Lines, Inc.