UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN STEAMSHIP OWNERS MUTUAL PRO-
TECTION AND INDEMNITY ASSOCIATION, INC.,

                        Plaintiff,


            -against-                                      04 Civ. 4309 (LAK)


ALCOA STEAMSHIP CO., INC., et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## ORDER


LEWIS A. KAPLAN, *District Judge.*

            Plaintiff objects to orders dated September 13, and 15, 2005, of Magistrate Judge James C.
Francis IV, which, respectively, (1) granted in part and denied in part plaintiff's motion for a protective order
and denied its motion to compel, and (2) granted in part and denied in part its motion for reconsideration and,
on reconsideration, adhered to the original decision. In particular, it contends that so much of the orders as held
that its disclosure of earlier legal opinions rendered by its counsel to its board waived the attorney-client
privilege with respect to the May 18, 2004 opinion letter.

            The crux of plaintiff's position is that "a distinction must be drawn between opinions tendered
to the former Board members when they were members, and opinions tendered to the present Board members
at a time when the relationship between the Club and at least one former member Defendant had already become
adversarial, and the relationship with the other defendants was in the process of becoming so." Pl. Obj. 11.
With respect, the Court disagrees. The fact of the matter is that the client in the attorney-client relationship in
question was the plaintiff, not the individual directors. Thus, when the plaintiff elected to disclose and use in
the litigation what Magistrate Judge Francis described as "sixteen different opinions of counsel, dated from 1955
to 2003, regarding the closing of insurance years and the Club's ability to assess members after a year ha[d] been
closed," Order, Sept. 13, 2005, at 20, it made a fateful decision. The Court finds no error or abuse of discretion
in Judge Francis' carefully reasoned decision that its consequences included waiver of the privilege as to the
May 18, 2004 opinion letter.

            Plaintiff's objections are overruled and the orders appealed from affirmed.

            SO ORDERED.

Dated:  November 1, 2005

                                                                _____
                                                                        Lewis A. Kaplan
                                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/05