PROSKAUER ROSE LLP
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant Tecomar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                                 Plaintiff,

      -against-

ALCOA STEAMSHIP CO., INC., et. al.

                                Defendants.
-----------------------------------------------------------------X

04 Civ. 04309 (LAK) (JCF)
(ECF CASE)

**NOTICE OF MOTION ON CONSENT FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the annexed declaration of Lisa A. Bauer dated November 7, 2005 and with no objection from counsel appearing in the case, Proskauer Rose LLP moves this Court for an order pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York granting leave to withdraw as counsel for the defendant Tecomar, S.A. de C. V. f/k/a and s/h/a Tecomar, S.A. ("Tecomar") in the above-captioned action.

PROSKAUER ROSE LLP

By: *[signature: Lisa A. Bauer]*

Seth B. Schafler (SS 5993)
Lisa A. Bauer (LB 4057)
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000

*Attorneys for
Defendant Tecomar*