PROSKAUER ROSE LLP
Seth B. Schafler (SS-5993)
Lisa A. Bauer (LB-4057)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendant SEI II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | 04 Civ. 04309 (LAK) (JCF) (ECF CASE) |
| Plaintiff, | **NOTICE OF MOTION ON CONSENT FOR LEAVE TO WITHDRAW AS COUNSEL** |
| -against- | |
| ALCOA STEAMSHIP CO., INC., et. al. | |
| Defendants. | |

-------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of Lisa A. Bauer

dated November 7, 2005 and with no objection from counsel appearing in the case,

Proskauer Rose LLP moves this Court for an order pursuant to Rule 1.4 of the Local

Rules for the United States District Court for the Southern District of New York granting

leave to withdraw as counsel for the defendant SEI II Equipment, Inc., f/k/a Shearson

Equipment Management Corporation, on behalf of itself and its predecessors including

Shearson Equipment Investors I, II, and III ("SEI II") in the above-captioned action.

PROSKAUER ROSE LLP

By: _Lisa A. Bauer_

Seth B. Schafler (SS 5993)
Lisa A. Bauer (LB 4057)
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000


*Attorneys for*
*Defendant SEI II*