Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL          04 Civ. 04309 (LAK) (JCF)
PROTECTION AND INDEMNITY                           (ECF CASE)
ASSOCIATION, INC.,

                Plaintiff,                **ORDER**


      -against-

ALCOA STEAMSHIP CO., INC., et. al..


                Defendants.
-----------------------------------------------------------X

      UPON the Notices of Motion on Consent for Leave to Withdraw as Counsel of Proskauer Rose LLP, the declarations of Lisa A. Bauer dated November 7, 2005, and the consent of all counsel, it is hereby ORDERED THAT THE MOTION IS GRANTED and Proskauer will no longer be listed as counsel of record for Defendants Tecomar and SBI II Equipment, Inc.

                                      _____
                                      U.S.D.J.
                                      11/8/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/05

9 2005