```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
AMERICAN STEAMSHIP OWNERS MUTUAL    :    04 Civ. 4309 (LAK) (JCF)
PROTECTION AND INDEMNITY            :
ASSOCIATION, INC.,                  :          MEMORANDUM
                                    :          AND  ORDER
                    Plaintiff,      :
                                    :
      - against -                   :
                                    :
ALCOA STEAMSHIP CO., INC.,          :
et al.,                             :
                                    :
                    Defendants.     :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

In this case, the parties have revisited the knotty issue of whether the attorney-client privilege and work product protection are waived with respect to documents reviewed by a testifying expert.  From 1982 until 2002, Richard H. Brown, Jr., an attorney, was the representative of a succession of law firms that acted as general counsel to the plaintiff in this action, the American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "American Club" or the "Club").  (Declaration of Richard H. Brown, Jr. dated Jan. 19, 2006 ("Brown Decl."), attached to letter of Lawrence J. Bowles dated Jan. 23, 2006, ¶ 2).  Thereafter, Mr. Brown continued to act as legal advisor to the American Club. (Brown Decl., ¶ 2).  The Club has now retained Mr. Brown as its rebuttal expert witness in this case.  (Brown Decl., ¶ 1).

In 2004, while acting as legal consultant to the American Club, Mr. Brown was provided with a letter from the law firm of

1

Thacher Proffitt & Wood to the managers of the Club (the "Thacher Proffitt Letter"). (Brown Decl., ¶ 3). He read it at that time but does not remember reading it subsequently. (Brown Decl., ¶ 4). Mr. Brown indicates that he has not and will not review the letter in connection with his expert testimony. (Brown Decl., ¶¶ 5, 6). Nevertheless, the defendants have demanded production of the Thacher Proffitt Letter as well as any other documents that Mr. Brown authored or received that relate to the issues in this action. (Letter of Seth B. Schafler dated Jan. 25, 2006, at 2). The American Club objects on grounds of the attorney-client privilege and the work product doctrine.

The Club relies primarily on <u>Magee v. Paul Revere Life Insurance Co.</u>, 172 F.R.D. 627 (E.D.N.Y. 1997), in which the court held that the language in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure requiring that "the data or other information considered by [an expert] witness in forming [his] opinion" be disclosed "extends only to factual materials, and not to core attorney work product considered by an expert." <u>Id.</u> at 642. <u>Magee</u>, however, is not consistent with the advisory committee notes to the 1993 amendments to Rule 26(a)(2), which explain that as a result of the amendments,

> litigants should no longer be able to argue that materials furnished to their experts to be used in forming their opinions -- whether or not ultimately relied on by the expert -- are privileged or otherwise protected from disclosure when such persons are testifying or being deposed.

Moreover, "the overwhelming weight of authority in this Circuit --
including several recently decided cases -- indicates that the Rule
26(a)(2)(B) disclosure requirement trumps the substantial
protection otherwise accorded opinion work product under Rule
26(b)(3)." <u>Aniero Concrete Co. v. New York City School
Construction Authority</u>, No. 94 Civ. 9111, 2002 WL 257685, at *2
(S.D.N.Y. Feb. 22, 2002) (collecting cases); <u>see also</u> <u>Ling Nan
Zheng v. Liberty Apparel Co.</u>, No. 99 Civ. 9033, 2004 WL 1746772, at
*2 (S.D.N.Y. Aug. 3, 2004); <u>MIC Communications Corp. v. Dataline,
Inc.</u>, No. 01 Civ. 3849, 2001 WL 1335291, at *1 (S.D.N.Y. Oct. 30,
2001). Accordingly, neither the attorney-client privilege nor the
work product doctrine protect from disclosure materials considered
by Mr. Brown.

An additional complication is created by the fact that Mr.
Brown acted as counsel to the Club long before he was selected as
an expert witness in this case. In that capacity, he reviewed
documents such as the Thacher Proffitt Letter without anticipating
that they might someday be relevant to his expert opinion.
However, for purposes of deciding what information an expert has
"considered" under Rule 26(a)(2)(B), no bright line can be drawn at
the time of the expert's retention. It is unlikely that an expert
can cast from his mind knowledge relevant to the issue on which he
is asked to opine merely because he learned it prior to receiving
his assignment.

Therefore, the American Club shall produce the Thacher Proffitt Letter and any other documents that Mr. Brown authored or that were given to him by the Club that relate to the subject matter of his report.[1] It should be noted that this ruling is at least theoretically narrower than that requested by the defendants. To the extent that Mr. Brown received documents prior to his engagement as an expert that relate to issues in this case generally but not to the specific issues addressed in his expert report, such documents need not be disclosed.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       January 26, 2006

Copies mailed this date:

Lawrence J. Bowles, Esq.
Shaun F. Carroll, Esq.
