HARLAN, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/06
```

Mario Aieta, Esq. (MA-2228)
GARVEY SCHUBERT BARER
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700 (tel)
(212) 334-1278 (fax)
Attorneys for Defendant Foss Maritime Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> Alcoa Steamship Co., Inc, …. FOSS MARITIME COMPANY, et al., <br><br> Defendants. | NO. 04-CV-4309 (LAK) <br><br> **STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT FOSS MARITIME COMPANY** |

It is stipulated and agreed by and between the undersigned attorneys that Amy Jones is substituted as counsel for Defendant Foss Maritime Company in the above action in place of Mario Aieta. As Garvey Schubert Barer is already counsel of record in this matter, the purpose of this substitution is to relieve Mario Aieta of any further responsibility in this matter. On the effective date of this Order, Mario Aieta is hereby released and discharged of any further responsibility in the matter.

Amy Jones, Esq.
GARVEY SCHUBERT BARER
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700
(212) 334-1278 (fax)

Mario Aieta, Esq.
FROSS ZELNICK LEHRMAN & ZISSU
866 United Nations Plaza
New York, NY 10017
(212) 813-5900
(212) 813-5901 (fax)

SO ORDERED:

James C. Francis IV
U.S.M.J.