```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              (ECF)
- - - - - - - - - - - - - - - - - - - -:
AMERICAN STEAMSHIP OWNERS MUTUAL        :  04 Civ. 4309 (LAK) (JCF)
PROTECTION AND INDEMNITY                :
ASSOCIATION, INC.,                      :      O R D E R
                                        :
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
ALCOA STEAMSHIP CO., INC.,              :
et al.,                                 :
                                        :
                    Defendants.         :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/06

A pretrial conference having been held on February 23, 2006, it is hereby ORDERED as follows:

1. Any Daubert motion shall be served and filed by March 17, 2006. Answering papers shall be submitted by April 14, 2006, and reply papers by April 21, 2006.

2. Any summary judgment motion shall be served and filed thirty days after my determination of the Daubert motions, subject to any determination by Judge Kaplan to proceed to trial on a stipulated record. Answering papers shall be submitted three weeks after the motions are filed, and reply papers one week after that.

3. Any application for bifurcation of the trial shall be presented to Judge Kaplan in the first instance.

1

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 23, 2006

Copies mailed this date:

Lawrence J. Bowles, Esq.
Shaun F. Carroll, Esq.
Nourse & Bowles, LLP
One Exchange Plaza
At 55 Broadway
New York, New York  10006-3030

Franklin B. Velie, Esq.
Michael T. Sullivan, Esq.
Mitchell C. Stein, Esq.
Sullivan & Worcester
1290 Avenue of the Americas
New York, New York  10104

Dale A. Schreiber, Esq.
Seth Schafler, Esq.
Lisa Bauer, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York  10036

Peter Adelman, Esq.
Andrew S. Dash, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York  10036

Amy Jones, Esq.
Garvey Schubert Barer
599 Broadway - 8th Floor
New York, New York  10012

Elizabeth L. Hubbard, Esq.
Gambrell & Stolz LLP
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, Georgia 30326

Gene B. George, Esq.
Julia R. Brouhard, Esq.
Ray, Robinson, Carle & Davies, PLL
1717 East 9th Street, Suite 1650
Cleveland, Ohio 44114

David A. Luttinger, Jr. Esq.
Lisa M. Campisi, Esq.
Morgan Lewis and Bockius LLP
101 Park Avenue
New York, New York 10178

Edward V. Cattell, Jr., Esq.
Hollstein Keating Cattell
  Johnson & Goldstein PC
8 Penn Center, 1628 JFK Blvd.
Suite 2000
Philadelphia, PA 19103

Raymond A. Connell, Esq.
Maloof, Lebowitz Connahan & Oleske
299 Broadway - Suite 1700
New York, New York 10007

Christine S. Davis, Esq.
Mindy G. Davis, Esq.
Robert H. Shulman, Esq.
Howrey, Simon, Arnold & White LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004

Adam Wofse, Esq.
Scott Fisher, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, New York 11530

Steven I. Frenkel, Esq.
Cummings & Lockwood LLC
6 Landmark Square
Stamford, CT 06901

Nicholas P. Giuliano, Esq.
Bennett, Giuliano, McDonnell & Perrone LLP
225 West 34th Street, Suite 402
New York, New York 10122

Donald I. Strauber, Esq.
Melisa J. LaRocca, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112

Edward A. Keane, Esq.
Mahoney & Keane, LLP
111 Broadway
New York, New York  10006

Nancy Ledy-Gurren, Esq.
Ledy-Gurren & Blumenstock LLP
475 Park Avenue South
New York, New York  10016

Patrick F. Lennon, Esq.
Tisdale & Lennon, LLC
36 West 44th Street
Suite 1111
New York, New York  10036

Robert A. O'Hare, Jr., Esq.
O'Hare Parnagian LLP
82 Wall Street - Suite 300
New York, New York  10005

Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost,
  Colt & Mosle LLP
101 Park Avenue
New York, New York  10178

Stacey A. Saiontz, Esq.
Dorothy A. Thomas, Esq.
Dickstein Shapiro Morin & Oshinsky
1177 Avenue of the Americas
New York, New York  10036

Deborah A. Silodor, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068

Alissa Malone, Esq.
Lyn S. Concha, Esq.
Fields, Howell, Athans &
  McLaughlin, LLP
One Midtown Plaza
1360 Peachtree Street, NE
Suite 800
Atlanta, Georgia  30309

Allen von Spiegelfeld, Esq.
Fowler White Boggs Banker
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida  33602

Terry L. Stoltz, Esq.
Nicoletti Horning Campise & Sweeney
88 Pine Street, 7th Floor
New York, New York 10005

Charles A. Stewart, III, Esq.
Stewart Occhipinti LLP
1350 Broadway - Suite 2200
New York, New York  10018

John G. Cameron, Jr., Esq.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street N.W.
Grand Rapids, Michigan  49503

Camilo Cardozo, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York  10020

John M. Toriello, Esq.
Holland & Knight LLP
195 Broadway
New York, New York  10007

Herbert I. Waldman, Esq.
Nagel, Rice & Mazie, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068

Rodney M. Zerbe, Esq.
Robert A. Cohen, Esq.
Brent A. Hannafan, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, New York  10112

Alan Kellman, Esq.
The Maritime Asbestosis Legal Clinic
(a division of The Jaques Admiralty
    Law Firm)
645 Griswold - Suite 1570
Detroit, Michigan  48225

Dan Shaked, Esq.
Shaked & Posner
225 West 34th Street - Suite 705
New York, New York  10122

Ms. Melanie Callahan
Offshore Express Inc.
P.O. Box 1420
Houma, Louisiana  70361