UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

    Plaintiff,

-against-

ALCOA STEAMSHIP CO., INC. and THE
OTHER ENTITIES LISTED ON EXHIBIT
A TO SECOND AMENDED COMPLAINT:

    Defendants,

04 CV 04309 (LAK) (JCF)
(ECF CASE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/06

UPON the Notices of Motion on Consent for Leave to Withdraw as Counsel of Nagel Rice & Mazie, LLP, the certification of Herbert I. Waldman in support of the motion, and the consent of all counsel, it is hereby ORDERED THAT THE MOTION IS GRANTED and Nagel Rice & Mazie, LLP will no longer be listed as counsel of record for Defendant, United States Lines, Inc. and United States Lines (S.A.) Inc. Reorganization Trust.

James C. Francis IV
U.S.M.J.
2/24/06

Returned to chambers for scanning on 3/1/06.
Scanned by chambers on _____.