FRANCIS, M.S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN STEAMSHIP OWNERS MUTUAL : Civil Action No. 04-CV-4309 (LAK)
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,                              :
                                                               (ECF CASE)
                        Plaintiff,       :

        v.                                      :    STIPULATION + ORDER

ALCOA STEAMSHIP CO., INC., et al.,     :

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that the time within which the Parties may submit their answering papers to any Daubert motion be extended to April 19, 2006 and the time within which the Parties may submit any reply papers be extended to April 27, 2006.

Dated: New York, New York
       March 2, 2006

NOURSE & BOWLES, LLP                        PROSKAUER ROSE LLP

By: /s/ [signature]                         By: /s/ [signature]
Lawrence J. Bowles (LB 5950)                Dale A. Schreiber (DS-9211)
Shaun F. Carroll (SC 9898)                  Seth B. Schafler (SS-5993)
One Exchange Plaza                          Lisa A. Bauer (LB 4057)
at 55 Broadway                              1585 Broadway
New York, New York 10006                    New York, New York 10036-8229
(212) 952-6200                              (212) 969-3000
                                            (212) 969-2900 (fax)

    Attorneys for Plaintiff                     Attorneys for Defendants Keystone, BP,
                                            MTL, Kirby Inland Marine, LP
                                            (as successor to Hollywood Marine Inc.),
                                            American Steamship Company,
                                            The Cleveland-Cliffs Steamship

Company, Ispat, Amerada Hess Corporation, Sea Mobility, Alcoa, and Sabine

HOLLAND & KNIGHT

By: *(signature)*
John Toriello
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)

Attorneys for Defendant
American President Lines, Ltd.
(sued herein as American President Lines, Inc. and as APL Ltd. as Successor to American Mail Line)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: *(signature)*
Dora Straus
101 Park Avenue
New York, NY 10178
(212) 696-6000
(212) 697-1559 (fax)

Attorneys for Defendants
Apex Oil Company, Inc., Trinidad Corporation, Mathiasen's Tanker Industries, Inc. and Crest Tankers, Inc.

BROWN RUDNICK BERLACK ISRAELS, LLP

By: *(signature)*
Andrew Dash
Seven Times Square
New York, New York 10036
(212) 209-4811
(212) 938-2811 (fax)

Attorneys for Defendant
Farrell Lines

O'HARE PARNAGIAN LLP

By: *(signature)*
Robert A. O'Hare Jr.
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (fax)

Attorneys for Defendants
Central Gulf Lines, Inc. and Waterman Steamship Corporation

SO ORDERED:

*(signature)* James C. Francis IV
Hon. James C. Francis
United States Magistrate Judge.
3/8/06

2