USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

            Plaintiff,

-against-                               04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Magistrate Judge Francis has forwarded correspondence concerning the scheduling of *Daubert* motions in light of my March 7, 2006 order.

       The parties shall advise the Court by letter, not to exceed three pages on each side, of the identity of the witnesses whose testimony they will seek to exclude, the nature of the proposed testimony, and the basis of the proposed motions. Letters shall be submitted by March 23, 2006.

       SO ORDERED.

Dated: March 13, 2006

                                                        Lewis A. Kaplan
                                                   United States District Judge