UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                Plaintiff,

-against-                      04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/06
```

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff has applied by letter for leave to file a motion to preclude the testimony of defendants' purported expert, Terence Coghlin.

        Plaintiff is at liberty to object to the testimony at trial. As this is a non-jury case, little purpose would be served by motion practice. In consequence, while the Court will not preclude the filing of a motion, it probably would not rule on the motion unless and until the trial is concluded and it determined that the admissibility of the evidence would be material.

        SO ORDERED.

Dated: April 5, 2006

                                                      *[signature]*
                                                      Lewis A. Kaplan
                                                   United States District Judge