FOWLER WHITE BOGGS BANKER P.A.
Allen von Spiegelfeld (FBN 256803)
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411
(813) 229-8313 (facsimile)

NICOLETTI, HORNIG, CAMPISE & SWEENEY
Terry L. Stoltz (TS-7650)
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

*Attorneys for Defendant Hendry Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
AMERICAN STEAMSHIP OWNERS MUTUAL :
PROTECTION AND INDEMNITY : Case No.: 04 Civ. 04309 (LAK)
ASSOCIATION, INC., :
: **NOTICE OF MOTION TO**
: **DISMISS COMPLAINT**
: **AS TO DEFENDANT**
: **HENDRY**
: **CORPORATION**
:
            Plaintiff, :
:
      v. :
:
ALCOA STEAMSHIP CO., INC. and the Other :
Entities Listed on Exhibit A to the Second :
Amended Complaint, :
:
            Defendants. :
----------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Defendant Hendry Corporation, by and through its undersigned attorneys, hereby moves the Court, the Honorable Lewis A. Kaplan presiding, pursuant to Rule 12(b)(6), Fed. R. Civ. P., for an Order dismissing Plaintiff

American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Complaint.

The grounds for this motion are fully set forth in Defendant's Memorandum in Support of Motion to Dismiss Complaint as to Hendry Corporation filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice.

Dated: Tampa, Florida
       June  13  , 2006.

                                        FOWLER WHITE BOGGS BANKER P.A.
                                        Attorneys for Defendant Hendry Corporation

                                        By: _____
                                            Allen von Spiegelfeld (FBN 256803)
                                            501 East Kennedy Blvd., Suite 1700
                                            Tampa, FL 33602
                                            (813) 228-7411
                                            (813) 229-8313 (facsimile)

TO:

All Attorneys on Attached List

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| American Steamship Owners Mutual Protection and Indemnity Association, Inc.<br>60 Broad Street<br>37th Floor<br>New York, NY 10004<br>(212) 269-2350<br>Fax (212) 825-1391 | Lawrence J. Bowles, Esq.<br>Nourse & Bowles, LLP<br>One Exchange Plaza at 55 Broadway<br>New York, New York 10006-3030<br>212-952-6200<br>Fax: 212-952-0345<br>Direct: 212-952-6213<br>lbowles@nb-ny.com<br><br>Shaun F. Carroll<br>scarroll@nb-ny.com |
| Bridgeport & Port Jefferson Steamboat Co.,<br>Brokerage & Management Corp.,<br>McAllister Brothers, Inc., as Successor to Outreach Marine Corporation,<br>Trade & Fransport Inc. | Patrick F. Lennon<br>Tisdale & Lennon, LLC<br>11 West 42nd Street, Suite 900<br>New York, NY 10036<br>212-354-0025<br>Fax: 212-869-0067<br>plennon@tisdale-lennon.com |
| Central Gulf Lines, as Successor to Central Gulf Lighter, Poydras Center;<br>Waterman Steamship Corp. | Robert A. O'Hare, Jr.<br>O'Hare Parnagian LLP<br>82 Wall Street, Suite 300<br>New York, NY 10005<br>212-425-1401<br>Fax: 212-425-1421<br>rohare@ohareparnagian.com |
| The Dow Chemical Company,<br>Union Carbide Corporation | Edward A. Keane<br>Mahoney & Keane, LLP<br>111 Broadway<br>New York, NY 10006<br>212-385-1422<br>Fax: 212-385-1605<br>ekeane@mahoneykeane.com |
| Carolyn S. Schwartz * | Office of the United States Trustee of Enron Corp.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Chevron U.S.A., Inc. | Steven Ira Frenkel<br>Cummings & Lockwood LLC<br>Six Landmark Square<br>Stamford, CT 06901<br>203-327-1700<br>Fax: 203-708-3907<br>sfrenkel@cl-law.com<br><br>John W. Cannavino<br>jcannavino@cl-law.com |

