

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL : 04 Civ. 04309 (LAK) (JCF)
PROTECTION AND INDEMNITY :
ASSOCIATION, INC., :
: STIPULATION + ORDER
Plaintiff, :
:
-against- :
:
ALCOA STEAMSHIP CO., INC. and the Other :
Entities Listed on Exhibit A to Second Amended :
Complaint, :
:
Defendants. :
------------------------------------------------------------X

It is hereby stipulated and agreed, by and between the undersigned counsel that Plaintiff's time to serve and file opposition papers to Defendant Hendry Corporation's Motion to Dismiss is hereby extended to July 21, 2006 and the time within which defendant Hendry Corporation shall submit its reply papers is hereby extended to August 14, 2006.

Dated: June  19 , 2006
New York, New York

| American Steamship Owners Mutual Protection & Indemnity Assoc., Inc. | Hendry Corporation |
|---|---|
| By: /s/ Lawrence J. Bowles (LB 5950)<br>Nourse & Bowles, LLP<br>One Exchange Plaza<br>at 55 Broadway<br>New York, New York 10006<br>(212) 952-6200<br>(212) 952-0345 (facsimile) | By: /s/ Allen von Spiegelfeld (FBN 256803)<br>Fowler White Boggs Banker P.A.<br>501 East Kennedy Blvd.<br>Suite 1700<br>Tampa, FL 33602<br>(813) 228-7411<br>(813) 229-8313 (facsimile) |

SO ORDERED:

/s/ James C. Francis IV
U.S.M.J.

6/22/06