HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, PC
Attorneys for Defendant Loveland Holding Company, Inc.
Edward V. Cattell, Jr., Esq. (EC 3968)
8 Penn Center, 20th Floor
1628 J.F. Kennedy Blvd.,
Philadelphia, PA 19103
215-320-2073

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------:
:
:
:                                    04 Civ:04309 (LAK)
AMERICAN STEAMSHIP OWNERS          :
MUTUAL PROTECTION AND              :
INDEMNITY ASSOCIATION, INC.,       :
:
Plaintiff,                         :
:  **DOCUMENT ELECTRONICALLY FILED**
Against                            :
:
:
:
:
ALCOA STEAMSHIP CO., INC., et al.  :
Defendants.                        :
------------------------------------------------------:

### DEFENDANT LOVELAND HOLDING COMPANY, INC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO:  All Attorneys on Attached Certificate of Service

**PLEASE TAKE NOTICE** that the undersigned attorneys for defendant Loveland Holding Company, Inc. f/k/a S.C. Loveland Co., Inc. will move before the United States District Court for the Southern District of New York, at date and time to be set by the court[1], for an order granting its motion for summary judgment and dismissing the complaint against Loveland, with prejudice.

---

[1] It is understood from the Court's scheduling order in this matter that this motion will be decided at the time of trial.

{1068.00002:AGM2059}

PLEASE TAKE FURTHER NOTICE that counsel will rely upon the attached statement of uncontested facts and memorandum of law in support of this motion.

                                        Respectfully submitted,

                                        HOLLSTEIN KEATING CATTELL JOHNSON
                                          & GOLDSTEIN P.C.

Dated: _7/7/06_                  By:   s/Edward V. Cattell, Jr._
                                              Edward V. Cattell, Jr. (EC 3968)
                                              Hollstein Keating Cattell Johnson & Goldstein
                                              8 Penn Center
                                              1628 JFK Boulevard, Suite 2000
                                              Philadelphia, PA 19103
                                              Counsel for Defendant Loveland Holding Company, Inc. f/k/a/ S.C. Loveland Co., Inc.

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing Notice of Motion for Summary Judgment, Statement of Uncontested Material Facts in Support of Motion for Summary Judgment, and Brief in Support of Motion, using CM/ECF which will send notification of such filing to:

    Peter Adelman         padelman@brownrudnick.com
    Lisa Anne Bauer       lbauer@proskauer.com
    Lawrence J. Bowles     lbowles@nb-ny.com
    Lisa M. Campisi        lcampisi@morganlewis.com
    Shaun F. Carroll       scarroll@morganlewis.com
    Robert A. Cohen       Robert.cohen@deckert.com
    Raymond Aloysius Connell   raconnell@mindspring.com
    Andrew S. Dash        adash@brbilaw.com
    Scott B. Fisher         SFISHER@JSHLLP.COM
    Steven Ira Frenkel      sfrenkel@cl-law.com
    Brent A. Hannafan     brent.hannafan@dechert.com
    Elizabeth Lynn Hubbard    lhubbard@gsblaw.com
    Amy B. Jones          ajones@gsblaw.com
    Edward A. Keane      ekeane@mahoneykeane.com
    Patrick F. Lennon      plennon@tisdale-lennon.com
    Robert A. O'Hare, Jr.   rohare@ohareparnagian.com
    Joseph P. Pizzurro      jpizzurro@cm-p.com
    Stacey Ann Saiontz     saiontzs@dsmo.com
    Dale A. Schreiber      dschreiber@proskauer.com
    Dan Shaked            dan@shakedandposner.com
    Deborah A. Silodor     dsilodor@lowenstein.com
    Charles Addison Stewart, III  cstewart@somlaw.com
    Terry L. Stoltz         tstoltz@nicolettihornig.com
    Dorothy Acee Thomas   ThomasD@DSMO.com
    Allen Von Spiegelfeld   avonsp@fowlerwhite.com
    Rodney M. Zerbe       Rodney.zerbe@dechert.com

I further certify that a copy of the foregoing has been served on the following via first class mail:

Julia R. Brouhard, Esquire            Andrew Dash, Esquire
Ray, Robinson, Carle & Davies, P.L.L.    Brown, Rudnick, Berlack, Israels, LLP
1717 East 9th Street, Suite 1650         120 West 45th Street
Cleveland, OH  44114-2898             New York, NY  10036

{1068.00002:YFE9999}1068.00002:YFE9999
07/07/2006

| | |
|---|---|
| Christine S. Davis, Esquire<br>Howrey, Simon, Arnold & White, LLP<br>1299 Pennsylvania Avenue<br>North West<br>Washington, DC  20004 | Mindy G. Davis, Esquire<br>Howrey, Simon, Arnold & White, LLP<br>1299 Pennsylvania Avenue<br>North West<br>Washington, DC  20004 |
| Gene B. George, Esquire<br>Ray, Robinson, Carle & Davies, P.L.L.<br>1717 East 9th Street, Suite 1650<br>Cleveland, OH  44114-2898 | Alan Kellman, Esquire<br>The Maritime Asbestosis Legal Clinic<br>A division of the Jaques Admiralty Law Firm<br>645 Griswold, Suite 1570<br>Detroit, MI  48225 |

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, P.C.


By:_____/s/Edward V. Cattell, Jr._____
      Edward V. Cattell, Jr. (EC3968)
      Hollstein Keating Cattell
      Johnson & Goldstein, P.C.
      8 Penn Center
      1628 JFK Boulevard, Suite 2000
      Philadelphia, PA  19103
      Counsel for Defendant Loveland
      Holding Company, Inc. f/k/a S.C.
      Loveland Co., Inc.

Dated:  7/7/06