UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALCOA STEAMSHIP CO., INC., et al.,<br><br>Defendants. | 04 Civ. 04309 (LAK)<br><br>(ECF Case) |

**Notice of Change of Firm Name and Attorney Information**

Pursuant to Civil Rule 1.3(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, please take notice of the following changes in our firm name and attorney information, for the attorneys of record for the above-captioned case:

> Dickstein Shapiro LLP
> 1177 Avenue of the Americas
> New York, NY  10036-2714
> 212-277-6500
> Fax: 212-277-6501

> Respectfully submitted,
>
> DICKSTEIN SHAPIRO LLP
>
> By: /s/ Dorothy Thomas
> David L. Elkind (DE-5559)
> Dorothy Thomas (DT 3692)
> 1177 Avenue of the Americas
> New York, New York 10036-2714
> Tel: (212) 277-6500
> Fax: (212) 277-6501
> Attorneys for KeySpan Corporation

DATED: July 11, 2006

1