# Holland Knight

Tel 212 513 3200
Fax 212 385 9010

MEMO ENDORSED

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

John M. Toriello
212 513 3366
john.toriello@hklaw.com

July 7, 2006

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/20/06

VIA HAND

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

      Re:    <u>American Steamship, etc. v. Alcoa, et al. - 04 Civ. 4309 (LAK)(JAF)</u>

Dear Judge Kaplan:

      We represent Defendants American President Line, Ltd., sued herein as American President Lines, Inc., and American President Lines, Ltd. as Successor to American Mail Line (collectively "APL"). We write with respect to Your Honor's Order dated March 7, 2006, which provides that the parties are to provide the Court with the affidavits containing the direct testimony of their witnesses today.

      APL has previously designated the Declaration of Mark Peterson ("Peterson Declaration") as "Confidential" pursuant to the Stipulation for Protective Order and Order endorsed by the Court on January 14, 2004 ("Protective Order"). No party has objected to this designation. A courtesy copy of the Peterson Declaration is being delivered to Chambers today as part of the packet of materials being submitted to the Court pursuant to the March 7, 2006 Order.

      We note that this litigation has been designated an ECF Case and that all submissions must be filed through ECF. The Protective Order, however, provides no guidance with respect to the filing of "Confidential" documents through ECF. Accordingly, we request that the Court permit APL to file the Peterson Declaration under seal or by some other method to preserve the confidentiality of the contents thereof.

      Respectfully submitted,

John M. Toriello

*Granted* 7/20/06

cc: All Counsel (Via Email)

# 2968135_v2