USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS MUTUAL : 04 Civ. 04309 (LAK) (JCF)
PROTECTION AND INDEMNITY :
ASSOCIATION, INC., :
            Plaintiff, :   STIPULATION + ORDER

-against-

ALCOA STEAMSHIP CO., INC. and the Other :
Entities Listed on Exhibit A to Second Amended :
Complaint, :

            Defendants. :
------------------------------------------------------------X

    It is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff's time to serve and file opposition papers to Defendant Loveland Holding Company, Inc.'s Motion for Summary Judgment is hereby extended and adjourned *sine die* pending the Courts' determination of the issue of the Club's obligations in respect of unreported closed year occupational disease claims and/or alternatively, the Club's right to assess closed year members in respect of such claims, all subject to whatever further scheduling orders may be entered by the Court.

Dated: July 20, 2006
      New York, New York

American Steamship Owners Mutual        Loveland Holding Company, Inc.
Protection & Indemnity Assoc., Inc.         f/k/a S.C. Loveland Co.

By: _____        By: _____
Shaun F. Carroll (SC 9898)                 Edward V. Cattell, Jr. (EC 3968)
Nourse & Bowles, LLP                     Hollstein Keating Cattell Johnson &
One Exchange Plaza                        Goldstein PC.
at 55 Broadway                            8 Penn Center, 20th Floor
New York, New York 10006              1628 J.F. Kennedy Blvd.
(212) 952-6200                            Philadelphia, PA 19103
                                       (215) 320-2073

So ORDERED.
James C. Francis IV
JSM J