

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

             Plaintiff,

   -against-

ALCOA STEAMSHIP CO., INC., et al.,

             Defendants.
------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/06

No. 04-cv-04309 (LAK)
04 cv 4309

(ECF Case)

NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE

*MEMO ENDORSED*

Granted.
/s/ James Cote
Part I
August 2, 2006

PLEASE TAKE NOTICE that, upon the annexed Affidavit of EDWARD A. KEANE, sworn to on July 25, 2006, and the exhibit annexed thereto, defendants Dow Chemical Company and Union Carbide Corporation, will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York for an Order, pursuant to Rule 1.3(c) of the Local Rules of the Southern District of

1

Exhibit A

New York, admitting STEVEN R. GILFORD, a member of the bar of the State of Illinois, to the bar of this Court *pro hac vice*.

Dated: New York, New York
      July 24, 2006

                                    MAHONEY & KEANE, LLP
                                    *Attorneys for Defendants*
                                    *The Dow Chemical Company and*
                                    *Union Carbide Corporation*

                              By: _____
                                    Edward A. Keane (EK1398)
                                    *111 Broadway*
                                    *New York, NY 10006*
                                    *(212) 385-1422*

TO:    NOURSE & BOWLES, LLP
          Attorneys for Plaintiff
          One Exchange Plaza
          New York, New York 10006
          (212) 952-6200

          All counsel.