UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                     Plaintiff,

       -against-                                           04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                     Defendants.
------------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

       Defendant Loveland Holding Company, Inc. ("Loveland"), has moved for summary judgment dismissing the complaint as against it on the grounds of accord and satisfaction[docket item 373] or, more broadly, that it previously settled plaintiff's claim. The parties have stipulated that the motion be held in abeyance for an indeterminate period.

       In the circumstances, the motion is denied without prejudice to renewal.

       SO ORDERED.

Dated:    October 4, 2006

                                                      Lewis A. Kaplan
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/06