UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                      Plaintiff,

                -against-                                    04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                      Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court wishes to hold a final pretrial conference in order to explore, among other things, whether the parties are prepared to try the case on a stipulated record (as distinguished from a trial on stipulated facts), without the need for the taking of oral testimony, or alternatively to identify which witness(es) any wishes to have produced for cross examination.

       Given the number and geographical dispersion of counsel, it would be useful if counsel first would confer with respect to these matters and then file a joint report setting forth the extent of any agreement(s) along these lines. The report should also indicate whether counsel believe the conference can be held with out-of-town counsel on a conference call or, instead, whether counsel prefer a conference at which all counsel would appear.

       Such a report shall be submitted no later than October 25, 2006.

       SO ORDERED.

Dated:     October 4, 2006

                                               Lewis A. Kaplan
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/06