UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                Plaintiff,

-against-                              04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion *in limine* of defendant Farrell Lines, Inc. [docket item 387], is denied without prejudice to its raising its objections to the proffered evidence at trial.

        SO ORDERED.

Dated:      October 4, 2006

                                                  Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/06