UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

               Plaintiff,

      -against-                                04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/06

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The motion of defendant Hendry Corporation to dismiss the complaint as against it on the grounds of *res judicata* and release [docket item 355], which is not opposed, is granted.

       SO ORDERED.

Dated:     October 4, 2006

                                                     Lewis A. Kaplan
                                             United States District Judge