UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                        Plaintiff,

      -against-                                      04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                        Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/06

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Defendant Loveland Holding Company, Inc. ("Loveland"), has moved for summary judgment dismissing the complaint as against it on the grounds of accord and satisfaction [docket item 373] or, more broadly, that it previously settled plaintiff's claim. As the motion is unopposed, the assertions of Loveland's Rule 56.1 statement that are supported by the record are deemed admitted.

        The record before the Court demonstrates that there are no genuine issues of material fact and that Loveland is entitled to judgment as a matter of law. Accordingly, the motion is granted.

        SO ORDERED.

Dated:      October 4, 2006

                                                  Lewis A. Kaplan
                                           United States District Judge