**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

# MEMO ENDORSED

Seth B. Schafler
Member of the Firm

Direct Dial 212.969.3660
sschafler@proskauer.com

RECEIVED
NOV - 1 2006
JUDGE KAPLAN'S CHAMBERS

November 1, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/06

**BY HAND**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

Re:    *American Steamship Owners Mutual Protection and Indemnity*
       *Association, Inc. v. Alcoa Steamship Co. et al.*, 04 CV 4309 (LAK)

Dear Judge Kaplan:

We represent Defendants Keystone, BP, MTL, Kirby Inland Marine (as successor to Hollywood Marine Inc.), American Steamship Company, Hess Corporation, The Cleveland-Cliffs Steamship Company, Ispat, Sea Mobility, Alcoa Steamship Company, Inc., and related entities, and Sabine Towing & Transportation Co., Inc., as defined in their Answers and Counterclaims filed in the above-referenced action.  We are in receipt of your October 30, 2006 Order regarding pre-trial filings in the above listed case.  We respectfully ask for a clarification of this order in light of the previous filings the parties have submitted pursuant to Your Honor's prior orders, described below.

On March 7, 2006, Your Honor set forth an order regarding pre-trial filings (attached as Ex. A). Pursuant to that order, the parties submitted a joint pre-trial order in the form prescribed by Your Honor's individual practices on April 14, 2006, which was amended for technical corrections on May 18, and both of which were so ordered by Your Honor on April 18 and May 23, 2006 respectively.

Further pursuant to the March 7, 2006 Order:

(a)  Plaintiff served on Defendants affidavits containing the direct testimony of its witnesses on May 12, 2006;

**PROSKAUER ROSE LLP**

Hon. Lewis A. Kaplan
November 1, 2006
Page 2

(b)  the Defendants served on Plaintiff affidavits containing the direct testimony of their witnesses, along with a list of witnesses they intend to subpoena for trial and those of Plaintiff's witnesses they wish to cross examine on July 12, 2006;

(c)  Plaintiff served affidavits containing direct rebuttal testimony on June 24, 2006, along with a list of Defendants' witnesses it wished to cross examine;

(d)  Defendants served on July 30, 2006, a list of Plaintiff's rebuttal witnesses they wished to cross-examine;

(e)  trial memoranda were served by both Plaintiff and Defendants on July 7, 2006; and

(f)  on July 7, 2006, the items listed in (a)-(e) above were filed along with copies of all exhibits and deposition designations listed in the Joint Pre-trial Order pursuant to the Court's March 7, 2006 Order.

In view of the foregoing submissions, we respectfully ask for clarification as to whether the court requires further filings as listed in Items 1-6 of its October 30, 2006 order.  If no further filings are needed, Defendants are prepared to proceed to trial at the Court's convenience.

Respectfully yours,

*Seth Schafler / lab*

Seth B. Schafler

cc:    All Counsel of Record

Encl.

**MEMO ENDORSED**

*The order dated 10/26/06 was entered in error and is vacated.*

SO ORDERED
LEWIS A. KAPLAN, USDJ  11/2/06