Jeremy M. King (JK 6835)
Dorothy Thomas (DT 3692)
David L. Elkind (DE 5559)
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 277-6500
Fax: (212) 277-6501
Attorneys for Defendant KeySpan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AMERICAN STEAMSHIP OWNERS MUTUAL : 04 CIV. 04309 (LAK)
PROTECTION AND INDEMNITY ASSOCIATION, : ECF Case
INC., :
:
        Plaintiff, : **NOTICE OF APPEARANCE**
:
    -against- :
:
ALCOA STEAMSHIP CO., INC., ET AL. :
:
        Defendants. :
------------------------------------------------------------- X

**PLEASE TAKE NOTICE THAT** Jeremy M. King, Esq. of the law firm Dickstein Shapiro LLP, an attorney duly admitted to practice law in this Court, hereby appears on behalf of Defendant KeySpan Corporation in the above captioned matter.

Dated: New York, New York
       December 6, 2006

DICKSTEIN SHAPIRO LLP

By: _____/s_____
    Jeremy M. King (JK 6835)
    Dorothy Thomas (DT 3692)
    David L. Elkind (DE 5559)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendant KeySpan Corporation

222205.01