**MEMO ENDORSED**

**NOURSE & BOWLES, LLP**

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

January 25, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

RECEIVED
JAN 28 2008
CHAMBERS

**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

   Re:   American Steamship Owners Mutual Protection and Indemnity
         Association, Inc. v. Alcoa Steamship Co., Inc., et al.
         No. 04 Civ. 04309 (LAK) (JCF)

Dear Judge Kaplan:

   We, along with Messrs. Sullivan & Worcester LLP, are counsel to the American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "American Club"), plaintiff in the above-referenced action. We write to ask for the Court's indulgence to allow the parties another week to finalize the settlement papers in this matter. We also seek additional time to submit a default order in respect of defaulting defendants.

   The parties have reached agreement on all substantive matters. The remaining limited documentary issues all relate to applying the agreed principles to particular claims and calculating particular sums due for purposes of preparing certain exhibits to the Settlement Agreement.

   All parties are working together to finalize this matter as expeditiously as possible.

We respectfully ask for an extension of time of up to February 1, 2008 to present the Court with final stipulations and Orders of Dismissal. The lead Defendants all join in this request.

The Plaintiff also requests a matching extension to submit an order defaulting defendants who have not appeared.

> Respectfully submitted,
>
> NOURSE & BOWLES, LLP
>
> By: *[signature]*
> Lawrence J. Bowles

cc: All Counsel (By E-Mail)

*Granted. No further extensions.*

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
1/29/08