UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                    Plaintiff,

-against-                                    04 Civ. 4309 (LAK)

ALCOA STEAMSHIP CO., et al.,

                    Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In connection with the settlement and termination of this action, plaintiff has submitted a proposed "order of default judgment" as against certain defendants. The order fails to comply with the applicable rules. Among other things, it is not accompanied by the requisite Clerk's certificate.

        Accordingly, the order is denied without prejudice to the filing of a proper application. Any such application shall be filed no later than February 25, 2008 failing which the action will be dismissed for lack of prosecution as to the defendants in question.

        SO ORDERED.

Dated:       February 13, 2008

                                                      /s/ Lewis A. Kaplan
                                                      Lewis A. Kaplan
                                                      United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/08
```