UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS     :   04 Civ. 04309 (LAK)(JCF)
MUTUAL PROTECTION AND         :
INDEMNITY ASSOCIATION, INC.,  :
                              :
                   Plaintiff, :   **ORDER OF PARTIAL**
                              :   **DISMISSAL WITHOUT PREJUDICE**
         - against -          :
                              :
ALCOA STEAMSHIP CO., INC., et al., :
                              :
                  Defendants. :
------------------------------------------------------X

~~WHEREAS defendant Paco Tankers Inc. was listed as a party responding under the name Keystone Shipping Co. on an Answer and Amended Answer filed herein in October 2004 and February 2005 respectively, and,~~

~~WHEREAS in February 2008 counsel for defendant Keystone advised plaintiff's counsel that they had not intended to answer for Paco Tankers Inc., and~~

WHEREAS plaintiff has applied for an order dismissing all claims and counterclaims in respect of Paco Tankers Inc. herein on a without prejudice basis, such that the plaintiff American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "Club") may renew this action if and when Paco Tankers Inc. ever seeks reimbursement from the Club for occupational disease claims.

NOW, THEREFORE, IT IS HEREBY ORDERED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```

That all claims and counterclaims asserted herein in respect of Paco Tankers Inc. are dismissed without prejudice to the Club's right to reopen this matter if Paco Tankers Inc. ever submits to the Club for indemnity occupational disease claims.

Dated: New York, New York
    February **27**, 2008

_____
Hon. Lewis A. Kaplan
U.S.D.J.