UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS : 04 Civ. 04309 (LAK)(JCF)
MUTUAL PROTECTION AND :
INDEMNITY ASSOCIATION, INC., :
                          Plaintiff, : **DEFAULT JUDGMENT**

- against - :

ALCOA STEAMSHIP CO., INC., et al., :

                        Defendants. :
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

This action having been commenced on June 7, 2004 by the filing of a Summons and Complaint; and a copy of the Second Amended Summons and Second Amended Complaint having been personally served on the defendants listed on Exhibit A on September 29, 2004, October 4, 2004 and December 10, 2004 by personal service, service via the New York State Secretary of State, and via publication pursuant to an Order of Publication dated December 6, 2004, and proof of service having been filed on October 6, 2004, October 15, 2005 and March 23, 2005 and the defendants not having answered the Second Amended Complaint, and the time for answering the Second Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECLARED that the Plaintiff is entitled to the relief requested in the Second Amended Complaint such that Plaintiff is entitled to terminate making indemnity payments to the Defendants named in Exhibit "A" in respect of their payment(s) of IBNR occupational disease claims arising in closed insurance years prior to February 20, 1989.

Dated: New York, New York
       February 27, 2008

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

_____
Hon. Lewis A. Kaplan
U.S.D.J.

## Exhibit A – Default Defendants

1. American Maritime Holdings Inc.
2. Argosy Offshore Ltd.
3. Arpez S.A.
4. Astra Compania Argentina de Petroleo S.A.
5. Avila y Pizarro Compania Ltda.
6. Agents for van Gigh Inversiones SA
7. Barber Asphalt Corp.
8. Barge Transport Company
9. Coal Logistics Corporation
10. Empresa de Navegacion El Faro
11. Euro Gulf International
12. Global Bulk Transport Incorporated
13. Gulf International Marine Inc.
14. Marifran International S.A.
15. Nedbarges Sublift BV
16. New Jersey Barging Corp. (Del.)
17. Oscar Transportation Group
18. Puerto Rico Maritime Shipping Authority
19. Resolve Maritime Corporation
20. Seaport Harbor Cruise Lines, Inc.
21. Texas City Refining Inc.
22. Trafluen Compania Armadora SA
23. Transfrimar SA
24. Tropigas Inc.
25. West India Shipping Co., Inc.
26. Agents for West India Industries, Inc.
27. World Wide Tankers Inc.