Nourse & Bowles, LLP
One Exchange Plaza
At 55 Broadway
New York, New York  10006-3030

---

[1] Of course, the Club could have avoided this result by choosing an expert with whom it had no prior relationship and then being circumspect in choosing what documents to provide for the expert's review.

4

Franklin B. Velie, Esq.
Michael T. Sullivan, Esq.
Mitchell C. Stein, Esq.
Sullivan & Worcester
1290 Avenue of the Americas
New York, New York  10104

Dale A. Schreiber, Esq.
Seth Schafler, Esq.
Lisa Bauer, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York  10036

Peter Adelman, Esq.
Andrew S. Dash, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York  10036

Mario Aieta, Esq.
Elizabeth L. Hubbard, Esq.
Garvey Schubert Barer
599 Broadway - 8th Floor
New York, New York  10012

Elizabeth L. Hubbard, Esq.
Gambrell & Stolz LLP
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, Georgia 30326

Gene B. George, Esq.
Julia R. Brouhard, Esq.
Ray, Robinson, Carle & Davies, PLL
1717 East 9th Street, Suite 1650
Cleveland, Ohio  44114

David A. Luttinger, Jr. Esq.
Lisa M. Campisi, Esq.
Morgan Lewis and Bockius LLP
101 Park Avenue
New York, New York  10178

Edward V. Cattell, Jr., Esq.
Hollstein Keating Cattell
  Johnson & Goldstein PC
8 Penn Center, 1628 JFK Blvd.
Suite 2000
Philadelphia, PA  19103

Raymond A. Connell, Esq.
Maloof, Lebowitz Connahan & Oleske
299 Broadway - Suite 1700
New York, New York  10007

Christine S. Davis, Esq.
Mindy G. Davis, Esq.
Robert H. Shulman, Esq.
Howrey, Simon, Arnold & White LLP
1299 Pennsylvania Avenue NW
Washington, DC  20004

Adam Wofse, Esq.
Scott Fisher, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, New York  11530

Steven I. Frenkel, Esq.
Cummings & Lockwood LLC
107 Elm Street
Four Stamford Plaza
Stamford, CT  06902

Nicholas P. Giuliano, Esq.
Bennett, Giuliano, McDonnell & Perrone LLP
225 West 34th Street, Suite 402
New York, New York  10122

Donald I. Strauber, Esq.
Melisa J. LaRocca, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112

Edward A. Keane, Esq.
Mahoney & Keane, LLP
111 Broadway
New York, New York  10006

Nancy Ledy-Gurren, Esq.
Ledy-Gurren & Blumenstock LLP
475 Park Avenue South
New York, New York  10016

Patrick F. Lennon, Esq.
Tisdale & Lennon, LLC
36 West 44th Street
Suite 1111
New York, New York  10036

Robert A. O'Hare, Jr., Esq.
O'Hare Parnagian LLP
82 Wall Street - Suite 300
New York, New York  10005

Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost,
   Colt & Mosle LLP
101 Park Avenue
New York, New York  10178

Stacey A. Saiontz, Esq.
Dorothy A. Thomas, Esq.
Dickstein Shapiro Morin & Oshinsky
1177 Avenue of the Americas
New York, New York  10036

Deborah A. Silodor, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068

Alissa Malone, Esq.
Lyn S. Concha, Esq.
Fields, Howell, Athans &
   McLaughlin, LLP
One Midtown Plaza
1360 Peachtree Street, NE
Suite 800
Atlanta, Georgia  30309

Allen von Spiegelfeld, Esq.
Fowler White Boggs Banker
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida  33602

Terry L. Stoltz, Esq.
Nicoletti Horning Campise & Sweeney
88 Pine Street, 7th Floor
New York, New York 10005

Charles A. Stewart, III, Esq.
Stewart Occhipinti LLP
1350 Broadway - Suite 2200
New York, New York  10018

John G. Cameron, Jr., Esq.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street N.W.
Grand Rapids, Michigan  49503

Camilo Cardozo, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York  10020

John M. Toriello, Esq.
Holland & Knight LLP
195 Broadway
New York, New York  10007

Herbert I. Waldman, Esq.
Nagel, Rice & Mazie, LLP
301 S. Livingston Avenue
Suite 201
Livingston, New Jersey  07039

Rodney M. Zerbe, Esq.
Robert A. Cohen, Esq.
Brent A. Hannafan, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, New York  10112

Alan Kellman, Esq.
The Maritime Asbestosis Legal Clinic
(a division of The Jaques Admiralty
     Law Firm)
645 Griswold - Suite 1570
Detroit, Michigan  48225

Dan Shaked, Esq.
Shaked & Posner
225 West 34th Street - Suite 705
New York, New York  10122

Ms. Melanie Callahan
Offshore Express Inc.
P.O. Box 1420
Houma, Louisiana  70361