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| Foss Maritime Company<br>c/o Saltchuk Resources, Inc. | Elizabeth Lynn Hubbard<br>Garvey Schubert Barer<br>1191 2nd Avenue, 18th Floor<br>Seattle, WA  98101<br>206-816-1312<br>Fax:  206-464-0125<br>lhubbard@gsblaw.com<br><br>Amy B. Jones<br>Garvey Schubert Barer<br>599 Broadway, 8th Floor<br>New York, NY  10012<br>212-431-8700<br>Fax:  212-334-1278<br>ajones@gsblaw.com |
| Georgia Pacific Corporation | Deborah A. Silodor<br>Lowenstein Sandler PC (NJ)<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>973-597-2404<br>Fax:  973-597-2405<br>dsilodor@lowenstein.com |
| Grace Lines, Inc./Prudential Lines, Inc.<br>c/o PLI Disbursement Trustee,<br>Lee J. DiCola, Esq. | Lee J. DiCola, Esq.<br>2800 Carrington Street NW<br>North Canton, OH  44720 |
| Inland Lakes Management Inc.,<br>Lafarge North America Inc., as Successor to<br>   Huron Transportation Inc. | Charles Addison Stewart, III<br>Stewart Occhipinti, LLP<br>1350 Broadway, Suite 2200<br>New York, NY  10018<br>212-239-5500<br>Fax:  212-239-7030<br>cstewart@somlaw.com |
| Keyspan Corporation, as Successor to<br>Eastern Gas and Fuel Associates | Stacey Ann Saiontz<br>Dickstein Shapiro Morin & Oshinsky (NY)<br>1177 Avenue of the Americas<br>New York, NY  10036<br>212-896-5446<br>Fax:  212-997-9880<br>saiontzs@dsmo.com<br><br>David L. Elkind<br>elkindD@dsmo.com |

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| Amerada Hess, as Successor to Hess Oil and Chemical Corp. | Howrey, Simon, Arnold & White, LLP<br>1299 Pennsylvania Avenue, North West<br>Washington, DC  20004<br>203-783-0800<br>Mindy Davis   davism@howrey.com<br>Robert H. Shulman<br>Christine S. Davis   daviscs@howrey.com<br><br>Dale A. Schreiber<br>Proskauer Rose LLP (New York)<br>1585 Broadway<br>New York, NY  10036<br>212-969-3475<br>Fax:  212-969-2900<br>dschreiber@proskauer.com<br>Seth Schafler - sschafler@proskauer.com<br>Lisa A. Bauer - lbauer@proskauer.com |
| APL, Ltd., as Successor to American Mail Line and American President Lines, Inc. | John M. Toriello<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY  10007<br>212-513-3366<br>Fax:  212-385-9010<br>john.toriello@hklaw.com<br><br>Nora P. Nellis<br>nora.nellis@hklaw.com<br><br>James V. Marks<br>james.marks@hklaw.com<br><br>Wallis Karpf<br>wallis.karpf@hklaw.com |

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| American Steamship Company,<br>Atlantic Richfield Company,<br>Atlantic Richfield Indonesia Inc.;<br>BP, as Successor to American Oil Company,<br>   Standard Oil Company;<br>Baldbutte Shipping Company;<br>Calendar Navigation Corp.;<br>Chas. Kurz & Co., Inc.;<br>Chestnut Shipping Corp.;<br>Chilbar Shipping Co.;<br>Fredericksburg Shipping Co.;<br>Ispat Inland Inc.;<br>Keystone Shipping Co.;<br>Keystone Tankship Corporation;<br>Margate Shipping Co.;<br>Marina Transport Lines, Inc.;<br>Marine Chemical Navigation Company LLC,<br>   Successor to Marine Chemical Navigation<br>   Corporation;<br>Marine Sulphur Shipping Company LLC,<br>   Successor to Marine Sulphur Shipping Corp.;<br>New England Collier Co.;<br>Paco Tankers Inc.;<br>Sea Mobility Inc.;<br>Timbo Shipping Ltd.;<br>Kirby Inland Marine, Inc., as Successor to<br>   Hollywood Marine, Inc.;<br>Sabine Towing & Transportation Co., Inc.;<br>Alcoa Steamship Co., Inc.;<br>Caribbean Steamship Co. S.A. | Dale A. Schreiber<br>Proskauer Rose LLP (New York)<br>1585 Broadway<br>New York, NY  10036<br>212-969-3475<br>Fax:  212-969-2900<br>dschreiber@proskauer.com<br>Seth Schafler - sschafler@proskauer.com<br>Lisa A. Bauer - lbauer@proskauer.com |
| Apex Oil Co., Inc.;<br>Crest Tankers Inc.;<br>Mathiasen's Tanker Industry Inc.;<br>Trinidad Corporation | Joseph D. Pizzurro<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178<br>212-696-6196<br>Fax:  212-697-1559<br>jpizzurro@cm-p.com<br><br>Dora Strauss<br>dstraus@cm-p.com<br><br>Robert J. Gruendel<br>rgruendel@cm-p.com |

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| Bessemer Securities Corporation, as Successor to Grosvenor-Dale Co., Inc. 630 Fifth Avenue New York, NY  100111-0333 | Donald I. Strauber Chadbourne & Parke LLP 30 Rockefeller Plaza New York, NY  10112 212-408-5100 Fax:  212-541-5369 dstrauber@chadbourne.com  Melissa J. LaRocca mlarocca@chadbourne.com |
| Kimberly-Clark Corporation, as Successor to Scott Paper Company | Lisa M. Campisi Morgan, Lewis and Bockius LLP (NY) 101 Park Avenue New York, NY  10178 212-309-6178 Fax:  212-309-6001 lcampisi@morganlewis.com  David A. Luttinger, Jr. dluttinger@morganlewis.com |
| Offshore Express Inc. | Ms. Melanie Callahan Offshore Express Inc. P. O. Box 2666 Houma, LA  70361 |
| Farrell Lines Inc., Farrell Lines (Lighters) | Brown Rudnick Berlack Israels LLP 120 West 45th Street New York, NY  10036 Fax:  212-704-0196  Andrew S. Dash 212-209-4811 adash@brbilaw.com  Peter Adelman padelman@brbilaw.com |
| S.C. Loveland Co., Inc. | Edward V. Cattell, Jr. Holstein Keating Cattell Johnson & Goldstein PC 8 Penn Center, 1628 JFK Blvd., Suite 2000 Philadelphia, PA  19103 215-320-2073 Fax:  215-320-3261 ecattell@hollsteinkeating.com |
| United States Lines, Inc., United State Lines (S.A.) Inc., Reorganization Trust c/o John T. Paulyson, Trustee | Herbert I. Waldman Nagel Rice & Mazie LLP 301 S. Livingston Avenue, Suite 201 Livingston, NJ  07039-3991 973-535-3100 Fax:  973-535-3373 hwaldman@nrdmlaw.com |

**SERVICE LIST**

| Party | Attorney's Name, Address and Telephone No. |
|---|---|
| American Atlantic Company, as Successor to American Dredging Company | Brent A. Hannafan<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>212-698-3631<br>Fax:  212-698-3599<br>brent.hannafan@dechert.com<br><br>Robert A. Cohen<br>212-698-3501<br>robert.cohen@dechert.com<br><br>Rodney M. Zerbe<br>212-698-3581<br>rodney.zerbe@dechert.com |
| Prudential Lines Disbursement Trust | Scott B. Fisher<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY  11530<br>516-746-8000<br>Fax:  516-393-8282<br>sfisher@jshllp.com |
| Amherst Shipping Co., Inc. | Nicholas Philip Giuliano<br>Sheinbaum, Bennett, Guiliano<br>225 West 34th Street<br>New York, NY  10122<br>646-328-0120<br>Fax:  646-328-0121<br>ngiuliano@sbgmlaw.com |
| William F. Higgins | Alan Kellman<br>The Maritime Asbestosis Legal Clinic<br>a division of The Jaques Admiralty Law Firm<br>645 Griswold, Suite 1570<br>Detroit, MI  48225<br>313-961-1080<br><br>Dan Shaked<br>Shaked & Posner<br>225 West 34th Street, Suite 705<br>New York, NY  10122<br>212-494-0035<br>Fax:  212-216-9049<br>dan@shakedandposner.com |

\* Parties shown highlighted are served via U.S. Mail.  All other parties are served via E-mail.